```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0141--CR (RRB)
                                    "USA V WILLIE KEITH JACKSON"
                                     DEF 1.1 JACKSON, WILLIE KEITH

                    Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 12/15/04
              Closed: NO
  No. of Defendants: 1
      MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date: 11/28/05
          Terminated: NO
   Needs interpreter: NO
   Counsel of record: Karen L. Jennings
                     POB 3626
                     Palmer, AK 99645
                     907-373-3722
                     FAX 907-373-3782
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial

                     Willie K. Jackson
                     Pro Per
                     Anchorage Correctional Complex
                     1300 E 14th Ave
                     Anchorage, AK 99501
                     Serve: YES
                      Type: Waived or Self
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: David A. Nesbett
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



  Counts re: DEF 1.1 JACKSON, WILLIE KEITH

  Document        Count    Citation and Description                              Disposition

     1 -   1 IND   1       21:841(a)(1),(b)(1)(B)(iii) POSSESSION OF 5 GRAMS     Pending
                           OR MORE OF COCAINE BASE WITH INTENT OT DISTRIBUTE
                           (F)

     1 -   1 IND   2       21:841(a)(1), (B)(1)(C) POSSESSION OF COCAINE WITH   Pending
                           INTENT TO DISTRIBUTE (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0141--CR (RRB)
                                    "USA V WILLIE KEITH JACKSON"
                                    DEF 1.1 JACKSON, WILLIE KEITH

                    Including terminated defendants, excluding terminated counsel


    1 -    1 IND    3       18:924(c)(1)(A) (F)                                    Pending

    1 -    1 IND    4       18:922(g)(1) and 924(a)(2) (F)                         Pending

    1 -    1 IND    5       21:841(a)(1) and 841(b)(1)(B)(iii) (F)                 Pending

    1 -    1 IND    6       18:922(g)(1) and 924(a)(2) (F)                         Pending
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A04-0141--CR (RRB)
                           "USA V WILLIE KEITH JACKSON"

                              For all filing dates
```

Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 12/15/04
          Closed: NO
No. of Defendants: 1

```
Document #   Filed      Docket text

NOTE -   1   12/15/04   [Re: DEF 1] Issued WOA.

   1 -   1   12/15/04   [Re: DEF 1] PLF 1 Indictment.

   2 -   1   12/15/04   [Re: DEF 1] RRB Grand Jury Minutes Warrant of arrest to be issued.
                        Habeas ad Pros. to follow. No bail set. ( Detention per 18:1342).  Set
                        for arraignmetn and notify USM's office.

   3 -   1   12/16/04   [Re: DEF 1] PLF 1 motion (petition) for writ of H/C ad pros.

NOTE -   2   12/17/04   Issued: Writ of H/C ad pros.

NOTE -   3   12/17/04   Notation: Proposed trial date setting for arraignment and notice of
                        speedy trial act ddlns forwarded to chambers.

   4 -   1   12/17/04   [Re: DEF 1] JDR Order granting motion (petition) for writ of H/C ad pros
                        (3-1). cc: USA, USM, USPO, def w/USM cy

   5 -   1   12/17/04   [Re: DEF 1] JDR Minute Order re Arr set for 12/20/04 at 11:30 a.m. cc:
                        USA, USM, USPO, def w/USM cy

   6 -   1   12/21/04   [Re: DEF 1] Financial Affidavit.

   7 -   1   12/21/04   [Re: DEF 1] JDR Order regarding preparation for trial; discovery conf
                        12/23/04; ptms due 1/12/05.  cc: USA, FPD

   8 -   1   12/21/04   [Re: DEF 1] JDR Order of Detention Pending Trial.  cc: USA, FPD, USM, PO

   9 -   1   12/21/04   [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] of arr on Indt (held
                        12/20/04); fin aff FILED; def plead not guilty; def detained; det order
                        FILED; ptms due 1/12/05; order re: preparation for trial FILED.  cc:
                        USA, FDP, USM, PO, Judge Beistline

  10 -   1   12/21/04   [Re: DEF 1] Return of WOA executed on 12/20/04.

  10 -   2   12/21/04   [Re: DEF 1] Statiscal USM Notice of Arrest; defendant arrested 12/20/04.

  11 -   1   12/21/04   DEF 1 Attorney Appearance of M. Dieni (FPD).

