Willie Jackson, pro se
Anchorage Correctional Complex
1300 E. 4th Ave.
Anchroage Alaska, 99501



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. A04-0141 CR (RRB) |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEAL** |
| vs. ) | **OF** |
| ) | **DENIAL OF BAIL** |
| WILLIE KEITH JACKSON, ) | **WITHOUT TRANSCRIPT** |
| ) | **IN ACCORDANCE WITH** |
| Defendant. ) | **18 USCS §§ 3146 - 3148** |

The pro se Appellant Jackson gives notice that he is appealing his Denial of bail, in accordance with Federal Rule of Appellate Procedure 9, by Magistrate John Roberts on August 19, 2005.

Respectfull Submitted October 12, 2005, at Anchorge Alaska.

*Willie Jackson*
Willie Jackson
Pro se

A04-0141--CR (RRB)
-------------------
H. JENNINGS
W. JACKSON
D. NESBETT (AUSA)

US MARSHAL
US PROBATION    12/07/05
JUDGE BEISTLINE
MAGISTRATE JUDGE ROBERTS
9CCA

A04-0141--CR (RRB)
---------------------
D. NESBETT (AUSA)

137A