FILED

Dec 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WILLIE KEITH JACKSON,<br><br>　　　　　Defendant. | Case No: A04-0141 CR (RRB)<br><br>**VERDICT 1** |

　　　　We the Jury, duly empaneled and sworn to try the above-entitled cause, do find the Defendant, WILLIE KEITH JACKSON, __Guilty__ (Guilty or Not Guilty) of the crime of Possession of 5 Grams or More of Cocaine Base with Intent to Distribute, as charged in Count 1 the Indictment.

　　　　ENTERED this __30__ day of __November__, 2005.

_____
JURY FOREPERSON

138

**FILED**

**NOV 3 0 2005**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>WILLIE KEITH JACKSON,<br><br>      Defendant. | Case No. A04-0141 CR (RRB)<br><br>**VERDICT 2** |

    We the Jury, duly empaneled and sworn to try the above-entitled cause, do find the Defendant, WILLIE KEITH JACKSON, __Guilty__ (Guilty or Not Guilty) of the crime of Possession of Cocaine with Intent to Distribute, as charged in Count 2 the Indictment.

    ENTERED this __30__ day of __November__, 2005.

_____
JURY FOREPERSON



**FILED**
NOV 30 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILLIE KEITH JACKSON,<br><br>　　　　Defendant. | Case No. A04-0141 CR (RRB)<br><br>**VERDICT 3** |

　　　　We the Jury, duly empaneled and sworn to try the above-entitled cause, do find the Defendant, WILLIE KEITH JACKSON, _____ (Guilty or Not Guilty) of the crime of Possession of a Firearm During and in Relation to and in Furtherance of Drug Trafficking, as charged in Count 3 the Indictment.

　　　　ENTERED this _____ day of _____, 2005.


_____
JURY FOREPERSON

FILED

NOV 30 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

WILLIE KEITH JACKSON,

      Defendant.

Case No. A04-0141 CR (RRB)

**VERDICT 4**

    We the Jury, duly empaneled and sworn to try the above-entitled cause, do find the Defendant, WILLIE KEITH JACKSON, __Guilty__ (Guilty or Not Guilty) of the crime of Felon in Possession of a Firearm, as charged in Count 4 the Indictment.

    ENTERED this __30__ day of __November__, 2005.

_____
JURY FOREPERSON

```
                                              FILED
                                           NOV 30 2005
                                       UNITED STATES DISTRICT COURT
                                           DISTRICT OF ALASKA
                                       By_____Deputy
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. A04-0141 CR (RRB) |
| vs. | |
| WILLIE KEITH JACKSON, | |
| Defendant. | **VERDICT 5** |

We the Jury, duly empaneled and sworn to try the above-entitled cause, do find the Defendant, WILLIE KEITH JACKSON, _Guilty_ (Guilty or Not Guilty) of the crime of Possession of 5 Grams or More of Cocaine Base with Intent to Distribute, as charged in Count 5 the Indictment.

ENTERED this _30_ day of _November_, 2005.

_____
JURY FOREPERSON