TIMOTHY M. BURGESS
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
(907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 3: 45

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. A04-141 CR (RRB) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO DISMISS |
| WILLIE KEITH JACKSON, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, and respectfully requests the Court to enter an order, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, dismissing Count 3 of the Indictment against WILLIE KEITH JACKSON.

In the interest of justice, the Government seeks dismissal of Count 3 of the Indictment. No agreement has been made with the defendant, WILLIE KEITH

JACKSON, regarding dismissal of this charge. Investigation subsequent to the defendant's trial supports this action.

DATED at Anchorage, Alaska, this 12th day of December, 2005.

                                 TIMOTHY M. BURGESS
                                 United States Attorney

                                 /s/ David A. Nesbett
                                 DAVID A. NESBETT
                                 Special Assistant United States Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 12, 2005, via:

(X) fax

Karen Jennings
Box 3626
Palmer, AK 99645

Executed at Anchorage, Alaska, on December 12, 2005

/s/ Kristen Eickstedt
Legal Assistant
Office of the U.S. Attorney