Attorney Karen L. Jennings
P.O. Box 3626
Palmer, AK 99645
Telephone: (907) 373-3722
Fax: (907) 373-3782
E-mail: klj@mtaonline.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIE K. JACKSON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. A04-0141 CR (RRB)<br>)<br>)  **MOTION TO WITHDRAW**<br>)  **EFFECTIVE POST-SENTENCING** |

  Karen L. Jennings, appointed counsel for Defendant herein, moves the court to order her withdrawal, effective after sentencing. Mr. Jackson wants to pursue his appeal on his own, he has very definite issues he wants appealed, and he informed the undersigned he has already started work on the appeal.

  Since Mr. Jackson has qualified for court-appointed counsel and has no resources with which to pay for transcripts and such, it is requested that he be granted pauperis status so that these items may be provided to him free of charge.

  Dated: December 12, 2005

                   */s/ Karen L. Jennings*
                   Karen L. Jennings
                   Attorney for Defendant

I hereby certify that a true and correct copy of the foregoing was mailed to AUSA Nesbett on December 12, 2005.

                   */s/ Karen L. Jennings*
                   Karen L. Jennings

Attorney Karen L. Jennings
P.O. Box 3626
Palmer, AK 99645
Telephone: (907) 373-3722
Fax: (907) 373-3782
E-mail: klj@mtaonline.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. A04-0141 CR (RRB) ) |
| WILLIE K. JACKSON, | ) AFFIDAVIT IN SUPPORT OF |
| Defendant. | ) MOTION TO WITHDRAW ) EFFECTIVE POST-SENTENCING |

Karen L. Jennings, being first duly sworn, deposes and states:

"I am the defendant's court-appointed attorney. I drafted the motion filed herewith and the factual statements are true to the best of my knowledge and belief."

_Karen L. Jennings_
Karen L. Jennings

State of Alaska, Third Judicial District))ss
SUBSCRIBED AND SWORN to before me this 12th day of December, 2005.



_Carrol Palmer_
Notary Public, State of Alaska
My commission expires: 6-15-07

I hereby certify that a true and correct copy of the foregoing was mailed to AUSA Nesbett on December 12, 2005.

_Karen L. Jennings_
Karen L. Jennings