**FILED**

DEC 2 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deput

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,         )
                                  )
           Plaintiff,             )
                                  )   Case No. A04-0141 CR (RRB)
v.                                )
                                  )
WILLIE KEITH JACKSON,             )
                                  )   **JUDGMENT OF DISCHARGE**
           Defendant.             )   **AS TO COUNT 3**
                                  )

IT APPEARING that the Defendant is now entitled to be discharge as to Count 3 of the Indictment for the reason that the Court has grante the Government's Motion to Dismiss Count 3,

**IT IS THEREFORE ADJUDGED** that the Defendant is hereby discharge as to Count 3 of the Indictment, Possession of a Firearm During and i Relation to and in Furtherance of Drug Trafficking, in violation o 18 § 924(c)(1)(A), pursuant to Rule 32(k)(1), Federal Rules of Crimina Procedure.

ENTERED this 19 day of December, 2005.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

PD 12-20-05