Willie Jackson, Prose
SeaTac — FDC
P.O. Box 13900
Seattle, WA. 98198-1090

WILLIE KEITH JACKSON
Appellant,

vs.

THE UNITED STATES
OF AMERICA
Appellee.

FILED
DEC 3 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deput

CDA No. _____
TC NO. A04-0141 CR (RRB)

NOTICE
OF
CHANGE OF ADDRESS

The prose Appellant Jackson ask that the District Court, pre-Court of Appeal filing schedual, take notice that the pro se Appellant has been transfered [without his Box of Files in this case], from Anchorage Correctional Center East, to SeaTac — FDC, P.O. Box 13900, Seattle Washington 98198-1090.

Dated December 22, 2005, at Seattle WA.,

Willie Jackson
Willie Jackson
pro se

A04-0141-CR-(RRB)
David Nesbett
Appeal - of Bail by permission 2851292(9)

148