Willie Jackson, pro se
SeaTac - FDC
P.O. Box 13900
Seattle, WA. 98198 - 1090

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| WILLIE KEITH JACKSON, | ) | |
|---|---|---|
| | ) | COA NO. _____ |
| Appellant, | ) | TC No. A04-0141 CR (RRB) |
| | ) | |
| vs. | ) | **NOTICE OF DESIGNATION** |
| | ) | **TRANSCRIPT** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

The Pro se Appellant Jackson gives notice he will designate the following, for purposes of appealing under 28 USCS § 1292:

1) Docket No. 115 - 09/07/05 - Status Hearing
2) Docket No. 130 - 11/22/05 - Final pretrial
3) Docket No. 133 - 11/23/05 - Cont. FPTC
4) Docket No. 134 - 11/29/05 - **TBJ** 1
5) Docket No. 136 - 11/30/05 - TBJ 2
6) Docket No. 137 - 12/02/05 - TBJ 3

Dated December 28, 2005 at Seattlle Washington

*Willie Jackson*
Willie Jackson
Pro se

A04- 0141--CR  (RRB)
----------------------
D. NESBETT (AUSA)