UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA   v.  WILLIE KEITH JACKSON 

DATE:   January 6, 2006      CASE NO.   A04-0141 CR (RRB) 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                **RE LEGAL MATERIAL**

---

Defendant's Request for Order to Retain Possession of Legal Material (Docket 140) is hereby **GRANTED**.  Defendant's legal materials shall not be disposed of by DOC prior to resolution of the appeal of this criminal matter so that Defendant may have reasonable access to his legal materials.

M.O. RE LEGAL MATERIALS