UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
JAN 1 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA V JACKSON            5-30626
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: A04-141CR (RRB) (JDR) / JUDGE BEISTLINE
            MAGISTRATE JUDGE ROBERTS
Date Complaint/Indictment/Petition Filed: INDT # 1 12/15/04
Date Appealed Order/Judgment *entered*: ORDER DKT # 107 - 8/19/05
Date NOA *filed*: 12/05/05
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Denali Elmore, Elisa Singleton Robin Carter, Carolyn Edmiston, April Karper

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: no         Date Docket Fee billed: __
Date FP granted: __              Date FP denied: __
Is FP pending? __yes/no          Was FP Limited/Revoked?
US Government Appeal?  no yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
Willie K. Jackson (pro se)            David a. Nesbett
Anchorage Correctional Complex West   United States Attorney's Office
1300 E. 14th Avenue                   222 West 7th Avenue # 9
Anchorage, Alaska 99501               Anchorage, Alaska 99513

Karen L. Jennings (CJA)
POB 3626
Palmer, AK 99656
__retained  __CJA  __FPD  __FPD  __Other  Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address: same as above
Custody: yes
Bail: __

SCANNED

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Shari Fuhrer
                                                      907-677-6130