Attorney Karen L. Jennings
P.O. Box 3626
Palmer, AK 99645
Telephone: (907) 373-3722
Fax: (907) 373-3782
E-mail: klj@mtaonline.net

RECEIVED
JAN 19 2006
CLERK, U.S. DISTRICT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| WILLIE K. JACKSON, ) | No. A04-0141 CR (RRB) |
| ) | |
| Defendant. ) | **MOTION TO CONTINUE** |
| ) | **SENTENCING** |

Defendant Willie Jackson, through counsel Karen L. Jennings, moves the court to continue sentencing in this case for approximately a month in order to give counsel time to properly review the draft presentence report, prepare objections, do research, and draft the presentence memorandum. More time is needed for counsel to properly prepare.

Dated: January 17, 2006

Karen L. Jennings
Attorney for Defendant

I hereby certify that a true and correct copy of the foregoing was faxed to A.U.S.A. Nesbett and to U.S.P.O. Pamela Shaw on January 17, 2006.

Karen L. Jennings