Attorney Karen L. Jennings
P.O. Box 3626
Palmer, AK 99645
Telephone: (907) 373-3722
Fax: (907) 373-3782
E-mail: klj@mtaonline.net

RECEIVED
JAN 1 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. A04-0141 CR (RRB) |
| WILLIE K. JACKSON, | ) |
| | ) **ORDER GRANTING MOTION TO** |
| Defendant. | ) **CONTINUE SENTENCING** |
| | ) |

This matter came before the court on the motion of the defendant and the court having considered same and any response thereto, hereby GRANTS said motion.

Sentencing in this matter is therefore rescheduled to _____, 2006 at _____ (a.m.)(p.m.).

Dated: _____

_____
Ralph Beistline
U.S. DISTRICT COURT JUDGE

I hereby certify that a true and correct copy of the foregoing was faxed to A.U.S.A. Nesbett and U.S.P.O. Shaw on January 17, 2006.

*[signature]*
Karen L. Jennings