Attorney Karen L. Jennings
P.O. Box 3626
Palmer, AK 99645
Telephone: (907) 373-3722
Fax: (907) 373-3782
E-mail: klj@mtaonline.net




IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
vs. )
)
WILLIE K. JACKSON, ) No. A04-0141 CR (RRB)
)
Defendant. ) **AFFIDAVIT OF COUNSEL**
)

Karen L. Jennings, being first duly sworn, deposes and states:

1. I am Defendant's court-appointed attorney.

2. I received Defendant's draft PSR on January 11, 2006. As of this morning, Defendant had not yet received his copy which was sent priority mail to him that date.

3. U.S. Probation has requested that any objections be noted with them by January 23, 2006.

4. Given the time necessary to review the draft PSR and do the research needed and/or requested by Mr. Jackson, counsel needs more time to prepare the objections and for sentencing.

5. Mr. Jackson does not oppose his sentencing date being pushed back.

6. Counsel requests that the sentencing be continued for about a month.

7. Counsel left a message for A.U.S.A. Nesbett this date. Probation Officer Pamela Shaw this date indicated that she does not oppose this continuance.

Dated: January 17, 2006

Karen L. Jennings

State of Alaska, Third Judicial District))ss

SUBSCRIBED AND SWORN TO before me this 17th day of January, 2007.

State of Alaska
NOTARY PUBLIC
Angela Montana
My Commission Expires: 1/24/09

Notary Public, State of Alaska
My commission expires: 1/24/09

I hereby certify that a true and correct copy of the foregoing was faxed to AUSA Nesbett and to U.S. Probation on January 17, 2006.

Karen L. Jennings