Attorney Karen L. Jennings
P.O. Box 3626
Palmer, AK  99645
Telephone: (907) 373-3722
Fax: (907) 373-3782
E-mail:  klj@mtaonline.net

RECEIVED

JAN 1 9 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
| vs. | ) |
|  | ) |
| WILLIE K. JACKSON, | ) No. A04-0141 CR (RRB) |
|  | ) |
| Defendant. | ) **NOTICE REGARDING** |
|  | ) **ELECTRONIC FILING** |

Karen L. Jennings, appointed attorney for Mr. Jackson, gives notice that she knows

that electronic filing has taken effect. The undersigned is not ready to implement that

method of filing, but has gone to the training and is working toward being able to file

electronically.

Dated:  January 17, 2006

Karen L. Jennings
Attorney for Defendant

I hereby certify that a true and correct copy of the foregoing was faxed to A.U.S.A. Nesbett
and to U.S.P.O. Pamela Shaw on January 17, 2006.

Karen L. Jennings