DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email:david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-141-RRB |
| | ) | |
| Plaintiff, | ) | **UNITED STATES'** |
| | ) | **INTENTION TO NON-** |
| vs. | ) | **RESPOND** |
| | ) | |
| WILLIE K. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Defendant filing pro se, while still represented by counsel, moves the court to show cause why it has not responded to three specific motions.[1]  "Thus, Jackson ask (sic) the court to properly and timely issue orders, now, so that he might

---

[1] Clerk's Docket No. 153, "MOTION TO SHOW CAUSE WHY MOTION AT DOCKET NUMBER: 140; 141; 143, ETCETRA (sic), HAVE NOT BEEN TIMELY RESPONDED TO BY THE COURT."

retrieve his pre se files to effect his Appeal, now, under 28 § U.S.C. 1292 and 18 U.S.C. §§ 3146-3148, at government expense. And, properly prepare, now, for the February 9, 2006 sentencing concerning motion (sic) raised at Docket No. 141 (objections to governments (sic) notice of intent to seek enhanced statutory penalties)."[2]

Respectfully, absent further direction from the court, the government does not intend to respond to defendant's motion.

RESPECTFULLY SUBMITTED this 26th day of January, 2006, in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/David A. Nesbett
        Special Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, Room 253, #9
        Anchorage, Alaska  99513-7567
        Phone:(907) 271-5071
        Fax: (907) 271-1500
        Email:david.nesbett@usdoj.gov

---

[2] Clerk's Docket No. 153 at 3.

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to Karen Jennings, Esq. of record on January 26, 2006, via fax

 s/David A. Nesbett
Office of the U.S. Attorney