IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>WILLIE K. JACKSON,<br><br>      Defendant. | Case No. 3:04-cr-0141-RRB<br><br>**ORDER RE PENDING MOTIONS** |

      Before the Court is Defendant's Motion to Show Cause at Docket 153, which the Court responds to as follows.  At Docket 141, Defendant filed an Objection to Enhanced Statutory Penalties Pursuant to 21 U.S.C. § 851, which is not a motion and was not treated as such.  It simply put the Court on notice of Defendant's objections, which the Court will consider when the matter is addressed at sentencing.

      At Docket 143, Defendant's attorney filed a Motion to Withdraw Effective Post-Sentencing.  The Court had intended to address this matter at sentencing, but has no objection to the request in principal.  Therefore, in order to put Defendant's mind

ORDER RE PENDING MOTIONS - 1

to rest with regard to this issue, the Motion to Withdraw is hereby **GRANTED**. The Court cannot determine, however, what the Ninth Circuit's position will be toward permitting Defendant to proceed before it pro se.

With the above explanation, the Court hereby **DENIES** Defendant's motion at Docket 153.

Also before the Court, at Docket 154, is Defendant's Motion to Re-test All Drug Evidence. This matter was not raised at trial and is not now properly before the Court. This motion is therefore **DENIED**. Defendant was fairly convicted by a jury of his peers. The Court will not now retry the case in motion practice.

ENTERED this 31st day of January, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE