UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

RECEIVED
FEB 01 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

U.S. Court of Appeals # _____   U.S. District Court # _A04-0141 CR (RRB)_
Short Case Title _U.S. v. Willie Fritt Jackson_
Date Notice of Appeal Filed by Clerk of District Court _11/14/05; 11/23/05; and 12/13/05_

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | | PROCEEDINGS |
|---|---|---|---|
| 09/07/05 | Linda Christensen | Status Hearing | ~~VOIR DIRE~~ |
| 11/22/05 | " | FPTC | ~~OPENING STATEMENTS~~ |
| 11/23/05 | " | Cont. FPTC | ~~SETTLEMENT INSTRUCTIONS~~ |
| 11/29/05 | April Harper/Robin Carter | TBJ1 | ~~CLOSING ARGUMENTS~~ |
| 11/30/05 | " /Caroline Edmiston | TBJ2 | ~~JURY INSTRUCTIONS~~ |
| 12/02/05 | April Harper | TBJ3 | ~~PRE-TRIAL PROCEEDINGS~~ |
| | | | OTHER |

(Attach Additional Page for Designations if Necessary)

(✓) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. _I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)_.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _1/14/06_    Estimated Date for Completion _1/29/06_
Signature of Attorney _Willie Jackson_    Phone Number _____
Address _P.O. Box 13900_
_Seattle Washington 98198-1090_

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
Approximate Number of Pages _____   Due Date _____

Section C - To Be Completed by Court Reporter
Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)