RECEIVED
FEB 01 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**AO 435** (Rev. 1/90)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER** 28 §1292(a)

*Read Instructions on Back:*

**FOR COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME Willie Jackson, Pro se | 2. PHONE NUMBER | 3. DATE 12/28/05 |
| 4. MAILING ADDRESS P.O. Box 13900 | 5. CITY Seattle | 6. STATE WA  7. ZIP CODE 98198 |
| 8. CASE NUMBER A04-0141CR | 9. JUDICIAL OFFICIAL RRB | DATES OF PROCEEDINGS  10. FROM 09/07/05  11. TO 12/02/05 |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS  13. CITY Anchorage  14. STATE AK |

15. ORDER FOR
- [X] APPEAL 28 USCS§1292(a)
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [X] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | 1) (Status Hrg) | 09/07/05 |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | 2) FPTC | 11/22/05 |
| ☐ OPINION OF COURT | | 3) Cont FPTC | 11/23/05 |
| ☐ JURY INSTRUCTIONS | | 4) OTHER (Specify) TBJ1 | 11/29/05 |
| ☐ SENTENCING | | 5) TBJ2 | 11/30/05 |
| ☐ BAIL HEARING | | 6) TBJ3 | 12/02/05 |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE  Willie Jackson
19. DATE  1/14/06

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TRANSCRIPT ORDERED | | | LESS DEPOSIT | |
| TRANSCRIPT RECEIVED | | | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY