Willie Jackson, pro se
SeaTac - FDCS
P.O. Box 13900
Seattle WA. 98198 - 1090



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | COA No. 05-30626 |
| Plaintiff, | ) | DC No. A04-0141 CR (RRB) |
| | ) | |
| vs. | ) | **MOTION FOR MISTRIAL** |
| | ) | **AS TO COUNT 4** |
| WILLIE KEITH JACKSON, | ) | **OF INDICTMENT** |
| | ) | |
| Defendant. | ) | |

The pro se Defendant Jackson ask that a mistrial be declared as to Count 4 of the Indictment, under Criminal Rule 31 of the Federal Criminal Code.

The Jury Foreman, after being asked if further deliberations would help jurors in its verdict. which was deadlocked as to Count 3, turned to the Jury Box and identified the lone [elderly] Female Juror (who simply looked away from the Foreman and Judge) indicating by gesture, she would stand on her decision.

But, then when sent back to deliberate on the other similar gun charge at Count 4 [count 3 being gun charge in furtherance of drug trafficking; and count 4 being Felon in possession], during the bifurcated trial (where the same type constructive possession may have been implied and no physical possession was in question), Fifteen minutes later a guilty verdict was passed.

Due to the Jury Foreman ignoring the instruction to secrecy which was coercive in nature and influenced the 15 minute deliberation that followed. See U.S. v. Sorcey, C.A. Wis. 1945, 151 F2d 899 (The jury should pass on each case free from external causes tending to disturb exercise of deliberate and unbiased judgement); Conell v. State of Iowa, C.A. 8 (Iowa) 1980, 628

1

F2d 1044 (Intrusive inquiry by trial judge into seceracy of jury deliberations adversely affects proper relations of court to jury and thereby exerts serious although not measurable impact upon jurors which may vary widely in different situations, but which in general is coercive).

Given, the Jury Foreman's reaction to the Judges inquiry, in exposing one of the Jurors secret vote, which may have been perceived as coercive in nature, Jackson ask that this Case be declared a mistrial as to Count 4 of the Indictment.

Respectfully submitted, at Seattle Washington - FDCS, on January 25, 2006.

Willie Jackson
Pro se

0A-0141 CR (RRB)
----------------------
D. Nesbett