**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>  v.  <u>  WILLIE KEITH JACKSON  </u>

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                                          CASE NO. <u> 3:04-cr-00141-RRB </u>

<u> CAROLYN BOLLMAN </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 22, 2006</u>

It has come to the court's attention that Defendant continues to file motions with the court even though he remains represented by counsel. Defendant has not been serving counsel with his motions. The court has previously entered an order permitting Ms. Jennings to withdraw as counsel once sentencing is completed. Until that time the Court will not accept any further motions from Mr. Jackson and will not consider the pending motions by Mr. Jackson which were not filed by his attorney or served upon opposing counsel.

[]{IA.WPD*Rev.12/96}