

Willie Jackson, pro se
Seatac - FDCS
P.O. Box 13900
Seattle WA. 98198 - 1090

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>      vs.                       )<br>                                )<br> WILLIE KEITH JACKSON,          )<br>                                )<br>            Defendant.          )<br>_____) | COA No. 05-30626 (bail)<br>DC No.  A04-0141 CR (RRB)<br><br>**ADDENDUM TO OBJECTION:**<br>**NOTES** |

   The pro se Defendant Jackson, in addition to Note at the end of his Objection,... [dated February 16, 2006], would also like to add (due to his having only received Ms Jennings interpretation of our discussions concerning objections/corrections on the 23rd of February), for clarity:

   A)   At ¶13 of Communication to Ms. Shaw, in regards to ¶33 of PSR: In 4FA-S92-0707 CR, the reason that Case cannot be used, is the Fact that Jackson did only 12 months of incarceration originally, and 4 months on a violation concerning the charge a few years later. See U.S. v. Wallace, 32 F.3d 1171, 1174.

   B)   At ¶18 of Communication , in regards to ¶49 of PSR: Thou the Fugitive form Justice Warrant caused Jackson go to jail, at which point he was released the next day, on his own recognizance. The initial 4 months incarceration did not extend into the fifteen year period. Jackson did not do one day due to the charge itself, only due to the Warrant for one day in which Jackson was released the next day. Furthermore, Jackson never spent a year and one day in all toll on that charge.

   Dated February 27, 2006, at Seattle Washington.

                                         *Willie Jackson*
                                         Willie Jackson
                                         Pro se

OA-0141--CR (RRB)
D. Nasbett
Ms. Shaw