Willie Jackson, pro se
Seatac - FDCS
P.O. Box 13900
Seattle WA. 98198 - 1090

RECEIVED
MAR 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
                             )        COA No. 05-30626 (bail)
                Plaintiff,   )        DC No.  A04-0141 CR (RRB)
                             )
        vs.                  )        **DISMISSAL OF COUNT 4**
                             )        **FOR WANT OF PROSECUTION**
WILLIE KEITH JACKSON,        )
                             )
                Defendant.   )
_____)

        The pro se Defendant Jackson ask that this Court dismiss Count 4, for

want of prosecution.

        Given, the prosecution has made no attempt to respond to Jackson's

Motion for Mistrial...  and/or ask for an extension in time to file some

sort of response.

        Therefore, due to the lack of action on the part of the prosecution,

Jackson ask that Count 4 be dismissed.

        Respectfully submitted on February 27, 2006, at Seattle Washington.


                                        Willie Jackson
                                           Pro se


OA-0141--CR (RRB)
-----------------------
D. Nesbett (AUSA)