Willie Jackson, pro se
FDCS - # 15063-006
P.O. Box 13900
Seattle, WA 98198

**ATTACHMENT**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

WILLIE KEITH JACKSON,       )
                            )    No. 05-30626
            Appellant,      )
                            )    D.C. No. CR-04-00141-a-RRB/JD
    vs.                     )    District of Alaska
                            )    Anchorage
UNITED STATES OF AMERICA,   )
                            )    **CAUSE AS TO WHY APPEAL**

DERAL DETENTION CENTER
me: Willie Jackson
g # 15063-006    Unit: EB
). Box 13900
ttle, WA. 98198-1090

IA

404
310

David Nesbett (AUSA)
222 W. 7th Ave
Anchorage AK

SEATTLE WA 981
31 JAN 2006 PM 8 T



NIXIE    995    1    01 02/07/06
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD