RECEIVED

MAR 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Willie Jackson, pro se
FDCS - #15063-006
P.O. Box 13900
Seattle, WA 98198

UNITED STATES COURT OF APPEAL

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIE KEITH JACKSON,            )<br>                                  )<br>            Appellant,             )<br>                                  )<br>     vs.                          )<br>                                  )<br>UNITED STATES OF AMERICA,         )<br>                                  )<br>            Appellee.             )<br>_____) | COA No. _____(by permission)<br>COA No. 05-30626 (bail)<br><br>D.C. No. CR-04-00141-a-RRB/JD/<br>District of Alaska Anchorage<br><br>**NOTICE OF CHANGE OF ADDRESS** |

The pro se Appellant Jackson gives notice, that he will be yet again be Transfered [with accumulated Filings while in SeaTac-FDCS], back to Anchorage Alaska at Anchorage Correctional Center East, 1400 East 4th Ave., 99501, on March 7, 2006.

This Notice is to be made apart of Case Files in both Jackson's appeal by permission [which has not received a Case # as of yet], and the appeal of Jackson's Denial of Bail [COA No. 05-30626].

Dated March 6, 2006, at Seattle Washington.

/s/ Willie Jackson
Willie Jackson
Pro se

COA No. _____(by permission)
COA No. 05-30626 (bail)
------------------------------------------
D. Nesbett (AUSA)
U.S. District Court