IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIE KEITH JACKSON,<br><br>        Defendant. | U.S.D.C. Case Number<br>3:04-cr-00141-RRB<br><br><br>NOTICE OF APPEAL |

Notice is hereby given that _Willie Jackson_ appeals to the Ninth Circuit Court of Appeals from the:

( ____ )   Conviction only (Fed. R. Crim. P. 32(b)).

( ✓ )   Conviction and sentence.

( ____ )   Sentence only (18 U.S.C. § 3742).

Judgment was entered on this action on: _March 14, 2006_.

Sentence imposed: _____.

Transcript required (yes or no): _yes_. If yes, date ordered or to be ordered: _tomorrow_ (including arrangements for payment with court recorder).

Signature: _[signature]_

Date: _3/14/06_

(Rev 3/06)