Willie Jackson, pro se
ACCE
1400 E. 4th Ave.
Anchorage Alaska, 99501

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIE KEITH JACKSON, )<br>)<br>Defendant. )<br>_____ ) | COA No. _____ (As of Right)<br>COA No. _____ (by permission)<br>COA No. 05-30626 (bail)<br>3:04-cr-00141-RRB<br>DC No. ~~A04-0141~~ CR (RRB)<br>NOTICE OF APPEAL<br>IN ACCORDANCE WITH<br>FRAP 4 (b)<br>AS A MATTER OF RIGHT |

The pro se Defendant Jackson gives notice, as a matter of right, that he will Appeal his Judgment of Conviction, entered on March 14, 2006, by the Honorable Judge Biestline, in accordance with Fedral Rule of Appellate Procedure 4 (b).

Jackson would also like for the Court to be aware that his Appeals by permission and bail or still pending.

Jackson would also like for the Court to be aware that he has Filed in Court his, <u>Addendum to Objections under FRCrP 32 in the Event of Judge Tried Sentencing on Facts Underlying Calculations of Base Offense Level not Found by Jury beyond a Reasonable Doubt</u>, due to the Court now relying on Judge found facts.

Dated March 14, 2006, Anchorage Alaska.

_____
Willie Jackson
Pro se