


RECEIVED
MAR 20 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Willie Jackson, pro se
ACCE
1400 E. 4th Ave.
Anchorage Alaska, 99501

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | COA No. _____ (as of right) |
| Plaintiff, | ) | COA No. _____ (by permission) |
| | ) | COA No. 05-30626 (bail) |
| vs. | ) | |
| | ) | U.S.D.C. Case Number |
| WILLIE KEITH JACKSON, | ) | 3:04-cr-00141-RRB |
| | ) | |
| Defendant. | ) | **NOTICE OF DESIGNATION OF** |
| | ) | **TRANSCRIPT** |

The pro se Appellant Jackson gives notice that he will desinate the following portions of Transcript in the above entitiled Case:

| | | |
|---|---|---|
| Opening Statement | Pltf | 11/28/05 |
| | Dfdt | 11/28/05 |
| Closing Statement | Pltf | 11/30/05 |
| | Dfdt | 11/30/05 |
| Sentencing | All | 3/14/06 |
| Bail Hearing | All | 8/19/05 |
| Testimony | All | 11/28 - 30/05 |
| Pre-Trial Proceedings | Final | 11/22 - 23/05 |
| Status Hearing | All | 9/7/05 |

Dated March 16, 2006, Anchorage Alaska.

3:04-cr-00141-RRB
-----------------------------
D.Nesbett (AUSA)

Willie Jackson
Pro se

1 of 1