RECEIVED
MAR 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Willie Jackson, pro se
ACCE
1400 E. 4th Ave.
Anchorage Alaska, 99501

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIE KEITH JACKSON, )<br>)<br>Defendant. )<br>_____) | COA No. _____ (as of Right)<br>COA No. _____ (by permission)<br>COA No. 05-30626 (bail)<br><br>U.S.D.C. Case Number<br>3:04-cr-00141-RRB<br><br>**STAY OF SENTENCE OF ASSESMENT** |

The pro se Appellant Jackson ask this Court to stay sentence to pay Special Assesment [0010-504100] in this case, in accordance with FRCrP 38 (c), while he is pursuing his Appeal as a matter of Right.

Jackson has field his Notice of Appeal at the Close of Proceedings, on March 14, 2006.

Dated March 16, 2006, at Anchorage Alaska.

                                           _/s/ Willie Jackson_
                                           Willie Jackson
                                           Pro se

3:04-cr-00141-RRB
D. Nesbett (AUSA)