

Willie Jackson, pro se
ACCE
1400 E. 4th Ave.
Anchorage Alaska, 99501

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COA No. _____(as of right) |
| ) | COA No. _____(by permission) |
| Plaintiff, ) | COA No. 05-30626 (bail) |
| ) | |
| vs.  vs. ) | U.S.D.C. Case Number |
| ) | 3:04-cr-00141-RRB |
| WILLIE KEITH JACKSON, ) | |
| ) | **STAY OF TRANSFER** |
| Defendant. ) | **BY RECOMMENDATION TO** |
| _____ ) | **THE ATTORNEY GENERAL** |
| _____ ) | **IN ACCORDANCE WITH FRCrP 38 (b)(2)** |

The pro se Appellant Jackson ask this Court to stay his transfer to a facility not near the place of trial or appeal for a period reasonably necessary to permit the Appellant to perfect his Appeal, in accordance with Federal Rule of Criminal Procedure 38 (b)(2).

Dated March 20, 2006, at Anchorage Alaska.


*Willie Jackson*
Willie Jackson
Pro se


3:04-cr-00141-RBB
--------------------
D.Nesbett