RECEIVED

MAR 2 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Willie Jackson, pro se
ACCE
1400 E. 4th Ave.
Anchorage Alaska, 99501

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COA No. _____ (As or Right) |
| Plaintiff, ) | COA No. _____ (by permission) |
| ) | COA No. 05-30626 (bail) |
| vs. ) | |
| ) | U.S.D.C. Case Number |
| WILLIE KEITH JACKSON, ) | 3:04-cr-00141-RRB |
| ) | |
| Defendant. ) | **REQUEST FOR RETURN OF PROPERTY NOT SUBJECT TO CRIMINAL FORFEITURE UNDER FRCrP 32.2 and STAY PENDING APPEAL TO ANY PROPERTY THAT MAY BE SUBJECT TO FORFEITURE** |

The pro se Appellant Jackson ask that the Court return all evidence/porperty not subject to criminal forfeiture under Federal Rule of Criminal Procedure 32.2, stay of forfeiture of any property/evidence that may be subject to forfeiture, until conclusion of all proceeding resulting from appeal of this Case.

Dated March 21, 2006, at Anchorage Alaska.

*Willie Jackson*
Willie Jackson
Pro se

3:04-cr-00141-RRB
------------------------
D.Nesbett

1of1