RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAR 2 3 2006

FILED
DOCKETED _____ DATE _____ INT

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**

**06-30182**

Short Case Title: USA v Willie Keith Jackson
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R Beistline 3:04-cr-001410RRB
Date Complaint/Indictment/Petition Filed: 12/15/2004
Date Appealed Order/Judgment *entered*: 3/14/2006
Date NOA *filed*: 3/14/2006

Court Reporter(s) Name and Phone Number: Tina J Grothause (907) 451-5791

RECEIVED
MAR 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: not paid/Mr Jackson terminated counsel
Date FP granted: _           Date FP denied: _
Is FP pending? __yes/no     Was FP Limited/Revoked?
US Government Appeal?  __yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
Willie Keith Jackson (Pro Se)         David Nesbett
1400 E 4th St  Anchorage Correctional 222 W. 7th Ave Ste 9
Anchorage, AK 99501                   Anchorage, AK 99513
                                      (907) 271-5071

__retained  __CJA  __FPD  __FPD  X  Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _            Address: 1400 E 4th St, Anchorage, AK 99501
Custody: X                __
Bail: _

**AMENDED NOTIFICATION INFORMATION:**

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAR 2 3 2006

Fees Paid: __       9th Circuit Docket Number: __

FILED _____
DOCKETED _____
                    DATE        INITIAL

Name and phone number of person completing this form:   Tina J Grothause
                                                        (907) 451-5791