UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____   U.S. District Court # 3:04-cr-00141-RRB

Short Case Title  USA v. Willie Kett Jackson

Date Notice of Appeal Filed by Clerk of District Court  3/14/06

RECEIVED APR 1 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  |  | VOIR DIRE |
| 11/28/05 / 11/29/05 | (AMK) | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
| 11/30/05 | (AMK) | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
| (Final) 11/22-23/05; (Status) 9/7/05 | [PLD/SMF; LSC] | PRE-TRIAL PROCEEDINGS |
| 3/14/06; 8/19/05 | (TJG; CE) | OTHER sentencing; Bail |

(Attach Additional Page for Designations if Necessary)

(X) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  4/10/06 [5 day mailing from 4/5/06]   Estimated Date for Completion  4/17/06
Signature of Attorney  Willie Jackson   Phone Number  incarcerated (Sea Tac)
Address  Federal Detention Center SeaTac, P.O. Box 13900, Seattle, WA 98198-1090

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

Section C - To Be Completed by Court Reporter

SCANNED

Date Transcript Filed _____   Court Reporter's Signature _____