Willie Jackson
FDCS
P.O. Box 13900
Seattle, WA 98198-1090

RECEIVED

APR 12 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES
COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff-Appellee <br><br> vs. <br><br> WILLIE KEITH JACKSON <br> Defendant-Appellant | NOTICE OF CHANGE of ADDRESS and REQUEST FOR TRANSMITTAL OF NOTICE TO NINTH CIRCUIT and PROSECUTION <br><br> CA No.: _____ <br> DC No.: 3:04-cr-00141-RRB <br> Pro se; in custody |

The pro se appellant Jackson ask that the District Court take Notice that a change of address has occurred. He is once again in custody at the Federal Detention Center SeaTac, P.O. Box 13900, Seattle, WA 98198-1090, as of 3/27/06 [of which Jackson has received his Legal material via U.S. Marshall, on 4/4/06].

Jackson, further request that the District Court transmit this Notice and Request to the Ninth Circuit and the Prosecution, due to his lack of access to a copier and other basic material (Jackson has yet, despite many repeated attempts via Institutional Lo-outs and personal contacts with staff, to be allowed access to law library, since his arrival on 3/27/06 to 4/6/06).

Jackson has Filed his <u>Stay of Transfer by Recommendation to the Attorney General in accordance with FRCrP 38 (b)(2)</u>, dated

1

March 20, 2006 at the Anchorage Correctional Complex East.

Jackson's <u>Motion for Release Pending Appeal In accordance with 18 USC § 3143 (b) and FRAP 9-1.2</u>, has been in progress since March 21, 2006, following the present filed motions to date, and, should be complete by April 14, 2006.

Jackson also ask that the court take into consideration the burden that the transcript took and the added 5 day mailing, to and from.

And, Jackson respectfully request that he receive a copy of this Document as well.

Dated April 6, 2006, at Seattle Washington.

<u>Willie Jackson</u>
Willie Jackson
Pro se

2