IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>WILLIE KEITH JACKSON,<br><br>      Defendant. | Case No. A04-0141 CR (RRB)<br><br>**ORDER RE MOTIONS AT DOCKETS <u>184, 187, AND 188</u>** |

      Before the Court are three motions for the Court's consideration. Having thoroughly reviewed the same, and noting no opposition thereto, the Court hereby **GRANTS** Defendant's request at Docket 184 and stays the sentence to pay special assessment fees in the amount of $400.00, <u>see</u> Docket 179, pursuant to Fed. R. Civ. P. 38©. The Court **DENIES** Defendant's request at Docket 187, for the Bureau of Prisons must determine Defendant's place of confinement and there is nothing unique about Defendant's situation to require otherwise. Lastly, the Court **GRANTS** Defendant's request at Docket 188 and stays the forfeiture of any property/evidence that may be subject to forfeiture pending appellate review of this matter, pursuant to Fed. R. Civ. P. 32.3(d), and further directs Plaintiff

to return any and/or all property/evidence to Defendant that is not subject to criminal forfeiture.

ENTERED this 13th day of April, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE