**FILED**

APR 17 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED

APR 21 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 05-30626 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00141-RRB |
| v. | District of Alaska, Anchorage |
| WILLIE KEITH JACKSON, | ORDER |
| Defendant - Appellant. | |

Before: KOZINSKI, RYMER and PAEZ, Circuit Judges.

We sua sponte dismiss this appeal from the district court's order denying bail pending trial as moot.

**DISMISSED.**

MOATT