Willie Jackson, pro se
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436


RECEIVED
MAY 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COA # 0630182 |
| Plaintiff/Appellee, ) | DC # 3:04-cr-00141-RRB |
| ) | **NOTICE OF** |
| vs. ) | **CHANGE OF ADDRESS** |
| ) | **AND TRANSMITTAL TO** |
| WILLIE KEITH JACKSON, ) | **THE COURT OF APPEAL** |
| Defendant/Appellant. ) | |

   The pro se Appellant Willie Jackson ask that the Court now take notice that Jackson is no longer being held at Vitorville, and is now being held at, United States Penitentiary 3901 Klein Boulevard, Lompoc California 93436.

   The pro se Appellant also ask that such information be transmitted to the Court of Appeals for the Ninth Circuit.

   Dated April 29, 2006, at Lompoc California.

*Willie Jackson* (signature)
Willie Jackson
Pro se

3:04-cr-00141--RRB
---------------------------
D. Nesbett