Willie Jackson #16062-006
U.S.P. P.O. Box 5500
ADELANTO C.A. 92301

RECEIVED
MAY 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | CCA # _____ |
|---|---|
| Plaintiff/Appellee | DC # 3:04-cr-00141-RRB |
| vs. | |
| WILLIE KEITH JACKSON | NOTICE OF REQUEST FOR BAIL WHILE ON APPEAL |
| Defendant/Appellant | |

The Appellant Jackson gives notice to the District Court of his request for bail while on appeal, of which he has been working on since March 14, 2006 along with the Motion already filed with the Court.

On March 27, 2006 Jackson was transferred to Sea-Tac. Upon arrival at Sea-Tac the pro se Appellant was not in receipt of his Legal Material for Eight days and then still was not allowed access to the Law Library from March 13, 2006 until the present (at Sea-Tac mostly due to its two week cycle or miscommunication, and now while in transit I have not been allowed near the law library or my Legal Material, while at Victorville U.S.P.)

Jackson has requested the use of a telephone to make a legal call to the Clerks of Court since April 16, 2006, of Counselor Montez [at U.S.P. Victorville] to no avail.

Jackson has every intention of filing his original Motion for Bail while on Appeal [which he has indicated in his last [handwritten] Change of Address. He gives His Notice now so the Court can act upon his Request promptly, and will Supplement the filings as his Legal Materials become available, enroute to a hearing on the matter.

Jackson also ask that the Court fax to him copies of any responses filings concerning this case, to include any by the Ninth Circuit.

The Appellant does not have the address or anyother information to contact the Ninth Circuit, and only addresses this communication from memory.

Jackson further request that the Court forward copies of this Document to the Prosecution, due to his lack of access to a copier and other materials that would assist him in filings.

For all practical purposes Jackson is in the Segregated Housing Unit and not allowed access to his own Facility legal materials [including making a legal call to the Clerks].

Dated April 21, 2006 at Adelanto California [Victorville U.S.P.].

*Willie Jackson*
W.llie Jackson
Pro Se

RECEIVED
MAY 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

4/21/06

ATTENTION: CLERK OF COURT

1) Could you please take notice that I am presently at

U.S.P. [Victorville]
P.O. Box 5500
Adelanto Ca. 92301,
and in transit [10 days as of Friday April 21, 2006].

2) Would you also please forward copies of my Notice of Request for bail while on appeal to the prosecution. I need a copy as well.

3) Could you please fax to me any the latest responses to my filings, at U.S.P Victorville

4) May I also have the address and Phone # to the Ninth Circuit.

Thank You

Willie Jackson