Willie Jackson, pro se
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

RECEIVED
MAY 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COA # 06 30182 |
| ) | DC # 3:04-cr-00141--RRB |
| Plaintiff/Appellee, ) | |
| ) | MOTION TO COMPEL ACCESS TO COURT |
| vs. ) | AND LEGAL MATERIAL DENIED BY BOP |
| ) | IN CONTRADICTION TO ORDER AT |
| WILLIE KEITH JACKSON, ) | DOCKET #151 and JACKSON'S |
| ) | CONSTITUTIONAL RIGHTS |
| Defendant/Appellant. ) | |

The Appellant Jackson has not only been denied his Legal Material since April 12, 2006 (since transfer from SeaTac, to Vitorville, and then Lompoc) despite the Court <u>Order</u> at Docket #151 granting retention of Legal Material. More importantly, Jackson is being denied unmonitored telephone access to the Clerks, of the District Court and the Ninth Circuit, and to other offices [i.e. FPD and CJ Attorney] to effect transfer of all evidence etc. to Jackson in a timely manner. Which, in turn unfairly prevents Jackson from obtaining bail while on appeal, as he discussed in previous Motions on the matter, along with various other issues [i.e. return of property; stay of transfer; stay of Court assessment, etc.].

Jackson should not be unfairly prevented from exercise of his constitutional rights. And, ask that this Court compel the Bureau of Prisons to:

1) Allow unmonitored Legal calls, having to do with the present case, on the Appellant's request.

2) Allow an uninhibited access by Jackson, to copies, mailing material, etc. as an indigent litigant within the meaning

1

of the Court.

       3) Allow Jackson to retain possesion of his Legal Materials at all times [to include transport], and otherwise observe Jackson rights to proceed as his own counsel.

       Dated May 1, 2006, Lompoc California.

                                                     _____
                                                     Willie Jackson
                                                     Pro se

3:04-cr-00141--RRB
---------------------
D. Nesbett