Willie Jackson, pro se
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COA #0630182 |
| ) | DC #3:04-cr-00141--RRB |
| Plaintiff/Appellee, ) | |
| ) | **REQUEST FOR COPIES OF ALL** |
| vs. ) | **COURT FILINGS FILED AFTER** |
| ) | **MARCH 21, 2006 TO DATE** |
| WILLIE KEITH JACKSON, ) | |
| ) | |
| Defendant/Appellant. ) | |

The pro se Appellant request the Court provide him with copies, from the Court Records, to include all Filings after March 21, 2006. To ensure that Jackson is in receipt of all Filings he had not received, due to his being transferred as of March 27, 2006, from ACCE, to SeaTac, to Vitorville, and then Lompoc California, as of April 24, 2006.

Dated May 1, 2006, Lompoc California.

                                                          Willie Jackson
                                                          Pro se

3:04-cr-00141--RRB
-------------------------
D. Nesbett