**FILED**

UNITED STATES COURT OF APPEALS

APR 17 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30626 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00141-a-RRB |
| v. | District of Alaska, Anchorage |
| WILLIE KEITH JACKSON, | ORDER |
| Defendant - Appellant. | |

RECEIVED
MAY 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Before: KOZINSKI, RYMER and PAEZ, Circuit Judges.

We sua sponte dismiss this appeal from the district court's order denying bail pending trial as moot.

**DISMISSED.**

A TRUE COPY 5/9/06
ATTEST
CATHY A. CATTERSON
Clerk of Court
by: Deputy Clerk

MOATT