UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   WILLIE KEITH JACKSON 

DATE:   June 13, 2006    CASE NO.   3:04-CR-0141-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE RECENT FILINGS**

---

The Court has previously sent Defendant copies of materials requested in his request at Docket 200.  The Court has again sent Defendant copies of Dockets 190, 191, and 195.  However, this matter is on appeal and jurisdiction now lies with the Ninth Circuit Court of Appeals.  Any further requests should be addressed to that Court.  All pending motions before this Court are hereby **DENIED.**

M.O. RE RECENT FILINGS