**FILED**
JUN 1 2 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-30182 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00141-a-RRB District of Alaska, Anchorage |
| v. | |
| WILLIE KEITH JACKSON, | ORDER |
| Defendant - Appellant. | |

**RECEIVED**
JUN 1 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

On April 11, 2006, this court ordered appellant, within 28 days, to: (1) retain counsel who shall file a notice of appearance; or (2) file a motion for appointment of counsel at government expense; or (3) inform the court in writing of appellant's clear and unequivocal request that the court exercise its discretion to permit appellant to proceed on appeal without the assistance of counsel. *See* 9th Cir. R. 4-1(d); *Martinez v. Court of Appeal,* 528 U.S. 152 (2000). To date, the court has not received a response from appellant.

Because appellant proceeded in forma pauperis in the district court and that status has not been revoked, appellant shall continue to proceed in forma pauperis on appeal. *See* Fed. R. App. P. 24(a)(3).

06-30182

This court sua sponte appoints new counsel for appellant. New counsel will be appointed by separate order. The Clerk shall amend the docket to reflect that appellant is proceeding on appeal in forma pauperis.

The Clerk shall serve a copy of this order on Richard Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501-2221, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by July 17, 2006. The transcript is due August 16, 2006. Appellant's opening brief and excerpts of record are due September 25, 2006; appellee's answering brief is due October 25, 2006; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall also serve this order on appellant individually at Reg. No. 15063-006, United States Penitentiary (Lompoc), 3901 Klein Boulevard, Lompoc, California 93436.

*Peter L. Shaw*
General Order 6.3(e)