Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-30182 |
| | ) | |
| Plaintiff - Appellee, | ) | D.C. No. CR-04-00141-a-RRB |
| | ) | District of Alaska, |
| v. | ) | Anchorage |
| | ) | |
| WILLIE KEITH JACKSON, | ) | |
| | ) | |
| Defendant - Appellant. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

COMES NOW LANCE C. WELLS and hereby enters his appearance of record for Defendant - Appellant WILLIE KEITH JACKSON.

All further notices, filings, and other documents required to be served upon or otherwise furnished to defendant-appellant in this matter shall be delivered to the undersigned at:

        LAW OFFICES OF LANCE C. WELLS, P.C.
        733 W. 4th Avenue, Suite 308
        Anchorage, Alaska  99501

        Telephone:  907/274-9696
        Facsimile:  907/277-9859
        e-mail: lwells@gci.net

DATED at Anchorage, Alaska, this 19th day of June 2006.

          LAW OFFICES OF LANCE C. WELLS, P.C.

          __S/Lance C. Wells_____
          Attorney for Willie Keith Jackson
          733 W. 4th Ave, Suite 308
          Anchorage, Alaska 99501
          Phone: 907/274-9696
          Fax: 907/277-9859
          E-mail: lwells@gci.net
          AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 19th, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
U.S. Attorney's Office
david.nesbett@usdoj.gov

s/Lance C. Wells