# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
### TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # __66-30182__    U.S. District Court # __CR-04-00141-A-RRB__

Short Case Title __USA v. Willie K. Iverson__

Date Notice of Appeal Filed by Clerk of District Court __3.14.06__

**RECEIVED JUN 29 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA**

### Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 11/28-29-30/05 Trial By Jury | Kamper, Carter Elmiston | OTHER Sentencing 3.14.06; Kamper |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __6.26.06__  Estimated Date for Completion __Due 8.16.06__

Signature of Attorney __F.C. Wells 9006045__  Phone Number __907.274.9696__

Address __733 W. 4th #308__
__Anch, AK 99501__

### Section B - To Be Completed by Court Reporter

I, _____, have received this designation.  (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____  Due Date _____

### Section C - To Be Completed by Court Reporter

Date Transcript Filed _____  Court Reporter's Signature _____

(Trscrpt.des 11/96)