Willie Jackson, pro se
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

RECEIVED

AUG 1 5 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COA #0630182 |
| | ) | DC #3:04-cr-00141--RRB |
| Plaintiff/Appellee, | ) | |
| | ) | **MOTION TO COMPEL** |
| vs. | ) | **THE PROPERTY OF JACKSON** |
| | ) | **BE RETURNED BY THE PROSECUTION** |
| WILLIE KEITH JACKSON, | ) | **PER ORDER AT DOCKET No. 194** |
| | ) | |
| Defendant/Appellant. | ) | |
| | ) | |

The Movent Jackson pro se ask that this Court compel the Prosecution to return his property per Order at Docket #194, promptly.

On April 13th, 2006 the Court entered the Judgment at Docket #194, granting Jackson's Request... at Docket # 188, for the return of his property being held by the prosecution not subject to forfeiture. See Dockets #188 & 194 Attached [Attachment 1, & 2].

On June 11th, 2006 the Movent sent a Communication to Mr Nesbett [Attachment 3] concerning the return of said property, to which no response was ever sent back to Jackson (pro se).

On June 24th, 2006 Lance Wells (who was summarily appointed as Counsel on Appeal, and now has field his Motion to Withdraw, while Jackson maintains his pro se status) returned a Communication concerning the prosecution forwarding Jackson's Letter to him. Of which, he request that arrangements be made for the return of the property. And, again there has been no compliance to the Order at Docket #194. See Attachment 4.

[1 of 2]

Therefore, Jackson ask that the Court compel the prosecution to return the property expeditiously.

Respectfully submitted on August 8th, 2006, at Lompoc California.

Willie Jackson
Pro se

3:04-cr-00141--RRB
------------------------
D. Nesbett

[2 of 2]