**RECEIVED**

AUG 1 5 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**RECEIVED**

MAR 2 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Willie Jackson, pro se
ACCE
1400 E. 4th Ave.
Anchorage Alaska, 99501

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIE KEITH JACKSON, )<br>)<br>Defendant. )<br>_____ )<br>)<br>)<br>)<br>)<br>) | COA No. _____ (As or Right)<br>COA No. _____ (by permission)<br>COA No. 05-30626 (bail)<br><br>U.S.D.C. Case Number<br>3:04-cr-00141-RRB<br><br>**REQUEST FOR RETURN OF PROPERTY<br>NOT SUBJECT TO CRIMINAL<br>FORFEITURE UNDER FRCrP 32.2<br>and STAY PENDING APPEAL TO ANY<br>PROPERTY THAT MAY BE SUBJECT<br>TO FORFEITURE** |

The pro se Appellant Jackson ask that the Court return all evidence/porperty not subject to criminal forfeiture under Federal Rule of Criminal Procedure 32.2, stay of forfeiture of any property/evidence that may be subject to forfeiture, until conclusion of all proceeding resulting from appeal of this Case.

Dated March 21, 2006, at Anchorage Alaska.

*Willie Jackson*
Willie Jackson
Pro se

3:04-cr-00141-RRB
-------------------------
D.Nesbett

1of1

(1)
ATTACHMENT