RECEIVED
AUG 1 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. A04-0141 CR (RRB) |
| WILLIE KEITH JACKSON, | **ORDER RE MOTIONS AT DOCKETS 184, 187, AND 188** |
| Defendant. | |

Before the Court are three motions for the Court's consideration. Having thoroughly reviewed the same, and noting no opposition thereto, the Court hereby **GRANTS** Defendant's request at Docket 184 and stays the sentence to pay special assessment fees in the amount of $400.00, see Docket 179, pursuant to Fed. R. Civ. P. 38©. The Court **DENIES** Defendant's request at Docket 187, for the Bureau of Prisons must determine Defendant's place of confinement and there is nothing unique about Defendant's situation to require otherwise. Lastly, the Court **GRANTS** Defendant's request at Docket 188 and stays the forfeiture of any property/evidence that may be subject to forfeiture pending appellate review of this matter, pursuant to Fed. R. Civ. P. 32.3(d), and further directs Plaintiff

ORDER RE DOCKETS 184, 187, AND 188 - 1
3:04-CR-0141-RRB

(2)
ATTACHMENT

to return any and/or all property/evidence to Defendant that is not subject to criminal forfeiture.

        ENTERED this 13th day of April, 2006.

                              /s/ RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE