Wayne Anthony Ross
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

COPY
mailed 8/11/06

David Nesbett
222 W. 7th Ave. Ste 9
Anchorage, AK 99513
(907) 271-5071

RECEIVED
AUG 15 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RE: COA# 06-30182; DC# 3:04-cr-00141-RRB; RETURN OF PROPERTY / EVIDENCE

Dear Mr. Nesbett,

I am writing in concerns of Docket # 194 [Order] which was generated by Docket # 188 [Request for Return of Property not subject to criminal forfeiture under FRCrP 32.2 and Stay Pending Appeal to any property that may be subject to forfeiture], which requires the "return Plaintiff to return any and/or all property/evidence to Defendant that is not subject to criminal forfeiture".

There is no forfeiture proceeding that can be initiated on any evidence/property connected to this case, per FRCrP 32.2(a) [Notice to the Defendant: "A court must not enter a judgment of forfeiture in a criminal proceeding unless the indictment or information contains notice to the defendant that the government will seek the forfeiture of property as part of any sentence in accordance with the applicable statute."] due to there being no notice to the Defendant contained in either the Indictment nor Information in this case (nor can the requirements under FRCrP 32.2(a) be satisfied given the time that had elapsed between the finding of guilt and date of sentencing per Docket # 194).

ATTACHMENT (3)

Therefore, I would like for everything that can be returned to me to be returned to me or person that I will designate to receive property/evidence in connection with this case, in my name.

I would like for a composite list of all items to be returned, to ensure that everything that can be legally returned is returned.

I would like for you to investigate all monies concerned in this case to be deposited into my prison account, Reg #15065.006, Citi Code: FSLOW, State Code: NC. As well, I would like for the return of my Wedding Ring, please.

As far as the rest of the items I will await the composite list to confirm completeness of that list, and delivery of said list to designated person to receive said item in my name, of which said list I will deliver to designated person to receive in my name.

Thank you

With [signature]
Willie Nelson
Pro se