**LANCE CHRISTIAN WELLS**
LAW OFFICES OF LANCE CHRISTIAN WELLS, P.C.
733 WEST FOURTH AVENUE, SUITE 308
ANCHORAGE, AK. 99501
lwells@gci.net

RECEIVED
AUG 1 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Phone 907-274-9696                                               Fax 907-277-9859

6/24/06                **HAND COURIER DELIVERY ONLY**

Mr. David A. Nesbett, AUSA
US Department of Justice
222 W. 7th Avenue, #9 Room 253
Anchorage, AK. 99513

   Re:   USA v. Willie K. Jackson
         *Designation of Transcript & Return of Property Not Forfeited*

Dear David:

   Enclosed please find my client's designation of transcript prepared in the above matter. I have requested the entire trial be transcribed as well as the sentencing. If you can think of any additional matters that need to be transcribed, please let me know ASAP. I note from a review of the docket, the evidentiary hearings were already transcribed.

   Lastly, thank you for my client's letter regarding the return of property not subject to forfeiture. In review of the record, I see my client's motion at docket number 188 was granted for the return of items not subject to forfeiture. Please call me so we can make arrangements for their prompt return.

   Should you have any questions, please do not hesitate to contact me at the above number or address.

                                     Sincerely yours,
                                     Law Offices of Lance C. Wells, P.C.

                                     /s/
                                     Lance C. Wells
                                     AK Bar #9206045

*Willie:*

cc: Client    *P.S. Please call me collect.*

Enclosure

*(4) two*
*ATTACHMENT*