DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-30182 |
| | ) | |
| Plaintiff, | ) | D.C. No. CR-04-141 RRB |
| | ) | District of Alaska, Anchorage |
| vs. | ) | |
| | ) | **GOVERNMENT'S NON-** |
| WILLIE K. JACKSON, | ) | **OPPOSITION TO** |
| | ) | **DEFENDANT'S MOTION** |
| Defendant. | ) | **AT DOCKET 217** |
| | ) | |

COMES NOW the United States of America, by and through counsel, Assistant U.S. Attorney David Nesbett, and notices it's non-opposition to defendant Willy Jackson's Motion to Compel Property be Returned by the Prosecution.

The Government is currently in the process of getting the property released.

RESPECTFULLY SUBMITTED this 5th day of September, 2006 at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ David Nesbett
>Special Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500
>email: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on September 5, 2006 a copy of the foregoing was mailed to:

Willie Jackson
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436

s/David Nesbett