```
                   UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ALASKA


                         USA    v.   JACKSON
DATE:    September 7, 2006    CASE NO.    3:04-CR-0141-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               GRANTING MOTION TO COMPEL
```

Defendant's unopposed Motion to Compel the Property of Jackson be Returned by the Prosecution at Docket 217 is hereby **GRANTED**.

M.O. GRANTING MOTION TO COMPEL