Willie Jackson, pro se
United States Penitentiary
3901 Klien Boulevard
Lompoc, California 93436

RECEIVED
SEP 28 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COA #0630182 |
| Plaintiff/Appellee, ) | DC #3:04-cr-00141--RRB |
| ) | |
| vs. ) | **MOTION FOR CONTEMPT OF COURT** |
| ) | **PROCEEDINGS** |
| WILLIE KEITH JACKSON, ) | **VIA** |
| ) | **NON COMPLIANCE OF COURT ORDERS AT** |
| Defendant/Appellant. ) | **DOCKET #s 194 and 225 by** |
| ) | **DAVID NESBETT et al. IN ACCORDANCE** |
| ) | **WITH 18USCS § 401 and FEDERAL** |
| ) | **CRIMINAL RULE 42** |

The pro se Defendant Jackson prays that this Court hold the Prosecution, to include in particularly Mr. David Nesbett [Special Assistant U.S. Attorney]; Retta-Rae Randall; Deborah M. Smith [Acting U.S. Attorney]; and all other persons involved, in the contumacious conduct displayed in the voluntary disobediance of the Court's Order(s) at Docket No.s 194 and 225 compelling the return of Jackson's property, as Outlined in the June 11, 2006 Communication to Mr. Nesbett (which had been forwarded, to, and responded to, by, Mr. Lance Wells, from the U.S. Attorney's Office), in Criminal **CONTEMPT OF COURT** under 18 USCS § 401 and Federal Criminal Rule 42. In addition to the prompt return of property the Court has already Ordered, and sanctions in the form of fine and/or imprisonment, Jackson further also prays for such other and further relief to which he may show himself to be justly entitled. See Re Allis, (1976 CA9 Cal) 531 F2d 1391; U.S. v. Powers, (1980 CA9 Ariz) 629 F2d 619; U.S. v. Mars, 551 F2d 711; 18 USCS § 401; and FCrR 42.

Dated on September 25, 2006, at Lompoc California.

[1]

_____
Willie Jackson
Pro se

I certify that a copy
of the foregoing was
sent by U.S. Mail
to: D. Nesbett, Special Assistant U.S. Attorney
    222 W. 7th Avenue, #9, Room 253
    Anchorage Alaska, 99513-7567