UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 2 8 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30182 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-141-RRB |
| v. | Alaska (Anchorage) |
| WILLIE KEITH JACKSON, | ORDER |
| Defendant - Appellant. | |

**RECEIVED**
OCT 0 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: O'SCANNLAIN and GRABER, Circuit Judges

Lance C. Wells, Esq., moved to be relieved as appointed counsel for appellant Willie Keith Jackson and Jackson requested leave to represent himself on appeal. Appellant Jackson's request for self-representation was referred to the Appellate Commissioner pursuant to Ninth Circuit General Order 6.3(e), which authorizes the Appellate Commissioner to confirm that appellant's request to proceed pro se and waiver of his right to counsel are knowing, intelligent, and unequivocal, and to determine whether the court should permit appellant to represent himself on appeal. *See Martinez v. Court of Appeal*, 528 U.S. 152, 163 (2000); *Hendricks v. Zenon*, 993 F.2d 664, 669 (9th Cir. 1993).

No. 06-30182

After reviewing appellant Jackson's pro se submissions to this court and the district court record, the Appellate Commissioner recommended that the court deny appellant Jackson's request to represent himself and that Wells should continue to serve as appointed counsel for Jackson on appeal. The court has received and reviewed appellant Jackson's pro se objection to the Appellate Commissioner's report and recommendation. Appellant Jackson's objection is overruled.

The court adopts the Appellate Commissioner's Report and Recommendation in full. Appellant Jackson's request to represent himself is denied. Wells's motion to be relieved as appointed counsel for Jackson is denied. Wells shall continue to serve as appointed counsel for the appeal. Jackson's pending pro se motions are denied without prejudice to renewal by counsel, if appropriate.

The district court has filed the certificate of record. Appellant Jackson's opening brief is due November 13, 2006. Appellee's answering brief is due December 13, 2006. Appellant Jackson's optional reply brief is due 14 days after service of appellee's brief.

No. 06-30182

The Clerk shall serve this order on appellant individually, Willie Keith Jackson, Reg. No. 15063-006, United States Penitentiary-Lompoc, 3901 Klein Road, Lompoc, California 93436, in addition to serving the order on all counsel of record.