UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>　USA　</u>　v.　<u>　JACKSON　</u>

DATE:　<u>　October 23, 2006　</u>　　CASE NO.　<u>　3:04-CR-0141-RRB　</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:　**MINUTE ORDER FROM CHAMBERS
RE MOTION FOR CONTEMPT AT DOCKET 226**

---

　　　　Defendant has filed a Motion for Contempt of Court Proceedings at Docket 226. The Government shall file a status report with the Court on or before **October 31, 2006**, with regard to the return of personal property to Defendant which was the subject of Defendant's Motion to Compel at Docket 217.

M.O. RE MOTION FOR CONTEMPT