UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA v. JACKSON

DATE: November 13, 2006    CASE NO. 3:04-CR-0141-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
RE SHOW CAUSE**

---

On August 13, 2006, Defendant filed a Motion to Compel the Property of Jackson be Returned at Docked 217. On September 5, 2006, the Government filed its Non-Opposition at Docket 224. On September 28, 2006, Defendant filed his Motion for Contempt of Court at Docket 226.

The Government has failed to comply with this Court's October 23, 2006, Minute Order at Docket 229 and has apparently not returned property to Defendant as previously ordered.

The Government shall have until **November 20, 2006,** to show cause why it should not be held in contempt in this matter.

M.O. RE SHOW CAUSE