NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071
Fax : (907) 271-1500
E-mail: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. A04-0141 CR (RRB) |
| )           | |
| Plaintiff,      ) | |
| )           | **NOTICE OF GOVERNMENT'S** |
| vs.      ) | **COMPLIANCE WITH COURT** |
| )           | **ORDER** |
| WILLIE JACKSON,      ) | |
| )           | |
| Defendant.      ) | |
| _____ )           | |

COMES NOW the United States of America, by and through counsel, gives notice to the court that the government has complied with the court's order, to the extent that it can, to return the defendant's property to him.

The government agreed to return an item of personal property to the defendant – his wedding ring. All other items had to be held as evidence. On September 14, 2006, the government directed the property and evidence custodian of the Anchorage Police Department to return Jackson's wedding ring to him at his last known address. In addition to several conversations prior to, but specifically on October 23, 2006, counsel for the defendant, Lance Wells, was notified that the ring was available for him to pick up at APD. The undersigned and Mr. Wells have been in continuous contact regarding the most practical way to return Jackson's ring to him. According to Mr. Wells, it is Jackson's desire to have a person other than Mr. Wells pick up the ring from APD. Today, the undersigned again contacted Mr. Wells who indicated that Jackson had been notified in writing and by phone that his property is available for pick up. The government has complied with the court's order to the extent that it is possible.

The government should not be held in contempt because, although the government failed to notify the court of its efforts to return the property to the defendant, to the government has diligently made all efforts to comply with the court's order. The government apologizes for any inconvenience it may have

caused for neglecting to respond to the court's request for a status of the return of Jackson's personal property.

RESPECTFULLY SUBMITTED this 20th day of November, 2006 at Anchorage, Alaska.

                                                        NELSON P. COHEN
                                                        United States Attorney

                                                        /s David A. Nesbett
                                                        DAVID A. NESBETT
                                                        Special Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on November 20, 2006, via:

      (X) US Mail

Lance Wells
733 W. 4TH Ave., Suite 308
Anchorage, AK 99501

Executed at Anchorage, Alaska, on November 20, 2006.

  /s Jennifer Lotz
Legal Assistant