Willie Jackson, pro se
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

RECEIVED

DEC 1 1 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COA #0630182 |
| ) | DC #3:04-cr-00141-RRB |
| Plaintiff/Appellee, ) | |
| ) | **MOTION IN SUPPORT OF CONTEMPT** |
| vs. ) | **PROCEEDINGS** |
| ) | **IN OPPOSITION TO** |
| WILLIE KEITH JACKSON. ) | **NOTICE OF GOVERNMENT"S COMPLIANCE** |
| ) | **WITH COURT ORDER** |
| Defendant/Appellant. ) | **FOR NON COMPLIANCE** |
| ) | |

The pro se Movant Jackson ask that the Court take Notice:

1) He did not receive a copy of the Notice of Governments Compliance with Court Order, at Docket # 231 [Filed 11/20/06] from Mr. Nesbett, but, copy forwarded by the Clerk was received on **December 4, 2006.** Thus, obviously adding to the Prosecutions' contumacious conduct, for lack of proper service. Mr. Wells [Appointed Appellate Attorney] who was appointed by the Court of Appeals and himself entering his Notice of Appearance, as Jackson's Appellate Attorney. And, not Jackson's Counsel in the District Court.

2) The Prosecution never asked for a stay for the return of any evidence [if it were possible, presumably under FRCrP 32 2 (2) & (3)] while on appeal; asked for the designation of any of the property as a part of the Record on Appeal; included such property for purposes of forfeiture in any indictment or information. or to be held in the possibility of an appeal; and cited any authority anywhere that suggest that, minus "his wedding ring", the idea proffered by Mr. Nesbett and company, "All other items had to be held as evidence".

[1]

And, the pro se Movant Jackson reasserts his request that Mr. Nesbett et al. be held in contempt.

The Notice at Docket 231 of the Prosecutions' was improperly served on Lance Wells who is Jackson's Appellate Attorney, which has **never forwarded an entry of appearance to the District Court on behalf of Jackson.** Not only does serving Docket # 231 on Jackson's Appellate Attorney further indicate disrespect for the Court's authority, but the prevarication by Mr. Nesbett at Docket # 224 certifying to the Court that he served that Document (by U.S. Mail) on Jackson, is a clear sign of the contempt he holds for the Court's clear Order(s) (given Docket # 224 was mailed to Jackson by the Court **on December 4, 2006 [rcvd],** and he has received no other copy of the Document). As well, neither of those Documents were signed by the United States Attorney. See In Re Subpoena of Persico, 522 F2d 41, 70 ("In all ... cases, documents which are to be filed with a clerk of a court, with a court, or with a United States Magistrate or Commissioner including subpoenas, briefs, motions, legal memoranda, points for charge, stipulations, and petitions - **shall be signed by both the United States Attorney and a [Special United Sates] attorney ...").**

Neither Mr. Nesbett, nor all other persons involved, attempted any lawful avenue in a timely manner, of the nature included within FRCrP 32.2, to secure authority in depriving Jackson of his property. And, thus should be held in comtempt.

Dated December 6, 2006, at Lompoc California.

Willie Jackson
Pro se

I certify that a copy of the foregoing was sent by U.S. Mail to: D. Nesbett, Special Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm 253
Anchorage Alaska, 99513-7567

[2]