**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


  USA   v.   WILLIE KEITH JACKSON 

DATE:    January 12, 2007    CASE NO.    3:04-CR-0141-RRB 


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**RE MOTION FOR CONTEMPT**

_____


        Defendant shall set forth clearly and specifically what
property he has not yet received.


M.O. RE CONTEMPT