Willie Jackson, pro se
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

RECEIVED

JAN 29 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COA #0630182 |
| | ) | DC #3:04-cr-00141--RRB |
| Plaintiff/Appellee, | ) | |
| | ) | **NOTICE:** |
| vs. | ) | **OF PROPERTY HELD IN** |
| | ) | **CONTRADICTION OF COURT ORDER** |
| WILLIE KEITH JACKSON, | ) | **BY THE PROSECUTION et al.** |
| | ) | |
| Defendant/Appellant. | ) | |

The Plaintiff has not yet complied with the Court's Order to return Property of the Defendant. Which includes, but is not limited to the following:

1) $94.00 ................................. PT# 597598

2) $145.00 ................................ PT# 587046
   a) Money Clip ........................... "    "

3) $2400.00 ............................... PT# 597586
                                                597597

4) Maroon 1990 Oldsmobile
   EGK615, Vin # 1GCX54C9L4326600
   Case # 04-26531 [Search Warrant:
   a) New bottle of Hennessy - or value -
   See Receipt & Inventory of Property Seized
   b) Content insideCar
      I) $2,000.00 Stero Equipment; etc..
   ...................................... PT# **Never Recorded**

5) $1,600.00 Plus (See 6/21/04 Grand Jury Proceedings
   P. 20 Lines 3 & 4). No Property Tag # noted as
   recorded, but entered as Exhibit by the Prosecution
   at Trial.
   a) **Also Coins were entered as Exhibit by
      the Prosecution** (No Property Tag # was ever
      noted as taken)
   **"Plastic bag that contained the cash from
   the leather bag"** ....................... PT# 561263

6) Cell Phone:
   a) ..................................... PT# 561264
   b) ..................................... PT# 587048

[1]

```
7)   Folding Knife ............................. PT# 589367
                                                     561265

8)   Carton Cigarettes &
     Miscellaneous Cigarette packs ........... PT# 561278

9)   Miscellaneous Candy ...................... PT# 561277

10)  Duffel Bag ............................... PT# 561267

11)  Ring ..................................... PT# 587049

12)  Liquor ................................... PT# 561279
```

**Other Property see attached Property Evidence Report(s) of 6/10/04, 8/14/04, and so on.**

**Jackson ask that all the property attributed to him be returned to him or its monetary value (to the extent it legally can be), to include whatever other penalty award the Court deems proper, along with not named and/ or designated Property within or without the Property Evidence Report(s) of 6/10/04 and 8/14/04.**

To date Mr. Nesbett has continuously ignored the Court Order(s). The Statement in his Notice at Docket # 231 [Attachment A] is a prevarication: "According to Mr. Wells, it is Jackson's desir to have a person other than Mr. Wells pick up the ring from APD". More correctly, Jackson wants the return of "all property which was converted by the Anchorage Police Department to be returned promptly, stemming from the [June] and August [2004] Arrest, and/or given the Dates and to whom my properties were transferred to, and/or destroyed" [emphasis added on typos], see 10/15/06 Communication to Greg A. Stewart - Property & Evidence Supervisor (APD) [Attachment B].

In the 11/03/06 Communication [Attachment C] Mr. Wells explains the return of Jackson's property, including only the Ring, is conditioned on Jackson signing the Indemnity, Defense and Hold Harmless release [Attachment D] ("They have informed

[2]

me that they do in fact have your wedding ring in their possession and will turn it over to me on your behalf **only if you send a signed and authorized letter to me authorizing APD to turn it over to me**"). Which, appeared to be an attempt to release the Prosecution et al. from responsibility for depriving Jackson of his Ring and make it appear to be the only item Jackson wished returned.

In Jackson's 11/15/06 <u>Communication</u> to Lance Wells [Attached E], Jackson explains: "**Though it is my intention to handle the issues surrounding the return of all of my property** as described in the <u>Motion to Compel</u> and <u>Communication</u> to Mr. Nesbett (mailed 6/11/06) any <u>assistance</u> **that you give will be appreciated <u>as long as it does not undermine my efforts</u>**. See <u>Communication</u> to Greg A. Stewart, please [enclosed]. ...It would be appreciated if the APD [appropriate personnel] would respond to me concerning the specifics of the letter written on 10/15/06. And, any assistance by you in achieving that would be appreciated even more".

Jackson has no desire to be unreasonable, but, expects the return of all the property which was the subject [most of which was recorded] of the June 10, 2004 and the August 14, 2004 <u>Property Evidence Report</u>(s) that were generated from the respective Arrest and Seizures of Jackson and related property, **as well as items that were not so properly recorded**, that can be legally returned to Jackson.

Dated January 25, 2007, at Lompoc California.

3:04-cr-00141-RRB
D. Nesbett
Lance Wells

Willie Jackson
Pro se

[3]