RECEIVED
JAN 2 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The government agreed to return an item of personal property to the defendant – his wedding ring. All other items had to be held as evidence. On September 14, 2006, the government directed the property and evidence custodian of the Anchorage Police Department to return Jackson's wedding ring to him at his last known address. In addition to several conversations prior to, but specifically on October 23, 2006, counsel for the defendant, Lance Wells, was notified that the ring was available for him to pick up at APD. The undersigned and Mr. Wells have been in continuous contact regarding the most practical way to return Jackson's ring to him. According to Mr. Wells, it is Jackson's desire to have a person other than Mr. Wells pick up the ring from APD. Today, the undersigned again contacted Mr. Wells who indicated that Jackson had been notified in writing and by phone that his property is available for pick up. The government has complied with the court's order to the extent that it is possible.

The government should not be held in contempt because, although the government failed to notify the court of its efforts to return the property to the defendant, to the government has diligently made all efforts to comply with the court's order. The government apologizes for any inconvenience it may have

Did not receive a copy of Notice dated Dec 4, 06 nor was I Notified.

1) Not properly served
2) Wells ~~represents~~ to enter a notice of appearance for representation of Jackson on appeal, at the appellate court's direction
3) must return property
4) Wells has been instructed not handle district court matters

[ATTACHMENT A]