Willie Jackson
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436



Greg A. Stewart - Property & Evidence Supervisor
Anchorage Police Department
4501 Bragaw Street
Anchorage Alaska, 99507-1599
Ph. #(907)786-8500; Apnt #(907)786-8660

RE:  Description of the <u>Indemnity, Defense and Hold Harmless</u> in Laymens
     term, by person who can do so accurately, concerning the
     14 lined one tailored in Case #04-26531[Tag# 587049];

     The inclusion of the 5 day each way in mailing calculations;

     Return of <u>all</u> property not subject to forfeiture, which was
     converted by the Anchorage Police Department on July and
     August of 2004, and/or give whereabouts of continued conversion
     of said properties as is subject in Case #A04-0141 <u>Orders</u>:
     194 [granting return of property; 225 [<u>Minute Order from</u>
     <u>Chambers Granting Motion To Compel</u>], and <u>Motion for Contempt</u>
     <u>of Court Proceedings</u>;

     Copy of AMC 7.25;

     Copy of procedures for lost or found property laying on the
     ground next to owner;

TO:  Property &Evidence Supervisor - Greg Stewart; Whom ever

     Signed the 10/4/06 Communication; or Whom ever it may concern

Dear Sirs,

I would like a more clear description of the intent and parameters
of the Form attached to the October 4, 2006 Communication [<u>Indemnity,</u>
<u>Defense and Hold Harmless</u>], explained accurately by someone qualified
to do so in Laymens terms.  I do not understand anything past
the language releasing pertinent parties from liability for the
one ring after being signed over to my wife.  To which language
I am in agreement with concerning that piece of property, of mine.

By the way, I would just like to inform you that it takes 5 days
each way for  mail to travel from California to Alaska and vice-versa.
Please, allow more time for reasonable deadlines.

Please, be aware the issue of property and return is the subject
of Two <u>Order</u>(s) Dockets # 194, and 225 [in the Federal District
Court - Case # A04-0141], which have been granted. and Motion

[1]
[ATTACHMENT B]

[2]

for Contempt of Court Proceedings.  **Therefore, I would like all property which was converted by the Anchorage Police Department to be returned promptly, stemming from the July and August 2006 Arrest, and/or given the Dates and to whom my properties were transferred to, and/or when destroyed.**

I would like a copy of Anchorage Municipal Code 7.25.

I would like to be given your normal procedures for the return of lost property laying on the ground next to owner.

Sincerely,


Willie Jackson


Dated:   10/15/06