**LANCE CHRISTIAN WELLS**
LAW OFFICES OF LANCE CHRISTIAN WELLS, P.C.
733 WEST FOURTH AVENUE, SUITE 308
ANCHORAGE, AK. 99501
www.LanceCWells.com
lwells@gci.net

Phone 907-274-9696                                                                                         Fax 907-277-9859

11/03/06                                    **US Mail Delivery Only**

Mr. Willie K. Jackson, Inmate
c/o LOMPOC USP
Inmate Number 15063-006
3901 Klein Avenue
Lompoc, CA. 93436

       Re:    **Telephonic Communication, Return of Personal Property & Appeal**

Dear Willie:

       Thank you for taking the time to speak with me earlier in the week. I have made arrangements to speak with you again by telephone sometime next week. I have proposed several dates and times to the legal department and they are to get back with me ASAP.

       I received a telephone call from the APD property division yesterday. They have informed me that they do in fact have your wedding ring in their possession and will turn it over to me on your behalf only if you send a signed and notarized letter to me authorizing APD to turn it over to me. It must be notarized. According to BOP, notaries are available within the Lompoc institution.

       I'm still trying to find out about the rest of the property you mentioned: car, money etc. I will keep you posted. Time is of the essence. Do not delay in doing this or the property could be forfeited/destroyed for failure to pick it up in a timely manner.

       Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me at the above number or address. As always it remains a pleasure to work with you. I look for to your timely reply and speaking with you in the near future. Lastly, today I moved for a 30 day extension of time in which to file your appeal.

                                    Sincerely yours,
                                    Law Offices of Lance C. Wells, P.C.

                                    Lance C. Wells
                                    AK Bar #9206045

[ATTACHMENT C]