**OWNER LETTER**  Date: 10/04/2006
WILLIE K JACKSON  CASE: 04-26531
3901 KLEIN BLVD
LOMPOC CA 93436  Final Claim Date: **10/19/2006**

Tag# 587049   RING/FOUND ON GROUND NEXT TO DEFENDANT

*RECEIVED JAN 29 2007 CLERK, U.S. DISTRICT COURT, ANCHORAGE, ALASKA*

## INDEMNITY, DEFENSE AND HOLD HARMLESS

In consideration for the release of certain property to me on this date, the undersigned agrees to defend, indemnify, hold harmless, release and discharge the Municipality of Anchorage, its agencies, officers, officials, agents, employees, contractors and insurers from any and all liability (including liability for personal injury and death), damages, costs, claims, demands and expenses of whatever type or nature, including attorney's fees, which are caused or allegedly caused by or connected in any way to the property released to me, including but not limited to alleged injury from the exposure, contact, inhalation, or ingestion of any drug, over-the-counter medication, blood borne pathogen, mold or any form of chemical residue from any forensic examination or scientific testing, or from contact with any property or packaging materials possessing protrusions, sharp points or edges

**This indemnity, defense and hold harmless agreement includes all claims arising or allegedly arising, in whole or in part, from the negligence or other conduct or misconduct of the Anchorage Police Department, the Municipality of Anchorage or their officers and employees,** including property damage resulting from the property being marked, labeled, disassembled, disabled, destroyed, devalued, or chemically treated during the process of evidence collection, forensic or scientific testing, comparison, evaluation of other legitimate investigative measures, but does not include claims for damage to the property released allegedly occurring while the property was in the possession of the Anchorage Police Department and which result from the negligent failure to properly store or handle the property.

_____
Printed Name

_____   Date: _____
Signature

## THIRD PARTY RELEASE

I, **WILLIE K JACKSON** hereby authorize (print name) _____ to obtain any and all property belonging to me, from the Anchorage Police Department held under case: **04-26531**.

*Further your affiant sayeth naught.*

_____
Signature

**SUBSCRIBED AND SWORN** to before me on this _____ day of _____, _____
                                                                (month)       (year)

_____
Notary Public in and for the State of _____

Page 1 of 1   My Commission Expires: _____ 20 _____

[ATTACHMENT D]