Willie Jackson
United States Penitentiary
3901 Klien Boulevard
Lompoc CA, 93436



11/15/06

Lance Wells
733 West Fourth Ave., Suite 308
Anchorage AK, 99501

RE: Personal <u>Notes</u> for intended pro se opening brief to assist Counsel;
Request for Counsel to act on pro se Motions Field July 27, 2006 for <u>Reconsideration</u> and for <u>Bail</u> [Requesting Bail, which were the subject of the November 7, 2006 <u>Order</u>;
Request of Copies of all documentation concerning present Counsel while on Appeal [to include return of property, of which I am handling from District Court;
Communication to Greg A. Stewart concerning *Property and lack of response to concerns* raised by me [enclosed];

Dear Lance,

I am still working on getting more than 15 minutes to talk with you concerning my Case through the Legal Department. But, in the meanwhile my rough draft Notes will have to do (though they are pretty detailed). Please, look at the <u>Statement of Reasons</u> at Docket # 180, which was sealed, and neglects to reflect I was Sentenced above the Mandatory minimum (per <u>Booker</u>); Sentenced to more than 24 months; without reason given for specific sentence imposed, as for that Forms Requirement. See U.S. v. Jackson, 408 F3d 301, 305 (Any sentence imposed must contain an articulation of the reasons upon which the court bases its sentence). And, could you look at <u>Shepard</u>, 125 S.Ct. 1254 (05) (**any** fact that increases the penalty for a crime beyond the prescribed statutory maximum must be submitted to a jury, and proved beyond a reasonable doubt [opposite holding of <u>Booker</u> concerning prior sentences].

**I would sincerely like for you to ask for bail in my behalf as described in my <u>Motion</u> for bail Filed July 27, 2006, to the halfway house or home** and raise the issues in the <u>Motion for Reconsideration</u>, of which was the subject of the <u>Order</u> Filed November 7, 2006. **I still choose to represent myself** and will write a supplemental brief if necessary, **but, hopefully and sincerely there will not be a need to.**

Could you please! send me a copy of all documentation (i.e

[ATTACHMENT E] 1

motions, briefs, etc.) filed or received by you, or even communication not privy to the Court concerning me (i.e. contact by Anchorage Police Department, Mr. Nesbett, etc.). Though it is my intention to handle the issues surrounding the return of all of my property as described in the <u>Motion to Compel</u> and <u>Communication</u> to Mr. Nesbett (mailed 6/11/06) any assistance that you give will be appreciated as long as it does not undermine my efforts. See <u>Communication</u> to Greg A. Stewart, please! [enclosed].

It would be appreciated if the APD [appropriate personnel] would respond to me concerning the specifics of the letter written on 10/15/06. And, any assistance by you in achieving that would be appreciated even more.


**THANK YOU**

*[signature]*
Willie Jackson

2