Willie Jackson, pro se
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

RECEIVED
FEB 01 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COA #0630182 |
| ) | DC #3:04-cr-00141--RRB |
| Plaintiff/Appellee, ) | |
| ) | **ATTACHMENTS:** |
| vs. ) | **PROPERTY & EVIDENCE REPORT** |
| ) | **AND RELATED DOCUMENTS** |
| WILLIE KEITH JACKSON, ) | **TO** |
| ) | **NOTICE: OF PROPERTY HELD ...** |
| Defendant/Appellant. ) | **MAILED JANUARY 25, 2007** |
| ) | |

The Defendant Jackson ask the Court accept the following Attachments to the earlier Field Notice: of Property Held in Contridiction of Court Order by the Prosecution et al. [Mailed on January 25, 2007], of which he makes reference [page 2 First ¶].

Dated January 27, 2007, at Lompoc California.

_____
Willie Jackson
Pro se

3:04-cr-00141--RRB
-----------------------
D. Nesbett                                      [1]