| | | |
|---|---|---|
| ☑ FEL  ☐ MISD  ☐ NC | **MUNICIPALITY OF ANCHORAGE** | UCR CODE / CLASS |
| CROSS-REF.# | Anchorage Police Department | CASE NUMBER 04-38609 |
| | PROPERTY & EVIDENCE REPORT | |

TYPE INCIDENT: DRUGS    ☐ ORIGINAL REPORT  ☑ SUPPLEMENTAL REPORT    DATE INCIDENT: 8-14-04    TIME INCIDENT: 1719

LOCATION INCIDENT: Park N. Flower #1    DATE REPORTED: "    TIME REPORTED: "

CODE: D    NAME (LAST, FIRST, MIDDLE): JACKSON, WILLIE    D.O.B.: _    RACE: B    SEX: M    S.S.N.: _    O.L./STATE: _

RESIDENCE ADDRESS: _    HM PHONE: _    WORK ADDRESS: _    WK PHONE: _

**A** PROPERTY TAG #: 589726    TYPE ARTICLE: GUN CLEANING KIT    CODE: _    BRAND/MAKE: KLEEN-BORE    VALUE: _    EVIDENCE
NCIC NUMBER: _    MODEL: _    SERIAL #: _    SIZE/CALIBER: _    SAFEKEEP
ENTERED BY: _    OWNER'S NAME: _    OWNER'S O.L.: _    OWNER APPLIED #: _    LOST / FOUND
DATE ENTERED: _    OTHER DESCRIPTIVE DATA: FOUND IN UNDER BED BY OFC. CARLSON    STOLEN / RECOV'D
*SEIZED BY SEARCH WARRANT*

**B** PROPERTY TAG #: 597596    TYPE ARTICLE: CRACK COCAINE    CODE: _    BRAND/MAKE: _    VALUE: _    EVIDENCE
NCIC NUMBER: _    MODEL: _    SERIAL #: _    SIZE/CALIBER: 26.02 g    SAFEKEEP / LOST / FOUND
DATE ENTERED: _    OTHER DESCRIPTIVE DATA: IN JACKSON'S FRONT LEFT SHORTS POCKET.    STOLEN / RECOV'D

**C** PROPERTY TAG #: 597597    TYPE ARTICLE: KNIFE    CODE: _    BRAND/MAKE: SCHRADER    VALUE: _    EVIDENCE
NCIC NUMBER: _    MODEL: PLUS    SERIAL #: _    SIZE/CALIBER: _    SAFEKEEP / LOST / FOUND
DATE ENTERED: _    OTHER DESCRIPTIVE DATA: IN JACKSON'S SIDE LEFT SHORTS POCKET    STOLEN / RECOV'D

**D** PROPERTY TAG #: 597598    TYPE ARTICLE: US CURRENCY    CODE: _    BRAND/MAKE: _    VALUE: 94.00    EVIDENCE
NCIC NUMBER: _    MODEL: _    SERIAL #: _    SIZE/CALIBER: _    SAFEKEEP / LOST / FOUND
DATE ENTERED: _    OTHER DESCRIPTIVE DATA: IN JACKSON'S SIDE LEFT SHORT'S POCKET.    STOLEN / RECOV'D

NARRATIVE / ADDITIONAL INFO:

REPORTING OFFICER: E-SMITH    DSN: 25137    DATE WRITTEN: 8/19/04    SUPERVISOR: _    DATE: _    PAGE 4 OF 4

WJ0000000024