Page 18

1  lifted out the black bag. There was a handgun, a silver
2  revolver, it was 22 caliber with -- it was loaded, in the
3  bottom of the plastic bag. When I opened the black
4  satchel there was a large amount of cocaine, crack
5  cocaine. And Mr. Jackson's ID was also in there.
6 Q Okay, were there other IDs in there as well?
7 A Yeah, there was, I believe, two or three other IDs. I
8  remember there was a white girl's ID in there, there was a
9  passport, I don't remember who that was to. And I -- I
10  don't remember, that may have been it. I don't remember
11  all the IDs were in there. We looked at the ID of Mr.
12  Willie Jackson, obviously it looked like him, we suspected
13  it was him.
14 Q Okay, let's talk about a couple of the things that we're
15  talking about here. I mentioned a pat-down search
16  earlier. Was there money found as a result of that pat-
17  down search?
18 A Yeah, there was -- he had $145 cash on him. It appeared
19  -- appeared to be a lot more than that, there was a lot of
20  -- like 40 ones or something in there, it was a large
21  stack of money but it was small bills, so it appeared to
22  be more than what it was.
23 Q Okay. And you mentioned packing bags, what did you mean
24  by that?
25 A I'm sorry, what?

Page 19

1 Q You said that in the floor in the bedroom there were
2  packing bags. What did you.....
3 A I -- mostly they use sandwich bags, very large amount of
4  sandwich bags, most of them were pulled out of the actual
5  box and they were kind of laying around right there. Most
6  people -- I'm not going to say everybody, but most people
7  don't have sandwich bags all over their bedrooms.....
8 Q And, Officer, you testified.....
9 A .....it's more of a kitchen thing.
10 Q .....earlier that you've come across crack cocaine and
11  regular cocaine as a part of your duties. Have you.....
12 A Yes.
13 Q .....seen those items packaged that way before?
14 A Yes, what they -- what they normally do is they stick it
15  in the -- they don't normally leave it in the whole bag.
16  What they do is they stick the cocaine in the bag and then
17  they'll twist it off, kind of tie it in a knot, it's
18  called a bindle, which is the most common way that it's
19  actually stored. So you'll have what -- it'll just be a
20  little chunk of the bag, they kind of put it down in the
21  corner and twist it off real tight, crack in there, then
22  they tie it off so it doesn't fall out.
23 Q Okay, and you said there was a scale as well?
24 A Yes.
25 Q Was there any other money found?

Page 20

1 A Yeah, in the black bag there was two large rolls about
2  that big of cash, as a lot of them were smaller, five --
3  $5 bills, things like that. It was a total of a little
4  over $1600, if I recall right, in cash that was also in
5  the bag with the -- with the drugs and the -- the gun.
6 Q Okay. And can you describe to the grand jurors the size
7  of the gun?
8 A It -- it appeared to be a lot bigger than a 22, but it was
9  a revolver, it was about that long, appeared to be a full-
10  sized gun. Like I said, it was a -- I believe a nine-
11  shot.
12  MR. BANDLE: What's that -- oh, for the record, the
13  witness.....
14 Q What was it, about five inches you showed?
15 A Yeah. I'm sorry, yeah.
16  MR. BANDLE: Okay, the witness is.....
17 A About five, six.....
18  MR. BANDLE: .....indicating about five inches.
19 A .....inches.
20 Q Five, six inches?
21 A Uh-huh (affirmative).
22 Q Okay. And -- okay, now, that's -- I'm going to show you
23  what's been marked as State's Exhibit Number 1
24  (indiscernible, cough), sir. Do some questions before we
25  start talking about that.

Page 21

1 A Okay.
2 Q Was this evidence seized that you were discussing, these
3  items were seized?
4 A What?
5 Q The items that we were just discussing, like the.....
6 A Yes.
7 Q .....crack cocaine, they were all seized?
8 A Yeah.
9 Q Okay, and can you tell the grand jury what a P&E number
10  is?
11 A That's a property and evidence. Basically it goes on the
12  property and evidence form. Each piece of evidence we log
13  in has an individual tag on it that's got an individual
14  number on it, and it -- basically it -- it helps us
15  classify each drug, number for each item, no matter what
16  it is, we log into individually.
17 Q Okay, and is each case given its own unique case number?
18 A The.....
19 Q The.....
20 A Each item seized, no, it's not given its own case number,
21  it's given its individual P&E number, property and
22  evidence number.
23 Q Okay, those are unique, but there's also a unique case
24  number as well, is that correct, given.....
25 A Yes.