10/21/04  THU 10:52 FAX 907 786 8867    APD RECORDS    →→→ DA 8321    ☑003

| Continuation | Supplemental | | MUNICIPALITY | CASE NUMBERS |
|---|---|---|---|---|
| | X | POLICE | OF ANCHORAGE | 04-38609 |
| CROSS REF. CASE # | | | ANCHORAGE POLICE DEPARTMENT | DATE OCCURRED: |
| | | | **NARRATIVE REPORT** | 8/14/2004 |
| TYPE OF INCIDENT | | LOCATION OCCURRED | | COMPLAINANT OR VICTIM |
| Drugs | | Park and Peterkin | | |

of money.  I miscounted and mistakenly advised OFC CARSON that I had recovered $24,000 when I had actually recovered $2,400.

CASE STATUS:
   Attach to original.

When Voss got to the cigarette pack it was completely closed.
I R he could feel ~~that the~~ the cigarette box had a large round
object. ~~that~~ constituted a _warrantless search_

There ~~or~~ no pictures of cigarett pack for evidence

| Reporting Officer | DSN | Date Written | | |
|---|---|---|---|---|
| Voss | 28532 | 8/15/2004 | **ORIGINAL REPORT** | PAGE 2 |

WJ0000000002