08/20/04 FRI 10:21 FAX 907 786 8667       APD RECORDS       →→→ DA 6321       ☑ 00

## MUNICIPALITY OF ANCHORAGE
### Anchorage Police Department
### PROPERTY & EVIDENCE REPORT

- [ ] FEL  [✓] MISD  [ ] NC
- CROSS-REF #:
- UCR CODE:
- CLASS:
- CASE NUMBER: 04-58604
- TYPE INCIDENT: Warrant Service
- [ ] ORIGINAL REPORT  [✓] SUPPLEMENTAL REPORT
- DATE INCIDENT: 8/14/04
- TIME INCIDENT: 1653
- LOCATION INCIDENT: 340 Bunn
- DATE REPORTED: 8/14/04
- TIME REPORTED: 1653
- CODE: O
- NAME: Save
- D.O.B.: —  RACE: —  SEX: —  S.S.N.: —
- O.L./STATE: —
- RESIDENCE ADDRESS: —   H. PHONE: —   WORK ADDRESS: —   WK. PHONE: —

**A**
- PROPERTY TAG #: 597593
- TYPE ARTICLE: US Currency
- CODE: —
- BRAND/MAKE: —
- VALUE: 719
- EVIDENCE

**NARRATIVE / ADDITIONAL INFO:** Voss    Copy of Godrey

REPORTING OFFICER: Voss    DSN: 28532    DATE: 8/15/04

S1-100 (Rev. 4/02)