| ☑ FEL | ☐ MISD | ☐ NC | | MUNICIPALITY OF ANCHORAGE | | UCR CODE | CLASS |
|---|---|---|---|---|---|---|---|
| CROSS-REF. # | | | | Anchorage Police Department | | CASE NUMBER | 04-26531 |
| | | | | PROPERTY & EVIDENCE REPORT | | | |

| TYPE INCIDENT | DRUGS | ☐ ORIGINAL REPORT | ☑ SUPPLEMENTAL REPORT | DATE INCIDENT 6-10-04 | TIME INCIDENT 1624 |
|---|---|---|---|---|---|
| LOCATION INCIDENT | 436 PRICE STREET | | | DATE REPORTED | TIME REPORTED |

| CODE | NAME (LAST, FIRST, MIDDLE) | D.O.B. | RACE | SEX | S.S.N. | O.L./STATE |
|---|---|---|---|---|---|---|
| S | DOE, JOHN | | B | M | | |
| RESIDENCE ADDRESS | | HM PHONE | WORK ADDRESS | | | WK PHONE |

**A**
| PROPERTY TAG # | TYPE ARTICLE | CODE | BRAND / MAKE | VALUE | EVIDENCE |
|---|---|---|---|---|---|
| 587045 | US CURRENCY | | | 145.00 | |
| NCIC NUMBER | MODEL | | SERIAL # | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME: SAME | | OWNER'S O.L. | OWNER APPLIED # | LOST / FOUND |
| DATE ENTERED | OTHER DESCRIPTIVE DATA: SEIZED FROM DEFENDANT'S RIGHT SHORTS POCKET | | | | STOLEN |
| PROP. LOCATION | IN BROWN LEATHER MONEY CLIP. | | | | RECOV'D |

**B**
| PROPERTY TAG # | TYPE ARTICLE | CODE | BRAND / MAKE | VALUE | EVIDENCE |
|---|---|---|---|---|---|
| 587046 | CYLINDER CASE | | | | |
| NCIC NUMBER | MODEL | | SERIAL # | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME: SAME | | OWNER'S O.L. | OWNER APPLIED # | LOST / FOUND |
| DATE ENTERED | OTHER DESCRIPTIVE DATA: HARD METALLIC GOLD OBJECT IN DEFENDANT'S LEFT SHORTS | | | | STOLEN |
| PROP. LOCATION | POCKET W/ CRACK PIPE INSIDE. | | | | RECOV'D |

**C**
| PROPERTY TAG # | TYPE ARTICLE | CODE | BRAND / MAKE | VALUE | EVIDENCE |
|---|---|---|---|---|---|
| 587047 | PRESCRIPTION BOTTLE | | | | |
| NCIC NUMBER | MODEL | | SERIAL # | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME: SAME | | OWNER'S O.L. | OWNER APPLIED # | LOST / FOUND |
| DATE ENTERED | OTHER DESCRIPTIVE DATA: FOUND UNDER DRIVER'S SEAT, HAD COCAINE + CRACK | | | | STOLEN |
| PROP. LOCATION | COCAINE INSIDE VISIBLE FROM OUTSIDE. MARKINGS RUBBED OFF. | | | | RECOV'D |

**D**
| PROPERTY TAG # | TYPE ARTICLE | CODE | BRAND / MAKE | VALUE | EVIDENCE |
|---|---|---|---|---|---|
| 587048 | CELL PHONE | | MOTOROLA | | |
| NCIC NUMBER | MODEL 120C | | SERIAL # JUG2362AA | SIZE / CALIBER | SAFEKEEP |
| ENTERED BY | OWNER'S NAME: SAME | | OWNER'S O.L. | OWNER APPLIED # | LOST / FOUND |
| DATE ENTERED | OTHER DESCRIPTIVE DATA: FOUND ON GROUND NEXT TO DEFENDANT AFTER HE | | | | STOLEN |
| PROP. LOCATION | RESISTED ARREST. (9 MISSED CALLS) | | | | RECOV'D |

NARRATIVE / ADDITIONAL INFO:

SEE NARRATIVE.

00 009

| REPORTING OFFICER | DSN | DATE WRITTEN | SUPERVISOR | DATE | PAGE |
|---|---|---|---|---|---|
| E. SMITH | 25137 | 6/10/04 | | | 1 OF 2 |

51-100 (Rev. 4/02)

WJ0000000143