**MUNICIPALITY OF ANCHORAGE**
**Anchorage Police Department**
**PROPERTY & EVIDENCE REPORT**

☑ FEL  ☐ MISD  ☐ NC
CROSS-REF. #:

UCR CODE:
CLASS:
CASE NUMBER: 04-26531

TYPE INCIDENT: Drugs
☐ ORIGINAL REPORT  ☑ SUPPLEMENTAL REPORT
DATE INCIDENT: 6-10-04
TIME INCIDENT: 1624
LOCATION INCIDENT: 436 Price St #2
DATE REPORTED:
TIME REPORTED:

CODE / NAME (LAST, FIRST, MIDDLE) / D.O.B. / RACE / SEX / S.S.N. / O.L./STATE:
RESIDENCE ADDRESS / HM PHONE / WORK ADDRESS / WK PHONE:

**A** PROPERTY TAG #: 589367  TYPE ARTICLE: Folding Knife  CODE:  BRAND/MAKE: UNK  VALUE:  EVIDENCE
NCIC NUMBER:  MODEL:  SERIAL #:  SIZE/CALIBER:  SAFEKEEP
ENTERED BY:  OWNER'S NAME:  OWNER'S O.L.:  OWNER APPLIED #:  LOST
DATE ENTERED:  OTHER DESCRIPTIVE DATA: Wood handle, found defendants L. short pocket  FOUND / STOLEN / RECOV'D
PROP. LOCATION:

**B** PROPERTY TAG #: 587049  TYPE ARTICLE: Ring  CODE:  BRAND/MAKE: UNK  VALUE:  EVIDENCE
NCIC NUMBER:  MODEL:  SERIAL #:  SIZE/CALIBER:  SAFEKEEP
ENTERED BY:  OWNER'S NAME:  OWNER'S O.L.:  OWNER APPLIED #:  LOST / FOUND
DATE ENTERED:  OTHER DESCRIPTIVE DATA: Found on ground next to defendant  STOLEN / RECOV'D
PROP. LOCATION:

**C** PROPERTY TAG #: 589368  TYPE ARTICLE: Crack Cocaine  CODE:  BRAND/MAKE:  VALUE:  EVIDENCE
NCIC NUMBER:  MODEL:  SERIAL #:  SIZE/CALIBER: 1.813  SAFEKEEP
ENTERED BY:  OWNER'S NAME:  OWNER'S O.L.:  OWNER APPLIED #:  LOST / FOUND
DATE ENTERED:  OTHER DESCRIPTIVE DATA: Found in prescription bottle  STOLEN / RECOV'D
PROP. LOCATION:

**D** PROPERTY TAG #: 589369  TYPE ARTICLE: Cocaine  CODE:  BRAND/MAKE:  VALUE:  EVIDENCE
NCIC NUMBER:  MODEL:  SERIAL #:  SIZE/CALIBER: 8.679  SAFEKEEP
ENTERED BY:  OWNER'S NAME:  OWNER'S O.L.:  OWNER APPLIED #:  LOST / FOUND
DATE ENTERED:  OTHER DESCRIPTIVE DATA: Found in prescription bottle  STOLEN / RECOV'D
PROP. LOCATION:

NARRATIVE / ADDITIONAL INFO:
SEE NARRATIVE.

REPORTING OFFICER: E. Smith  DSN: 25137  DATE WRITTEN: 6/10/04  SUPERVISOR:  DATE:  PAGE 2 OF 2

51-100 (Rev. 4/02)

WJ0000000144