**MUNICIPALITY OF ANCHORAGE**
Anchorage Police Department
PROPERTY & EVIDENCE REPORT

☒ FEL  ☐ MISD  ☐ NC
CROSS-REF. #:
CASE NUMBER: 04-26531

TYPE INCIDENT: Drugs
ORIGINAL REPORT ☒  SUPPLEMENTAL REPORT ☐
DATE INCIDENT: 6/10/04
TIME INCIDENT: 1624
LOCATION INCIDENT: 436 Price #2

| | |
|---|---|
| **A** PROPERTY TAG #: 561259 | TYPE ARTICLE: Cocaine |
| MODEL: | SERIAL #: | SIZE/CALIBER: 30.195g |
| OWNER: SEIZED BY SEARCH WARRANT | |
| OTHER DESCRIPTIVE DATA: Bag of white powder from leather bag - master bedroom | EVIDENCE |

| | |
|---|---|
| **B** PROPERTY TAG #: 561264 | TYPE ARTICLE: Cell phone | BRAND: Motorola |
| MODEL: V600x | SERIAL #: | |
| OWNER: SEIZED BY SEARCH WARRANT | |
| OTHER DESCRIPTIVE DATA: cell phone from leather bag in master bedroom | EVIDENCE |

| | |
|---|---|
| **C** PROPERTY TAG #: 561263 | TYPE ARTICLE: Bag |
| OWNER: SEIZED BY SEARCH WARRANT | |
| OTHER DESCRIPTIVE DATA: Plastic bag that contained the cash from the leather bag | EVIDENCE |

| | |
|---|---|
| **D** PROPERTY TAG #: 561262 | TYPE ARTICLE: Handgun | BRAND: H&R |
| MODEL: 930 | SERIAL #: BB029491 | SIZE/CALIBER: .22 |
| OWNER: SEIZED BY SEARCH WARRANT | |
| OTHER DESCRIPTIVE DATA: Steel revolver found w/ leather bag in master bedroom (MADE IN USA) H&R INC. GARDNER MASS USA | EVIDENCE |

NARRATIVE / ADDITIONAL INFO:

03 019

WJ0000000153