| | | MUNICIPALITY OF ANCHORAGE | | CLASS |
|---|---|---|---|---|
| ☒ FEL  ☐ MISD  ☐ NC | | Anchorage Police Department | | |
| CROSS-REF. # | | PROPERTY & EVIDENCE REPORT | | CASE NUMBER 04-26531 |

| TYPE INCIDENT | | ☒ ORIGINAL REPORT | ☒ SUPPLEMENTAL REPORT | DATE INCIDENT | TIME INCIDENT |
|---|---|---|---|---|---|
| Drugs | | | | 6/10/04 | 1624 |
| LOCATION INCIDENT | | | | DATE REPORTED | TIME REPORTED |
| 436 Price #2 | | | | | |
| CODE | NAME (LAST, FIRST, MIDDLE) | D.O.B. | RACE  SEX | S.S.N. | O.L. / STATE |
| RESIDENCE ADDRESS | | HM PHONE | WORK ADDRESS | | WK PHONE |

**A**
| PROPERTY TAG # | TYPE ARTICLE | BRAND / MAKE | VALUE |
|---|---|---|---|
| 561261 | Bags | | 0 |
| | MODEL | SERIAL # | SIZE / CALIBER |
| OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # |

OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY):
Misc. plastic bags from leather bag

**B**
| PROPERTY TAG # | TYPE ARTICLE | BRAND / MAKE | VALUE |
|---|---|---|---|
| 561265 | Bag | | 0 |
| | MODEL | SERIAL # | SIZE / CALIBER |
| OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # |

OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY):
Leather bag w/ misc. contents - pseudophedrine, knife, lighter

**C**
| PROPERTY TAG # | TYPE ARTICLE | BRAND / MAKE | VALUE |
|---|---|---|---|
| 561266 | wallet | | |
| | MODEL | SERIAL # | SIZE / CALIBER |
| OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # |
| MOON, CHARLES | | | |

OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY):
Tan tri fold wallet w/ Moon's Drivers license & misc. items

**D**
| PROPERTY TAG # | TYPE ARTICLE | BRAND / MAKE | VALUE |
|---|---|---|---|
| 561267 | Duffel bag | | 0 |
| | MODEL | SERIAL # | SIZE / CALIBER |
| OWNER'S NAME (LAST, FIRST, MIDDLE) | | OWNER'S O.L. | OWNER APPLIED # |
| JACKSON, WYATTE | | | |

OTHER DESCRIPTIVE DATA (COLOR, ACCESSORIES; IF EVIDENCE, LOCATION DISCOVERY):
Duffel bag w/ contents & AD card - living room AD - leather bag

NARRATIVE / ADDITIONAL INFO:

| REPORTING OFFICER | DSN | DATE WRITTEN | SUPERVISOR | DATE |
|---|---|---|---|---|
| | 920 | 6/10/04 | | |

00 020

WJ0000000154