## MUNICIPALITY OF ANCHORAGE
### Anchorage Police Department
### PROPERTY & EVIDENCE REPORT

☒ FEL ☐ MISD ☐ NC
CROSS-REF. #:

CASE NUMBER: 04-26531

TYPE INCIDENT: Drugs
☒ ORIGINAL REPORT ☒ SUPPLEMENTAL REPORT
DATE INCIDENT: 6/10/04
TIME INCIDENT: 1624

LOCATION INCIDENT: 43C Price #2
DATE REPORTED:
TIME REPORTED:

**A** PROPERTY TAG #: 561275
TYPE ARTICLE: Passport
BRAND/MAKE: US
VALUE: 0
SERIAL #: 154937567
OWNER'S NAME: Caldwell, Anthony B
OTHER DESCRIPTIVE DATA: Passport from leather bag

**B** PROPERTY TAG #: 561280
TYPE ARTICLE: Check
BRAND/MAKE: Wells Fargo
VALUE: 0
SERIAL #: 1004
OWNER'S NAME: Brown, Chlora E
OTHER DESCRIPTIVE DATA: $100.00 check from leather bag

**C** PROPERTY TAG #: 561279
TYPE ARTICLE: Alcoholic Bev
BRAND/MAKE: Various
VALUE:
OTHER DESCRIPTIVE DATA: 5 - 750ml Black Label, 1 - Jack Daniels, 1 - Black Bush

**D** PROPERTY TAG #: 561278
TYPE ARTICLE: Cigarettes
BRAND/MAKE: Kool
VALUE:
OTHER DESCRIPTIVE DATA: Misc. cartons of cigarettes

NARRATIVE / ADDITIONAL INFO:

00 022

REPORTING OFFICER: [signature]
DSN:
DATE WRITTEN:
SUPERVISOR:
DATE: 6-8

WJ0000000156