## MUNICIPALITY OF ANCHORAGE
### Anchorage Police Department
### PROPERTY & EVIDENCE REPORT

☐ FEL  ☐ MISD  ☒ NC
CROSS-REF. #

CASE NUMBER: 04-26531

TYPE INCIDENT: Drugs
☒ ORIGINAL REPORT  ☒ SUPPLEMENTAL REPORT
DATE INCIDENT: 6/10/04
TIME INCIDENT: 1624

LOCATION INCIDENT: 426 Price #2
DATE REPORTED:
TIME REPORTED:

**A**
PROPERTY TAG #: 561277
TYPE ARTICLE: Candy
BRAND / MAKE: various
VALUE:

OTHER DESCRIPTIVE DATA: SEIZED BY SEARCH WARRANT
misc. candy bars
19 King Size Butter Finger / 3-3 Musketeers / 3 Snickers / 1-Milkyway

WJ0000000158

00 024