UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  WILLIE KEITH JACKSON

DATE:  February 5, 2007    CASE NO.  3:04-CR-0141-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS RE PROPERTY**

---

The Government shall respond to Defendant's filings at Dockets 234 and 235 by the close of business on **February 16, 2007**. Defendant is seeking return of property previously seized to which he is entitled. The Court has been unable, to date, to determine the validity of Defendant's claims and requires a detailed response from the Government.

M.O. RE PROPERTY