UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 USA  v.  WILLIE KEITH JACKSON 

DATE:   March 13, 2007         CASE NO.   3:04-CR-0141-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE ORDER TO SHOW CAUSE**

---

The Government, by the close of business on **March 27, 2007,** shall show cause why it should not be held in contempt of Court for failing to respond to this Court's Minute Order at Docket 236.

M.O. RE CONTEMPT OF COURT