## Inventory Jackson is requesting to be returned

| Incident Report | Property Tag # | Item | Comments USAO |
|---|---|---|---|
| 04-26531 | 561263 | **Plastic bag** that contained the cash from the leather bag | |
| 04-26531 | 561264 | Cell phone-Motorola/from leather bag in masterbedroom' | |
| 04-26531 | 561267 | Duffel bag w/contents & ID card - Livingroom ID-leather bag | |
| 04-26531 | 561277 | Misc Candy Bars<br>19 - King Size Butter Fingers<br>3 - 3 Musketeers | |
| 04-26531 | 561278 | Cigarettes- (Kool) misc cartons of cigarettes | |
| 04-26531 | 561279 | Alchohol-various<br>5- 750ml Black Label<br>1- Jack Daniels<br>1- Black Bush (?) | |
| 04-26531 | 587045 | $145 in Brown Leather Money Clip | Mr. Jackson identified it as 587046 - which is the cylinder case that contained a crack pipe inside |
| 04-26531 | 587047 | Cell phone-Motorola/found on ground next to Def after he resisted arrest. (9 missed calls) | |
| 04-26531 | 589707 | Alchohol-Hennessy found in car | |
| 04-26531 | 561265 | Bag - leather bag w/misc. contents - paraphenalia, knife, lighter | |
| 04-26531 | 587049 | Ring (unk brand) found on ground next to Def | **Awaiting to be claimed by an appointed individual by Mr. Jackson; need paperwork from Mr. Jackson to release ring** |
| 04-26531 | 589367 | Folding Knife (unk brand)- wood handle, found in def's short pocket | |
| 04-26531 | SW 04-608SW | 1990 Maroon Olds EGK 615 VIN 1G3CX54C9L4326600 @ APD Service Storage | |
| 04-38609 | 597598 | $94.00 | |
| 04-38604 | 597586 | Cash $2416.00 - owner Connie Khamlue | **Case - Warrant Service on Connie Khamlue - arrested  ? link to Jackson just a note in Ofc Voss report in case 04-38609** |
| 04-38604 | 597597 | US Currency $9.19 owner - Connie Khamlue | **Case - Warrant Service on Connie Khamlue - arrested  ? link to Jackson just a note in Ofc Voss report in case 04-38609** |
| 04-26531 | SW 04-608SW | Contents of 1990 Olds Veh Impounded | **(**Need further information**)** Mr. Jackson claims a $2,000.00 stereo equipment inside car |
| **Unknown** | | Coins/$1,600.00+ | Coins entered as Exhibit by Prosecution/ GJ proceedings P20 Lines 3-4 (**Need further information**) |