UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   WILLIE KEITH JACKSON  

DATE:   March 29, 2007      CASE NO.   3:04-CR-0141-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS RE PROPERTY**

---

      Before the Court, at Docket 239, is the Government's Response to Minute Orders at Docket 236 and 238. This adequately explains matters raised by Defendant. As long as the appeal in this matter is pending, Defendant cannot expect a return of evidence. As to the ring and the vehicle, Defendant shall proceed through counsel to submit the appropriate paperwork and a return of any property he might be entitled to.

M.O. RE PROPERTY