**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   WILLIE KEITH JACKSON  

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                        CASE NO.  A04-0141 CR (RRB) 

 John W. Erickson, Jr.                                  DATE: May 8, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                REGARDING PROPERTY**

---

At Docket 241 Defendant argues "all property he is entitled to be returned to him, including all currency involved in this case[,]"[1] because: (1) the Government failed to comply with Fed. R. Crim. P. 32.2. Criminal Forfeiture; and (2) "[t]he United States Attorney's Office . . . can not [sic] overlap and assume control of matters that were undertaken by the Special Assistant United States Attorney[,] David Nesbett."[2]

The Government shall respond to Defendant's arguments at Docket 241 by the close of business on **May 25, 2007**. Moreover, the Court hereby requests that the Government modify Docket 239, Ex. 1, i.e., add an additional column, etc., to reflect which item(s) the Government believes Defendant is currently entitled to.

---

[1]  Docket 241 at 3.

[2]  Id.