NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:04-cr-00141-RRB |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| WILLIE K. JACKSON, | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on Bryan Schroder and David Nesbett, Assistant U.S. Attorneys.  Special Assistant U.S. Attorney John J. Novak, is the lead attorney in this matter.

RESPECTFULLY submitted this 21st day of May, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ John J. Novak
JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave. #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007
a copy of the foregoing NOTICE was served
electronically:

Lance C. Wells
Rich Curtner

s/ John J. Novak