NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:04-CR-00141-RRB |
| | ) | |
| Plaintiff, | ) | NOTICE OF ATTORNEY |
| | ) | APPEARANCE |
| vs. | ) | |
| | ) | |
| WILLIE K. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Special Assistant United States Attorney John J. Novak now appears as counsel for the for United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Bryan Schroder now that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED this 21st day of May, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ John J. Novak
JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave. #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on May 21, 2007,
a copy of the foregoing was served
electronically on:
Lance C. Wells
Rich Curtner

s/ John J. Novak
Special Assistant U.S. Attorney