NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIE K. JACKSON,<br><br>　　　　　　　Defendant. | )　Case No.  3:04-cr-00141-RRB<br>)<br>)<br>)　RESPONSE TO DEFENDANT'S<br>)　APRIL 19, 2007<br>)　MOTION TO CLARIFY<br>)<br>)<br>)<br>) |

　　　　COMES NOW the United States of America, by and through Special Assistant United States Attorney John J. Novak, and pursuant to the court's May 8, 2007, order hereby files this response to the defendant's April 19, 2007, motion to clarify.

Defendant initially asserts that the property at issue is not properly subject to forfeiture. The United States does not take issue with that argument. The items are being detained as evidence in the event that Defendant's conviction is overturned on appeal and another trial is necessary.

Defendant next argues that the United States Attorney's office does not have the authority to assign another prosecutor to this case. Defendant, however, fails to cite any authority that supports that proposition. The United States does not believe any further response is necessary with Defendant's assertion in this regard.

Finally, the court has directed the United States to modify the document that was attached to its March 27, 2007, filing so as to add an additional column to reflect the items as to which it agrees Defendant currently is entitled to regain possession. As indicated in the revised attachment, the United States agrees that upon submitting appropriate paperwork to the Anchorage Police Department, the defendant is entitled to return of the 1990 Oldsmobile, Alaska license plate EGK615, a ring, APD tag number 587049.

      RESPECTFULLY SUBMITTED this 21st day of May, 2007, in Anchorage, Alaska.

      NELSON P. COHEN
United States Attorney


 s/ John J. Novak
JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007,
a copy of the foregoing
RESPONSE TO DEFENDANT'S
APRIL 19, 2007
MOTION TO CLARIFY
was served electronically on:

Lance C. Wells

 s/ John J. Novak