NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  3:04-cr-00141-RRB |
| ) | |
| Plaintiff, ) | |
| ) | **ERRATA** |
| vs. ) | |
| ) | |
| WILLIE K. JACKSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States of America, through counsel, and files a revised inventory showing items the defendant is entitled to gain possession of.  It erroneously failed to include the attachment which is referred to in Docket 245. Therefore, the government submits this Errata with the attached revised inventory.

RESPECTFULLY SUBMITTED this 22nd day of May, 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ John J. Novak
        JOHN J. NOVAK
        Special Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West 7th Ave. #9, Room 253
        Anchorage, Alaska  99513
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        Email: john.novak@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2007,
a copy of the foregoing Errata was served
electronically on:

Rich Curtner
Lance C. Wells

and by U.S. Mail to:

Willie Keith Jackson
15063-006
United States Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

s/ John J. Novak