| | Incident Report | Property Tag # | Item | Comments USAO | Items Defendant Entitled to |
|---|---|---|---|---|---|
| 1 | | | Inventory Jackson is requesting to be returned | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | 04-26531 | 561263 | **Plastic bag** that contained the cash from the leather bag | | |
| 5 | 04-26531 | 561264 | Cell phone-Motorola/from leather bag in masterbedroom' | | |
| 6 | 04-26531 | 561267 | Duffel bag w/contents & ID card - Livingroom ID-leather bag | | |
| 7 | 04-26531 | 561277 | Misc Candy Bars 19 - King Size Butter Fingers 3 - 3 Musketeers | | |
| 8 | 04-26531 | 561278 | Cigarettes- (Kool) misc cartons of cigarettes | | |
| 9 | 04-26531 | 561279 | Alchohol-various 5- 750ml Black Label 1- Jack Daniels 1- Black Bush (?) | | |
| 10 | 04-26531 | 587045 | $145 in Brown Leather Money Clip | Mr. Jackson identified it as 587046 - which is the cylinder case that contained a crack pipe inside | |
| 11 | 04-26531 | 587047 | Cell phone-Motorola/found on ground next to Def after he resisted arrest. (9 missed calls) | | |
| 12 | 04-26531 | 589707 | Alchohol-Hennessy found in car | | |
| 13 | 04-26531 | 561265 | Bag - leather bag w/misc. contents - paraphenalia, knife, lighter | | |
| 14 | 04-26531 | 587049 | Ring (unk brand) found on ground next to Def | **Awaiting to be claimed by an appointed individual by Mr. Jackson; need paperwork from Mr. Jackson to release ring** | **Defendant entitled to regain possession of this item** |
| 15 | 04-26531 | 589367 | Folding Knife (unk brand)- wood handle, found in def's short pocket | | |
| 16 | 04-26531 | SW 04-608SW | 1990 Maroon Olds EGK 615 VIN 1G3CX54C9L4326600 @ APD Service Storage | | **Defendant entitled to regain possession of this item.** |
| 17 | 04-38609 | 597598 | $94.00 | | |
| 18 | 04-38604 | 597586 | Cash $2416.00  - owner Connie Khamlue | **Case - Warrant Service on Connie Khamlue - arrested  ? link to Jackson just a note in Ofc Voss report in case 04-38609** | |
| 19 | 04-38604 | 597597 | US Currency $9.19 owner - Connie Khamlue | **Case - Warrant Service on Connie Khamlue - arrested  ? link to Jackson just a note in Ofc Voss report in case 04-38609** | |
| 20 | 04-26531 | SW 04-608SW | Contents of 1990 Olds Veh Impounded | **(**Need further information**)** Mr. Jackson claims a $2,000.00 stereo equipment inside car | |
| 21 | Unknown | | Coins/$1,600.00+ | Coins entered as Exhibit by Prosecution/ GJ proceedings P20 Lines 3-4 (**Need further information**) | |