IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>WILLIE K. JACKSON,<br><br>      Defendant. | Case No. 3:04-cr-0141-RRB<br><br>**ORDER RE DISTRIBUTION<br>OF PROPERTY** |

      At Docket 241, Defendant argues "all property he is entitled to be returned to him, including all currency involved in this case,"[1] because the Government failed to comply with Fed. R. Crim. P. 32.2. Criminal Forfeiture. Inasmuch as the Government does not take issue with this argument,[2] the same shall be returned to Defendant upon the conclusion of the appellate process; alcohol, cigarettes, food items, etc. excepted.[3]

---

   [1] Docket 241 at 3.

   [2] Docket 245 at 2.

   [3] It is unreasonable to expect that the Government can keep perishable items indefinitely.

ORDER RE DISTRIBUTION OF PROPERTY - 1
3:04-CR-0141-RRB

Defendant next argues the United States Attorney's Office cannot overlap and assume control of matters that were undertaken by the Special Assistant United States Attorney, David Nesbett.[4] The United States, however, is free to assign counsel of its choice to cases handled by its office and can change attorneys when needed. Here, the claim against Defendant was prosecuted by the United States. The fact that a new attorney is now handling the matter is irrelevant.

Finally, inasmuch as the Court notes the Government stands ready to work with Defendant's attorneys to follow up on any requests for specific items,[5] Defendant is strongly advised to work with the Government in the future. Notwithstanding, the Court concludes Defendant is entitled to the immediate return of the 1990 Oldsmobile and the ring, properly identified by Anchorage Police Department tag number 587049. Defendant need only submit the appropriate paperwork to the Anchorage Police Department in order to take possession of the same.[6]

ENTERED this 23rd day of May, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[4] Docket 241 at 3.

[5] Docket 239 at 5.

[6] Id. at 5 & Docket 245 at 2.