```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                        USA   v.   JACKSON

DATE:   June 15, 2007    CASE NO.   3:04-CR-0141-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               DENYING RECONSIDERATION
```

Defendant's Reconsideration of Order at Docket 248, filed at Docket 249, is hereby **DENIED**.

M.O. DENYING MOTION AT DOCKET 249