Willie Jackson, pro se
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

RECEIVED
AUG 03 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COA #0630182 |
| ) | DC #3:04-cr-00141--RRB |
| Plaintiff, ) | |
| ) | **MOTION TO COMPEL** |
| vs. ) | **APPROPRIATE RESPONSES TO** |
| ) | **PRO SE DEFENDANT COMMUNICATIONS** |
| WILLIE KEITH JACKSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Per Order, at Docket 248-1 ["...Defendant is strongly advised to work with the Government in the future. ... Defendant need only submit the appropriate paper-work to the Anchorage Police Department in order to take possession of the same..."], Jackson mailed a Communication ["Appropriate paper work" to submit to the Anchorage Police Department] on June 28, 2007 [Attachment #1]. In an attempt to have all the property ordered return to be prepared for return, via, having all necessary paper-work and/or other information, to include that the vehicle be ready to be driven to where it will be stored [with Jackson's Uncle, who is in possession of Power of Attorney, Attachment #2 and is authorized to collect all of his belongings in possession of the various agencies outlined], with proper temporary tags, or in tow receipt, and/or any other type documentation needed to enable Jackson's Uncle to move the vehicle to where it will be stored.

The Government has made no attempt to respond to the 6/28/07 Communication, so that a clear understanding can be had

1

between all parties of concern [i.e. Uncle, APD, SAUSA Novak, etc.], to avoid unnecessary jockeying back and forth. With the goal of everything being taken care of on one day and hopefully in one trip.

As it stands now the expectancy of what is to take place is almost none existent. So far there is no paper-work - no time set - no instructions as to where and when Jackson's Uncle shall pick-up the vehicle: a) will the vehicle be ready to start up and drive off; b) will the vehicle have the proper temporary tags and other paper-work to drive off, and so on.

Therefore, Jackson ask that the Court order proper response to his last Communication to the Government, detailing the necessary events to assure compliance, or hold the Government in contempt.

Dated July 31, 2007, at Lompoc California.

　　　　　　　　　　　　　　　　　　　　／s／ Willie Jackson
　　　　　　　　　　　　　　　　　　　　Willie Jackson
　　　　　　　　　　　　　　　　　　　　Pro se

I certify that a copy
of the foregoing was sent
by U.S. Mail
To: John Novak

On: 7/31/07

2

Willie Jackson #15063-006
United States Penitentiary
3901 Klein Boulevard
Lompoc California 93436

SANTA BARBARA
CA 931 I T
31 JUL 2007 PM

9951347504

Clerk of Court
222 W 7th Ave, #4
Anchorage Alaska 99513-2564



Legal Mail