Willie Jackson, pro se                                  Reg. #15063-006
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

                          June 28, 2007

John J. Novak
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West &th Ave. #9, Room 253
Anchorage, Alaska 99513
Phone: (907)271-5071
Fax:   (907)271-1500

    RE:              "appropriate paperwork"
                         to submit to
                  The Anchorage Police Department

Dear Mr. Novak

I would like for you to furnish the "appropriate paperwork" to
forward the Anchorage Police Department so that I might take pos-
session of my 1990 Olds Mobile and my Ring "properly identified
by Anchorage Police Department tag number 587049". As well as
the alcohol, cigarettes, food items etc.. All of which was ordered
return at Docket 248-1.

As you know the <u>Order</u> also urges that I work with you, in the
return of my property.

Other than the Power of Attorney [which my Uncle DeWitt will have
in his possession], I would like to know what other requirements
[i.e. additional paperwork, information, and knowledge of requirements
that might not be apparent to my Uncle in his effort to obtain
the various properties].

Your prompt attention and response will be greatly appreciated.

THANK YOU
*/s/ Willie Jackson*
Willie Jackson

                                        ATACHMENT- 1