## POWER OF ATTORNEY

I, WILLIE JACKSON, residing at 3901 Klein Blvd., City of Lompoc, County of Santa Barbara, State of California 93436, do hereby appoint DEWITT JACKSON, Social Security Number: _____, to serve as my Attorney-in-Fact.

If my above-referenced Attorney-in-Fact is unable to serve, I then appoint AMIE JACKSON, Social Security Number: _____, Attorney in Fact in his stead.

My Attorney-in-Fact shall have the power to act in my name, place, and stead in any way which I myself could do with respect to the following, to the fullest extent permitted by law,
**TO WIT:**

**To pick up any and all property possessed by the Anchorage Police Department or any other Municipal Agency; The United States Attorney's Office; and/or any other State or Federal Government Agency, in possession of Property belonging to Willie Keith Jackson [Reg. #15063-006/ SSN #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]**

This power of attorney shall not be affected by my incapacity, but shall terminate by operation of law upon my death unless it is revoked prior to my demise.

I certify under penalty of perjury that the foregoing is true and correct

Executed on June 28, 2007, Under 28 USCS §1746.

*[signature]*
Willie Jackson
Principal

[1 of 1]

ATACHMENT-2