NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>WILLIE K. JACKSON,<br><br>          Defendant. | Case No.  3:04-cr-00141-RRB<br><br>RESPONSE TO DEFENDANT'S<br>JULY 31, 2007<br>MOTION TO COMPEL |

COMES NOW the United States of America, by and through Special Assistant United States Attorney John J. Novak, and hereby files this response to defendant's July 31, 2007 motion to compel.  Contrary to the assertions defendant makes in his motion, the government has communicated with him with regard to

his desire for return of certain property that was seized during the course of the criminal investigation. See, July 26, 2007 letter attached to this response. No further court relief is appropriate or needed. Defendant's motion must be denied.

RESPECTFULLY SUBMITTED this 16th day of August, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


 s/ John J. Novak
JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2007, a copy of the foregoing Response to Defendant's July 31, 2007 Motion to Compel was served electronically on:

Rich Curtner
Lance C. Wells

and by U.S. Mail to:

Willie Keith Jackson
15063-006
United States Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

s/ John J. Novak

U.S. v Jackson
3:04-cr-00141-RRB                              2



U.S. Department of Justice

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-3224

July 26, 2007

Willie Jackson
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

RE: Return of Property

Dear Mr. Jackson:

As per court order you are entitled to regain possession of your property which is currently being held by the Anchorage Police Department. In order to get your ring back, you may simply give your Uncle DeWitt a legal Power of Attorney, and then he may contact the Anchorage Police Department and arrange to pick up the ring. Please have your uncle call 907-786-8660 and arrange an appointment to go and pick up the ring. He will need to have the Anchorage Police Department case number 04-26531 and the property tag number 587049, when he calls and when he arrives to pick up the ring.

As for the 1990 Oldsmobile, you will not be able to regain possession of that. The car was never titled in your name and the tow company who impounded the car attempted on three occasions in July of 2004 to send letters to the registered owner. These attempts were unsuccessful and the car was sold at auction on September 11, 2004. The Anchorage Police Department has copies of the vehicles title history and of the letters sent to the registered owner. Also any personal property that was inside the vehicle was handed over to the Property and Evidence Department of the Anchorage Police Department. If you have any questions please feel free to send us a letter or contact us.

Very Respectfully,

Matthew R. Sonn
Intern United States Attorney's Office
Federal Building & United States Courthouse
222 West 7th Ave. #9, Rome 253
Anchorage, Alaska 99513