NELSON P. COHEN
United States Attorney

FRANK V RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:04-cr-00141-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION** |
| | ) | **OF COUNSEL** |
| vs. | ) | |
| | ) | |
| WILLIE K. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  COMES NOW the United States Attorney's Office, by and through Frank V. Russo, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

  All further pleadings and correspondence, etc. shall be sent to Frank V. Russo at the following address:

Frank V. Russo
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513-7567
(907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

RESPECTFULLY SUBMITTED on this 5th day of October, 2007, in

Anchorage, Alaska.

          NELSON P. COHEN
          United States Attorney

          s/Frank V. Russo
          FRANK V. RUSSO
          Assistant U.S. Attorney
          Federal Building & U.S. Courthouse
          222 West Seventh Avenue #9, Room 253
          Anchorage, Alaska 99513
          Phone: (907) 271-5071
          Fax: (907) 271-1500
          Email: frank.russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on October 5, 2007, via:

    (X) FPD pickup box in USAO

Kevin McCoy
Federal Public Defender

Executed at Anchorage, Alaska, on October 5, 2007.

s/ Frank V. Russo
Office of the U.S. Attorney