NELSON P. COHEN
United States Attorney

FRANK V RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:04-cr-00141-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| WILLIE K. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through

Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby

requests the Court no longer electronically serve pleadings in the above-captioned

case on John J. Novak, Assistant U.S. Attorney.  Assistant U.S. Attorney Frank V.

Russo, is the lead attorney in this matter.

RESPECTFULLY submitted this 5th day of October, 2007, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Frank V. Russo
        FRANK V RUSSO
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue #9, Room 253
        Anchorage, Alaska  99513
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        Email: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2007
a copy of the foregoing NOTICE was
served electronically:

Lance C. Wells
Rich Curtner

s/ Frank V. Russo
Office of the U.S. Attorney