Willie Jackson. pro se
Untied States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436



UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COA #0630182 |
| | ) | DC #3:04-cr-00141--RRB |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR STATUS** |
| vs. | ) | |
| | ) | |
| WILLIE KEITH JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The pro se Defendant Jackson respectfully request the status of his Reply/Reconsideration to Prosecution's Reponse, field on August 8, 2007.

Dated October 23, 2007, at Lompoc California.

_____
Willie Jackson
Pro se

I certify that a copy
of the foregoing was sent
by U.S. Mail

TO:  John Novak
     SAUSA
     222 W. 7th Ave., #9, Rm 253
     Anchorage, Alaska 99513
     Ph #(907)271-5071

[1 of 1]

Willie Jackson #15063-006
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

Clerk of Court
222 W. 7th Ave., #4
Anchorage, Alaska 99513-2564

Legal Mail



SANTA BARBARA
CA 931 3 T
23 OCT 2007 PM