# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA  v.  WILLIE KEITH JACKSON 

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                    CASE NO.  A04-0141 CR (RRB) 

 John W. Erickson, Jr.              DATE: November 21, 2007

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
                REGARDING DISTRIBUTION OF PROPERTY**

At Docket 251 is Defendant Keith Willie Jackson ("Defendant") with a Motion to Compel Appropriate Responses to Pro Se Defendant Communications. Plaintiff United States of America ("Plaintiff") has filed a response to the same at Docket 252.

Having fully considered the applicable pleadings, papers, affidavits, etc., the Court concludes: (1) Defendant shall regain possession of his ring, Property Tag No. 587049, by following the detailed instructions provided to him (see Docket 252 at 3 attached hereto); (2) inasmuch as the 1990 Oldsmobile at issue was never titled in Defendant's name (see Docket 252 at 3 attached hereto), he is entitled to neither it nor its fair market value; (3) Plaintiff is not entitled to any alcohol, cigarettes, food items, etc., which may or may not be in Plaintiff's possession; (4) the Court will not entertain additional briefing with respect to this issue; and (5) this matter is now closed. The Clerk of Court will please act accordingly.

ORDER REGARDING DISTRIBUTION OF PROPERTY