

U.S. Department of Justice

**United States Attorney**
*District of Alaska*

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253      Commercial: (907) 271-5071
Anchorage, Alaska 99513-7567            Fax Number: (907) 271-3224

July 26, 2007

Willie Jackson
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

RE: Return of Property

Dear Mr. Jackson:

As per court order you are entitled to regain possession of your property which is currently being held by the Anchorage Police Department. In order to get your ring back, you may simply give your Uncle DeWitt a legal Power of Attorney, and then he may contact the Anchorage Police Department and arrange to pick up the ring. Please have your uncle call 907-786-8660 and arrange an appointment to go and pick up the ring. He will need to have the Anchorage Police Department case number 04-26531 and the property tag number 587049, when he calls and when he arrives to pick up the ring.

As for the 1990 Oldsmobile, you will not be able to regain possession of that. The car was never titled in your name and the tow company who impounded the car attempted on three occasions in July of 2004 to send letters to the registered owner. These attempts were unsuccessful and the car was sold at auction on September 11, 2004. The Anchorage Police Department has copies of the vehicles title history and of the letters sent to the registered owner. Also any personal property that was inside the vehicle was handed over to the Property and Evidence Department of the Anchorage Police Department. If you have any questions please feel free to send us a letter or contact us.

Very Respectfully,

Matthew R. Sonn
Intern United States Attorney's Office
Federal Building & United States Courthouse
222 West 7th Ave. #9, Rome 253
Anchorage, Alaska 99513