ATTACHMENT

ATTACHMENT