UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  JACKSON

DATE:  January 7, 2008        CASE NO.   3:04-CR-0141-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
DENYING MOTION FOR RECONSIDERATION**

---

At Docket 262 is Defendant Willie Keith Jackson with a Motion to Reconsider. Having thoroughly reviewed the pertinent pleadings, including Dockets 240 and 248, Plaintiff's Motion to Reconsider at **Docket 262** is hereby **DENIED**.

Plaintiff is again reminded that the Court will not entertain additional briefing with respect to this issue. This matter is **closed**. Notwithstanding, the Court notes Plaintiff may pursue that which he seeks, in the appellate court, should he choose to do so.