IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>WILLIE KEITH JACKSON,<br><br>      Defendant. | Case No. 3:04-cr-00141-RRB<br><br>ORDER STAYING ACTION |

On January 14, 2008, Willie Keith Jackson, representing himself, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[2] The Supreme Court noted, at the time, that "[t]he Commission has not yet determined whether the

---

[1] *See* Docket No. 264.

[2] *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidlines for United States Courts</u>, 72 Fed.Reg. 28571-28572 (2007).

amendment will be retroactive to cover defendants like Kimbrough."[3]  Since that case was decided, it has been determined that the guidelines will become retroactive on March 3, 2008.[4]  Therefore, Mr. Jackson's motion is premature.

**IT IS THEREFORE ORDERED that:**

1. The motion for re-sentencing, at docket number 264, is denied with leave to re-file on or after **March 3, 2008**.

2. The Clerk of Court is directed to send this Court's form USDCA 40, Application for Appointment of Counsel, and a form CJA 23, Financial Affidavit, to Mr. Jackson with a copy of this Order.  Mr. Jackson may file an application for counsel with the new motion for re-sentencing.

DATED this 5th day of February, 2008, at Anchorage, Alaska.

/s/ RALPH R. BEISTLINE
United States District Judge

---

[3] *Id.* at n. 11.

[4] *See United States v. Ross*, ___ F.3d ___ 2008 WL 115115 (9th Cir. Jan. 14, 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").