IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>　　　Plaintiff, )<br> )<br>vs. )<br> )<br>WILLIE K. JACKSON, )<br>　　　Defendant. )<br>_____) | **Case No.  3:04-cr-0141-RRB** |

### **[PROPOSED] ORDER**

It is hereby ordered that Lance C. Wells is hereby reappointed under the CJA to represent the defendant in filing his request for resentencing as a result f the retroactivity of Advisory United States Sentencing Guideline Sec. 2D1.1 effective March 3, 2008.

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　US District Court Judge

### *Certificate of Service*

On 2/23/08, a copy of this motion was served upon F. Russo at his electronic address of record.

Dated: 2/23/08　　　　　_____/s/_____
　　　　　　　　　　　　Lance C. Wells