IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>WILLIE KEITH JACKSON,<br><br>       Defendant. | Case No. 3:04-cr-00141-RRB<br><br><br>ORDER APPOINTING COUNSEL |

On January 14, 2008, Willie Keith Jackson, representing himself, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), which was stayed until March 3, 2008.[1]   On February 23, 2008, his former attorney, Lance Wells, moved for appointment of counsel for the purposes of the re-sentencing.[2]   This case is no longer stayed.

---

[1]   *See* Docket Nos. 264, 265; *see also United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

[2]   *See* Docket No. 266.

C:\Documents and Settings\carolyn\Local Settings\Temp\notes8317B7\jackson re-sentence atty.wpd

**IT IS THEREFORE ORDERED that:**

1.  The Clerk of Court is directed serve a copy of the motion for counsel and this Order, on the United States Attorney for the District of Alaska.

2.  The application for appointment of counsel, at docket number 266, is GRANTED. Lance Wells is appointed to represent Mr. Jackson in this case, for the purposes of filing a motion under section 3582(c).

3.  Counsel for Mr. Jackson shall review the record, confer with him, and file an amended motion, or other appropriate document, **on or before May 2, 2008**.

4.  The Government is permitted to file a response within sixty days from the time counsel for Mr. Jackson files the new motion.

5.  Counsel for Mr. Jackson may file a reply within thirty days of the filing of the response.


DATED this 3rd day of March, 2008,  at Anchorage, Alaska.


/s/ RALPH R. BEISTLINE
United States District Judge