Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIE K. JACKSON, )<br>)<br>Defendant. )<br>_____) | No. 3:04-CR-0141 (RRB) |

**MOTION TO REDUCE SENTENCE FILED ON SHORTENED TIME**

The defendant, by and through his attorney of record Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C., respectfully moves this court, pursuant to 18 U.S.C. § 3582(c), for an order reducing the term of imprisonment from 210 months to a sentence of 168 months on the grounds that the retroactive amendment to the Crack Cocaine Guideline changes the base offense level in defendant's presentence report from 32 to 30 and a criminal history category of VI.

This motion is supported by the attached memorandum of law filed concurrently herewith. A proposed order is attached hereto.

DATED this 3rd day of March 2008.

s/Lance C. Wells
Attorneys for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
March 3, 2008, a copy
of the foregoing was served
electronically:

F. Russo, AUSA
U.S. Attorney's Office

s/Lance C. Wells