Willie Jackson, pro se
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

RECEIVED
MAR 03 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. WILLIE KEITH JACKSON, Defendant. | S.C. No. _____ C.O.A. No. 0630182 D.C. No. 3:04-cr-00141--RRB MOTION TO ACCEPT DOCKET NO. 264 AS RE-FILED PER ORDER AT DOCKET 265 |
|---|---|

The pro se Defendant Jackson ask that the Court take notice and accept his filing at Docket No. 264 as re-filed for March 3, 2008, per order staying Action [Docket No. 265].
Respectfully submitted February 28, 2008, at Lompoc California.

Willie Jackson
Willie Jackson
pro se

I certify that a copy
of the foregoing was sent
by U.S. Mail
To: John Novak SAUSA
222 W. 7th Ave., #9 Rm 253
Anchorage, Alaska 99513
Ph# (907) 271-5071



Willie Johnson #15063-006
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA. 93436

Clerk of Court
222 W. 7th Ave, #4
Anchorage Alaska 99513-2564

Legal Mail