Willie Jackson, pro se
3901 Klein Boulevard
Lompoc, California 93436

RECEIVED
MAR 2 7 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | S.C. No._____ |
| ) | C.O.A. No. 0630182 |
| Plaintiff, ) | **D.C. No. 3:04-cr-00141-RRB** |
| ) | |
| vs. ) | **NOTICE:** |
| ) | **OF** |
| WILLIE KEITH JACKSON, ) | **SELF-REPRESENTATION** |
| ) | |
| Defendant. ) | |
| ) | |

The pro se Defendant Jackson ask that the Court take notice of his right to self representation, as is made evident at *Motion to Accept Docket No. 264 as Re-Field per Order at Docket 265* and *Docket No. 264,* he will proceed pro se.

The Defendant has received a Letter from the Law Offices of Lance Wells, stating: "*I have filed paperwork with the court requesting reappointment so that I may move the court to reduce your sentence*".

*First*: Mr. Wells has never represented Jackson in the District Court.

*Second*: Jackson has never seen any copy of what Mr. Wells

/

has filed in his behalf.

*Third*: It does not seem proper for Jackson to be represented by Counsel that is being complained of, as to ineffective assistantance while on appeal, in his Writ of Certiorari.

Therefore, Jackson ask that the Court take notice, that, he does not need nor want any further assistance from Lance C. Wells, Esquire.

Further, Jackson request an up-to-date Docket Sheet, and a copy of any Filings filed in his behalf or other Documents that make reference to Jackson.

DATED March 24, 2008, at Lompoc California.

_____
Willie Jackson
Pro se

*I certify that a copy
of the foregoing was sent
by U.S. Mail*

*To: John Novak SAUSA
   222 W. 7th Ave., 99513
   Ph#(907)217-5071*

On: 3/24/08

2

Willie Jackson #K063-006
United States Penitentiary
3901 Klein Blvd.
Lompoc, California 93436

SANTA BARBARA CA 931
24 MAR 2008 PM 2 T

LOUIS COMFORT TIFFANY
LET US DARE TO
THINK, SPEAK
John Adams 1765
USA 41

Clerk of Court
222 W. 7th Ave., #4
Anchorage Alaska, 99513-7564

995134756A

Legal Mail