```
               UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ALASKA


              USA   v.   WILLIE JACKSON
DATE:    May 1, 2008      CASE NO.   3:04-CR-0141-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               DENYING SELF-REPRESENTATION
```

Defendant's Motion for Self-Representation at Docket 265 is hereby **DENIED**. The Court has considerable experience working with Defendant in the past and, based thereon, considering the limited nature of the issue involved, does not believe self-representation is necessary or appropriate or will serve the interests of justice. Defendant's attorney has filed a Motion to Reduce Sentence at Docket 268, which will be addressed in due course. The Government shall not respond to any pleading submitted by Mr. Jackson without further order of the Court. The Government shall, of course, respond to any pleading submitted by counsel on Mr. Jackson's behalf.