  12 -   1   12/23/04   [Re: DEF 1] RRB Minute Order setting TBJ for 8:30 a.m., 2/14/05; FPTC
                        set 8:30 a.m., 2/11/05.  cc: USA, FPD, USM, PO, JC, MJ Roberts

  13 -   1   12/23/04   [Re: DEF 1] PLF Discovery Conference Certificate.

  14 -   1   12/30/04   USM Return of svc on Writ of HC ad Prosequendum re: DEF 1 executed on
                        12/20/04.

  15 -   1   01/10/05   DEF 1 Unopposed motion for two week continuance of motions deadlines
                        w/att aff.
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0141--CR (RRB)
                                  "USA V WILLIE KEITH JACKSON"

                                       For all filing dates


 Document #   Filed      Docket text

    16 -  1   01/10/05   DEF 1 Unopposed motion for two month continuance of trial.

    17 -  1   01/11/05   [Re: DEF 1] RRB Minute Order hearing on def's mot  for two month
                         continuance of trial is set for 1/18/05 at 2:00 p.m. in Courtroom #3.
                         cc: AUSA, FPD, USM, USPO, MJ Roberts

    18 -  1   01/13/05   [Re: DEF 1] JDR Order granting unopposed motion for two week continuance
                         of pretrial motions (15-1).  Pretrial motions due by 1/26/05.  cc: AUSA,
                         FPD

    19 -  1   01/18/05   [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re: Hrg on Def
                         Non-Oppo Mot for Two Month Cont of Trial (dkt 16) (held 1/18/05);
                         Unopposed mot for two month cont of trial (16-1) GRANTED; FPTC set for
                         2/11/05 & TBJ set for 2/14/05 VACATED; FPTC reset to 4/5/05 at 9:00 am;
                         TBJ reset to 4/11/05 at 8:30 am; excl delay found under
                         18:3161(h)(8)(B)(iv); det cont'd.  cc: USA, FPD, USM, USPO, MJ Roberts,
                         JC

    20 -  1   01/21/05   [Re: DEF 1] PLF 1 motion for order compelling production of DNA samples.

    21 -  1   01/21/05   [Re: DEF 1] PLF 1 notice of filing att A to PLF 1 motion for order
                         compelling production of DNA samples (20-1) w/att exh.

    22 -  1   01/26/05   DEF 1 motion to sever cts 4&6 or in the alternative, conduct a
                         bifurcated trial before trial before a single jury.

    23 -  1   01/26/05   DEF 1 motion for week continuance of motions deadline w/att aff.

    24 -  1   01/26/05   DEF 1 motion to suppress (June 10, 2004 search & seizure) w/att memo.

    25 -  1   01/28/05   [Re: DEF 1] JDR Minute Order granting motion for week continuance of
                         motions deadline (23-1); PTM's due 2/2/05; an evident hrg on motion to
                         suppress (24-1) set for 2/14/05 at 10:00 a.m. cc: USA, FPD

    26 -  1   01/28/05   DEF 1 opposition to [Re: DEF 1] PLF 1 motion for order compelling
                         production of DNA samples (20-1).

    27 -  1   02/02/05   DEF 1 motion to suppress (August 14, 2004 search & seizure) w/att memo &
                         exh.

    28 -  1   02/07/05   [Re: DEF 1] JDR Minute Order re evident hrg on mot to suppress (27-1)
                         set for 2/15/05 at 9:30 a.m. cc: USA, FPD, USM, USPO

    29 -  1   02/07/05   [Re: DEF 1] PLF 1 motion (ex parte) on shortened time for 2 week cont of
                         govt's response ddln.

    30 -  1   02/08/05   [Re: DEF 1] JDR Minute Order granting/denying motion on shortened time
                         for 2 week cont of govt's response ddln (29-1); oppo to mot to suppress
                         (24-1) due 9:00 a.m. 2/14/05; evident hrg set for 2/14/05 at 9:30 a.m.;
                         oppo to mot to suppress (27-1) due 9:00 a.m. 2/15/05; evident hrg set
                         for 2/15/05 at 9:30 a.m.; oppo to def's mot to sever due 2/23/05. cc:
                         cnsl

    31 -  1   02/09/05   DEF 1 unopposed & stipulated motion to delay & consolidate evidentiary
                         hrgs.


 ACRS: R_RDSDX                    As of 12/01/05 at 2:55 PM by GARRY                      Page 2
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0141--CR (RRB)
                                "USA V WILLIE KEITH JACKSON"

                                     For all filing dates


 Document #    Filed      Docket text

     32 -  1   02/10/05   [Re: DEF 1] JDR Order re govt's mot compelling production of DNA samples
                          (20-1); govt to supp mot by 2/23/05; crt defers def's request for a hrg
                          on mot & request to prohibit entry of Jackson's DNA in a data base. cc:
                          USA, FPD

     33 -  1   02/10/05   [Re: DEF 1] PLF 1 non-opposition to DEF 1 unopposed & stipulated motion
                          to delay & consolidate evidentiary hrgs (31-1).

     34 -  1   02/11/05   [Re: DEF 1] JDR Order granting unopposed & stipulated motion to delay &
                          consolidate evidentiary hrgs (31-1); govt's oppos to mots to suppress
                          due 2/15; evident hrgs RESET to 3/1/05 at 10:00 a.m. cc: USA, FPD, USM,
                          USPO

     35 -  1   02/15/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (August 14,
                          2004 search & seizure) (27-1).

     36 -  1   02/15/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (June 10, 2004
                          search & seizure) (24-1).

     37 -  1   02/23/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever cts 4&6 or in the
                          alternative, conduct a bifurcated trial before trial before a single
                          jury. (22-1)

     38 -  1   02/23/05   [Re: DEF 1] PLF 1 Notice to the court regarding DNA Sample.

     39 -  1   02/23/05   [Re: DEF 1] PLF 1 Errata re: opposition to DEF 1 motion to suppress
                          (June 10, 2004 search & seizure) (24-1).

     40 -  1   02/24/05   [Re: DEF 1] JDR Minute Order re hrg on govt's mot to compel (20-1) set
                          for 3/1/05 at 10:00 a.m. cc: USA, FPD

     41 -  1   02/28/05   DEF 1 reply to opposition to DEF 1 motion to suppress (August 14, 2004
                          search & seizure) (27-1).

     42 -  1   02/28/05   DEF 1 reply to opposition to DEF 1 motion to sever cts 4&6 or in the
                          alternative, conduct a bifurcated trial before trial before a single
                          jury (22-1).

     43 -  1   03/01/05   [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Evid Hrg on
                          Defendant's Motion to Suppress & Hearing on Govt's Motion Compelling
                          Production of DNA Samples (held 3/1/05); Cont to 3/1/05 at 8:30 am;
                          clerk to order expedited transcript.  cc: USA, M. Dieni, USM

     44 -  1   03/03/05   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: Cont evid hrg on
                          def mots to suppress (24-1 & 27-1) and cont hrg on govt mot compelling
                          production of DNA samples (20-1) held 3/2/05; taking under advisement
                          motion to suppress (June 10, 2004 search & seizure) (24-1), motion to
                          suppress (August 14, 2004 search & seizure) (27-1); gov to file aff or
                          decla re gov mot to compel (20-1) due 3/04/05, reply 3/7/05. w/att exh &
                          wit list. cc: USA, FPD

     45 -  1   03/04/05   [Re: DEF 1] PLF 1 Declaration of D. Nesbett re: [Re: DEF 1] PLF 1 motion
                          for order compelling production of DNA sample (20-1) w/att exh.

     46 -  1   03/07/05   DEF 1 answer to PLF 1 declaration re: PLF 1 motion for order compelling
                          production of DNA samples (20-1).


 ACRS: R_RDSDX                    As of 12/01/05 at 2:55 PM by GARRY                       Page 3
```

Case 3:04-cr-00141-RRB    Document 136    Filed 12/15/2004    Page 6 of 12
```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0141--CR (RRB)
                                  "USA V WILLIE KEITH JACKSON"

                                        For all filing dates
```

```
Document #    Filed      Docket text

    47 -  1   03/08/05   [Re: DEF 1] JDR Minute Order granting motion for order compelling
                         production of DNA samples (20-1). cc: USA, FPD

    48 -  1   03/10/05   [Re: DEF 1] Transcript re: Evid hrg on def mot to suppress and hrg on
                         govt mot compelling production of DNA samples held 3/1/05 (located in
                         expando folder behind case file).

    49 -  1   03/10/05   [Re: DEF 1] Transcript re: Evid hrg on def mot to suppress and hrg on
                         govt mot compelling production of DNA samples held 3/2/05 (located in
                         expando folder behind case file).

    50 -  1   03/15/05   [Re: DEF 1] JDR Minute Order re hrg to address issues & the adequacy of
                         the record adduced on the motions to suppress evidence set for 2/16/05
                         at 10:00 a.m. cc: USA, FPD, USM, USPO

    51 -  1   03/16/05   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re hrg to address
                         issues and the adequacy of the record adduced on the defendant's motions
                         to suppress (DOC #24 & #27) held 03/16/05. Plaintiff to file motion
                         03/18/05; def to file response 03/22/05; def detention continued.  cc:
                         USA, USM, USPO, FPD.

    52 -  1   03/21/05   [Re: DEF 1] PLF 1 motion on shortened time for submission of audio
                         tapes.

    53 -  1   03/21/05   [Re: DEF 1] PLF 1 Supplemental briefing in opposition to DEF 1 motion to
                         suppress (August 14, 2004 search & seizure) (27-1) w/att exhs.

    54 -  1   03/22/05   Initial R&R re: DEF 1 motion to sever cts 4&6 or in the alternative,
                         conduct a bifurcated trial before trial before a single jury (22-1);
                         recommended that the crt adopt the bifurcation remedy & grant the def's
                         alternative motion for bifurcation rather than granting the outright
                         request for severance of trials; Objections due NOON 04/01/05. Reply due
                         NOON 04/06/05. cc: USA, FPD, Judge Besitline.

    55 -  1   03/22/05   DEF 1 opposition to supplemental briefinf re DEF 1 motion to suppress
                         (August 14, 2004 search & seizure) (27-1).

    56 -  1   03/23/05   [Re: DEF 1] JDR Order granting motion on shortened time for submission
                         of audio tapes (52-1). cc: USA, FPD

    57 -  1   03/23/05   [Re: DEF 1] PLF 1 Notice of flg on shortened time Audio Tapes Att A &
                         Att C to supp briefing in oppo to DEF 1 motion to suppress (August 14,
                         2004 search & seizure) (27-1).

    58 -  1   03/24/05   [Re: DEF 1] JDR Minute Order re govt directed to order an expedited
                         transcript of the 8/14/04 app for SW (tape 2 att to notice of flg 57-1)
                         & file w/the crt. cc: USA, FPD

    58A-  1   03/30/05   not used

    59 -  1   03/30/05   [Re: DEF 1] PLF 1 Notice of filing transcript of search warrant tape
                         pursuant to crt's order @ #58 re govt's exh to oppo to DEF 1 motion to
                         suppress (August 14, 2004 search & seizure) (27-1)

    60 -  1   04/04/05   DEF 1 Unopposed motion to continue trial.
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0141--CR (RRB)
                           "USA V WILLIE KEITH JACKSON"

                              For all filing dates


Document #    Filed     Docket text

    61 -  1   04/05/05  [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton/April Karper]
                        granting motion Unopposed motion to continue trial (60-1); tbj set for
                        4/11/05 vacated and reset to week of 5/2/05 trailing; FPTC reset to
                        4/22/05 at 9:00 am.  cc: USA, FPD, USM, USPO, Jury Clerk, MJ Roberts

    62 -  1   04/05/05  [Re: DEF 1] RRB Order of excludable delay continuance per 18 USC sec
                        3161(h)(8)(B)(iv); reasonable time to prepare.

    62 -  2   04/14/05  Initial R&R re: DEF 1 motion to suppress (August 14, 2004 search &
                        seizure) (27-1). Objections due 04/22/05. Reply due 04/27/05.  Court
                        recommends mot to suppress at dkt 27 should be denied.  cc: AUSA, FPD,
                        Judge Beistline

    63 -  1   04/14/05  Initial R&R re: DEF 1 motion to suppress (June 10, 2004 search &
                        seizure) (24-1). Objections due 04/22/05. Reply due 04/27/05. Court
                        recommends the motions to suppress (Dkt 24) should be granted in part
                        and denied in part.  cc: AUSA, FPD, Judge Beistline

    64 -  1   04/18/05  [Re: DEF 1] RRB Order granting motion to sever cts 4&6 or in the
                        alternative, conduct a bifurfacted trial before a single jury (22-1).
                        cc; AUSA, M. Dieni

    65 -  1   04/22/05  [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton/April Karper] re
                        Final Pretrial Conference (held 4/22/05); TBJ set for May 2, 2005
                        vacated and reset to June 1, 2005 at 8:30 a.m.; FPTC reset to May 24,
                        2005 at 1:15 pm; excludable delay found under 18 USC section
                        3161(h)(8)(B)(iv), reasonable time to prepare.  cc: USA, FPD, USM, USPO,
                        Jury CLerk

    66 -  1   04/22/05  DEF 1 motion to accept over length objections to MJ R&R re motions to
                        suppress w/att aff & objects.

    67 -  1   04/22/05  [Re: DEF 1] PLF 1 Unopposed motion to cont govt's ddln to respond to
                        objs to R&R re motions to suppress.

    68 -  1   04/25/05  [Re: DEF 1] JDR Order granting unopposed motion to cont govt's ddln to
                        respond to objs to R&R re motions to suppress (67-1). cc: USA, FPD

    69 -  1   04/26/05  [Re: DEF 1] JDR Order granting motion to accept over length objections
                        to MJ R&R re motions to suppress (66-1). cc: USA, FPD

    70 -  1   04/26/05  DEF 1 objection to R&R re: DEF 1 motion to suppress (June 10, 2004
                        search & seizure) (24-1), DEF 1 motion to suppress (August 14, 2004
                        search & seizure) (27-1) w/att exhs.

    71 -  1   04/27/05  [Re: DEF 1] JDR Minute Order re O/A set for 5/5/05 at 9:30 a.m. for
                        limited purpose of hrg argument to the MJ's factual findings. cc: USA,
                        FPD, USM

    72 -  1   05/04/05  [Re: DEF 1] PLF 1 motion to accept over length response to def's
                        objections.

    72 -  2   05/05/05  [Re: DEF 1] JDR Order grant govt's mot to accept overlength response to
                        def's objections (72-1). cc: USA, FPD

    73 -  1   05/05/05  [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Oral Argument on
                        the Magistrate Judge's Factual Findings as to Defendant's Motions to

ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                       Page 5
```

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A04-0141--CR (RRB)
                                    "USA V WILLIE KEITH JACKSON"
```

|                     |              |
| ------------------- | ------------ |
| For all filing dates |              |

Document #    Filed        Docket text

                           Suppress (held 05/05/05); granting motion to accept over length response
                           to def's objections (72-1); taking under advisement motion to suppress
                           (June 10, 2004 search & seizure) (24-1), motion to suppress (August 14,
                           2004 search & seizure) (27-1), written ruling to issue. cc; USA, FPD,
                           USM.

   74 -   1   05/05/05     [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to suppress
                           (June 10, 2004 search & seizure) (24-1), DEF 1 motion to suppress
                           (August 14, 2004 search & seizure) (27-1).

   75 -   1   05/10/05     [Re: DEF 1] JDR Revised R&R re: DEF 1 motion to suppress (June 10, 2004
                           search & seizure) (24-1), DEF 1 motion to suppress (August 14, 2004
                           search & seizure) (27-1); Recommended be denied; Objections due NOON
                           5/13/05; Replies due NOON 5/20/05. cc: USA, FPD, Judge Beistline

   76 -   1   05/11/05     DEF 1 motion for extension of time to file objections to revised
                           reocmmendation regarding motions to suppress.

   77 -   1   05/13/05     [Re: DEF 1] JDR Minute Order granting motion for extension of time to
                           4:00 p.m. 5/16/05 to file objections to revised reocommendation to
                           motions to suppress (76-1). cc: USA, FPD

   78 -   1   05/16/05     DEF 1 objection to revised R&R re: DEF 1 motion to suppress (June 10,
                           2004 search & seizure) (24-1), DEF 1 motion to suppress (August 14, 2004
                           search & seizure) (27-1).

   79 -   1   05/19/05     [Re: DEF 1] PLF 1 objection to revised R&R re: DEF 1 motion to suppress
                           (June 10, 2004 search & seizure) (24-1), DEF 1 motion to suppress
                           (August 14, 2004 search & seizure) (27-1).

   80 -   1   05/20/05     Final Revised R&R re: DEF 1 motion to suppress (June 10, 2004 search &
                           seizure) (24-1), DEF 1 motion to suppress (August 14, 2004 search &
                           seizure)  (27-1); MJ declines to modify recoomednation. cc: USA, FPD,
                           Judge Beistline

   81 -   1   05/24/05     [Re: DEF 1] RRB Minute Order adopting final R&R @ dkt 80; denying mot to
                           suppress (6/10/04 search & seizure) (24-1), mot to suppress (8/14/04
                           search & seizure) (27-1). cc: USA, FPD, MJ Roberts

   82 -   1   05/25/05     [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re Final Pretrial
                           Conference (held 5/25/05); cont to 5/27/05 at 2:45 p.m.  cc: USA, FPD,
                           USM

   83 -   1   05/27/05     DEF 1 Unopposed motion on shortened time for delay of trial & for
                           limited apptd of CJA cnsl to  review pre-trial ineffective claims w/att
                           aff.

   84 -   1   05/27/05     [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] re Continited
                           FPTC (held 05/27/05); granting motion Unopposed motion for delay of
                           trial & for limited apptd of CJA cnsl to (83-1); FPD notified of CJA
                           Appointment; Court finds excludable delay under 18 U.S.C. Section 3161
                           (h)(8)(B)(iv) in order to obtain counsel, substitute counsel, or give
                           reasonable time to prepare; Scheduling/Status hearing set 06/15/05 at
                           9:00 a.m.; all parties to appear including CJA Appointed Attorney; def's
                           detention continued.  CC: USA, FPD, FPD CJA CLERK, USM, USPO, JC,
                           Magistrate Judge Roberts.

   85 -   1   06/01/05     [Re: DEF 1] CJA appointment of K. Jennings.

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0141--CR (RRB)
                              "USA V WILLIE KEITH JACKSON"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 86 - 1 | 06/15/05 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] re Scheduling/Status Hearing (held 06/15/05); Def's oral motions requesting Judge Beistline to disqualify himself, reconsideration of ruling on motion to suppress, and defendant representing himself, to be put in writing and filed on or before July 15, 2005; Government to reply on or before July 25, 2005; Def may respond as status hearing set for July 29, 2005 at 10:30 a.m.; Mr. Jackson to be lead counsel and Mr. Dieni and Ms. Jennings to be co-counsel; All paperwork to be mailed to all parties; Def's oral motion to continue the TBJ Granted; Court found excludable delay under 18 U.S.C. Section 3161 (h)(8)(B)(ii) Case unusual or complex and (h)(8)(B)(iv) reasonable time to prepare.  CC: USA, K. Jennings, M. Dieni, USM, USPO, DEF, Magistrate Judge Roberts. |
| 87 - 1 | 06/20/05 | [Re: DEF 1] RRB Order re: pending motions.  Def to consider the questions stated as he contemplates the wisdom of self-representation. Court will not disqualify itself.   cc: AUSA, FPD, K. Jennings, W. Jackson w/cnsl cy |
| 88 - 1 | 06/30/05 | DEF 1 motion to impeach the entire testimony of Officer Carson on the record in accordance with evidence rule 806 & 608, due to lack of credibility as descrived by Magistrate Roberts in his original revised recommendation, amongst other inconsistencies offered under oath. |
| 89 - 1 | 07/11/05 | DEF 1 motion for lead co-counsel status or discharge of attorney for ineffective assistance of counsel. |
| 90 - 1 | 07/20/05 | DEF 1 Affidavit. |
| 91 - 1 | 07/21/05 | DEF 1 motion for recusal. |
| 92 - 1 | 07/25/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to impeach the entire testimony of Officer Carson on the record in accordance with evidence rule 806 & 608, due to lack of credibility as descrived by Magistrate Roberts in his original revised recommendation, amongst other inconsistencies offered under oath (88-1). |
| 93 - 1 | 07/26/05 | [Re: DEF 1] RRB Minute Order the mot for recusal must be resolved before other pending motions are addresed.  The court will withhold rulings on the pending motions until it is determined whether another judge should preside.  This will involve an assesment by this court and review by the chief judge. cc: AUSA, FPD, K. Jennings, W. Jackson w/cnsl cy |
| 94 - 1 | 07/26/05 | [Re: DEF 1] PLF 1 motion to accept late filed opposition to defendant's motion to recuse. |
| NOTE - 4 | 07/27/05 | Notation: DOCKET 95 NOT USED, |
| 94 - 2 | 07/27/05 | [Re: DEF 1] RRB Order granting motion to accept late filed opposition to defendant's motion to recuse (94-1). cc: cnsl |
| 96 - 1 | 07/27/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for recusal (91-1). |
| 97 - 1 | 07/27/05 | DEF 1 Affidavit of service on affidavit (dkt # 90). |
| 98 - 1 | 07/29/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re Status Hearing/Trial Rescheduling Conference (held 7/29/05); Mr. Dieni directed to submit a copy of the tape of Mr. Jackson's State of Alaska sentencing |

Case 3:04-cr-00141-RRB   Document 136   Filed 12/15/2004   Page 10 of 12

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0141--CR (RRB)
"USA V WILLIE KEITH JACKSON"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | hearing to be forwarded to Judge Sedwick for review; Status Hearing set for 9/7/05 at 1:30 p.m.; excludable delay found under 18 USC section 3161(h)(8)(B)(iv).  cc: USA, FPD, K. Jennings, USM, USPO, Judge Sedwick |
| 99 - | 1 | 08/01/05 | DEF 1 Unopposed motion to file exhibit w/att exhs. |
| 99 - | 2 | 08/02/05 | [Re: DEF 1] RRB Order granting unopposed motion to file exhibit (99-1). cc: AUSA, FPD |
| 100 - | 1 | 08/03/05 | [Re: DEF 1] JWS Order denying motion for recusal (91-1). cc: USA, FPD, K. Jennings, Judge Beistline, W. Jackson |
| 101 - | 1 | 08/04/05 | DEF 1 reply to opposition to DEF 1 motion to impeach the entire testimony of Officer Carson on the record in accordance with evidence rule 806 & 608, due to lack of credibility as described by Magistrate Roberts in his original revised recommendation, amongst other inconsistencies offered under oath (88-1). |
| 102 - | 1 | 08/05/05 | [Re: DEF 1] Exhibit inventory & disposition notice; exhs A,B,C,D,E,F,G,H,I,J,K,L,M,N returned to N. Dieni. |
| 103 - | 1 | 08/08/05 | [Re: DEF 1] Exhibit Inventory & Dispostion Notice. Exhs 1 returned to D. Nesbett on 8/5/05. |
| 104 - | 1 | 08/12/05 | [Re: DEF 1] RRB Order denying motion to impeach the entire testimony of Officer Carson on the record in accordance w/evidence rule 806 & 608, due to his lack of credibility as described by MJ Roberts in his original & revised recommendation (88-1). cc: cnsl |
| 105 - | 1 | 08/12/05 | DEF 1 motion for bail review. |
| 106 - | 1 | 08/15/05 | [Re: DEF 1] JDR Minute Order granting motion for bail review (105-1). Bail review hrg is set for 8/19/05 at 9:30 a.m.  cc: AUSA, FPD, K. Jennings, W. Jackson, USM, USPO |
| 107 - | 1 | 08/19/05 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] RE: Bail Review Hearing (held) 08/19/05; defendant's detention continued.  CC: USA, FPD, K. Jennings, W. Jackson, USM, USPO, Judge Beistline. |
| 108 - | 1 | 08/19/05 | DEF 1 motion for reconsideration of the order denying motion to impeach testimony. |
| 109 - | 1 | 08/22/05 | [Re: DEF 1] RRB Minute Order the government has until COB 9/2/05 to file a response to def's mot for reconsideration, after which the court will take the matter under advisement.  cc: AUSA, W. Jackson, FPD, K. Jennings. |
| 110 - | 1 | 08/26/05 | DEF 1 motion to show cause. |
| 111 - | 1 | 08/26/05 | DEF 1 motion for transcript of 8/19/05 hrg. |
| 112 - | 1 | 09/01/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for reconsideration of the order denying motion to impeach testimony. (108-1). |
| 113 - | 1 | 09/01/05 | [Re: DEF 1] PLF 1 motion (request) for clarification re: mot to show cause. |
| 114 - | 1 | 09/07/05 | DEF 1 motion (pro se) to suppress. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A04-0141--CR (RRB)
                            "USA V WILLIE KEITH JACKSON"
```

For all filing dates

```
 Document #   Filed      Docket text

  115 -   1   09/07/05   [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re Status Hearing
                         (held 9/7/05); oppo to pro se mot to suppress, et al filed in court due
                         9/23/05; def may file reply to this mot only.  Def rescinded request to
                         represent himself; M. Dieni excused from case; Karen Jennings appointed
                         as CJA cnsl; FPTC set for 11/22/05 at 9:00 am; tbj set for 11/28/05
                         w/jury selection beginning at 1:00 pm; Ms. Jennings to advise crt if her
                         schedule changes so that trial can start in the am; excludable delay
                         found under 18 USC 3161(h)(8)(B)(iv).   cc:  USA, FPD, K. Jennings, W.
                         Jackson, FPD(CJA Clerk), USM, USPO, JC, MJ Roberts

  116 -   1   09/23/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion (pro se) to suppress
                         (114-1).

  117 -   1   10/03/05   DEF 1 reply to opposition to DEF 1 motion (pro se) to suppress (114-1).

  118 -   1   11/04/05   DEF 1 Notice concerning availability for trial.

  118A-   1   11/10/05   DEF 1 Notice of intent to file appeal of denial of bail and likely
                         denial of dkts #'s 88, 101,108,110,114, & 117 in accorance with 18:3148
                         (FRAP9) and 28:1292(FRAP 5), until receipt of pro se files denied by the
                         SOA D.O.C. for retention during 10/13/05 Transfer  to FBOP (Sea Tac).

  119 -   1   11/14/05   [Re: DEF 1] RRB Order denying motion for reconsideration of the order
                         denying motion to impeach testimony (108-1), motion to show cause
                         (110-1), motion for transcript of 8/19/05 hrg (111-1) and 9/7/05 bail
                         hearing.  cc: AUSA, K. JENNINGS

  120 -   1   11/14/05   [Re: DEF 1] RRB Order denying as moot motion (request) for clarification
                         re: mot to show cause (113-1), denying motion (pro se) to suppress
                         (114-1).  cc: AUSA, K. JENNINGS

  121 -   1   11/15/05   [Re: DEF 1] Transcript re Bail Review Hearing (held 8/19/05).

  122 -   1   11/15/05   [Re: DEF 1] Transcript re Status Hearing (held 9/7/05).

  123 -   1   11/21/05   DEF 1 Proposed Voir Dire Questions.

  124 -   1   11/21/05   DEF 1 Trial Brief.

  125 -   1   11/21/05   DEF 1 Proposed Jury Instructions.

  126 -   1   11/21/05   DEF 1 motion to show cause why a final order(s) has/have not been issued
                         concerning the various unanswered pro se motions.

  127 -   1   11/21/05   [Re: DEF 1] PLF 1 Proposed Voir Dire Questions.

  128 -   1   11/21/05   [Re: DEF 1] PLF 1 Proposed Jury Instructions.

  129 -   1   11/21/05   [Re: DEF 1] PLF 1 Trial Brief.

  129 -   2   11/21/05   [Re: DEF 1] PLF 1 motion in limine re: evidence on matters highly
                         prejudicial to government.

  130 -   1   11/22/05   [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re Final Pretrial
                         Conference (held 11/22/05); hrg cont to 11/23/05 at 9:30 am; def cnsl's
                         oral mot to participate telephonically granted.  cc:  USA, K. Jennings,
                         W. Jackson, USM, USPO

 ACRS: R_RDSDX                    As of 12/01/05 at 2:55 PM by GARRY                      Page 9
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0141--CR (RRB)
                              "USA V WILLIE KEITH JACKSON"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 131 - 1 | 11/22/05 | [Re: DEF 1] PLF 1 Notice of intent to seek enhanced statutory penalties pursuant to 21 U.S.C. 851. |
| 132 - 1 | 11/22/05 | [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion to show cause why a final order(s) has/have not been issued concerning the various unanswered pro se motions (126-1). |
| 133 - 1 | 11/23/05 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re Cont FPTC (held 11/23/05); USM to assist def in locating case files; mot at dkt 114 denied; court to select 14 jurors and randomly select 2 alternates; trial to start at 9:30 am on 11/28/05.  cc:  USA, K. Jennings, W. Jackson, USM, USPO |
| 134 - 1 | 11/29/05 | [Re: DEF 1] RRB Court Minutes [ECR: April Karper/Robin Carter] Re: TBJ Day 1 (held 11/28/05); TBJ to reconvene 11/29/05 at 8:45 a.m. |
| 135 - 1 | 11/29/05 | [Re: DEF 1] PLF 1 Submission of Jury Instructions. |
| 136 - 1 | 11/30/05 | [Re: DEF 1] RRB Court Minutes [ECR: April Karper/Caroline Edmiston] Trial by Jury day 2 (held 11/29/05); defendant's oral motion for judgment of acquittal Denied; TBJ continued to 11/30/05 at 9:00 a.m. CC: USA, FPD, K. Jennings, W. Jackson, USM, USPO. |