NELSON P. COHEN
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: kevin.feldis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00141-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | UN-OPPOSED MOTION |
| | ) | FOR EXTENSION OF TIME |
| WILLIE KEITH JACKSON, | ) | TO FILE RESPONSE |
| | ) | |
| Defendant. | ) | FILED ON SHORTENED TIME |
| | ) | |

COMES NOW, the United States of America, by and through undersigned

counsel, and moves this Court for an extension of time in which to file its response

to the defendant's motion for re-sentencing under 28 U.S.C. § 3582. Counsel for

the United States is currently in trial and will not be able to devote the necessary

time to respond.

Lance Wells, counsel for the defendant, has been contacted with respect to this motion, and is unopposed to the extension.  The government's response to Jackson's motion is due on May 5, 2008.

Accordingly, the United States requests a 10 day extension of time until May 15, 2008 to file its response.

RESPECTFULLY SUBMITTED this <u>2nd</u> day of May, 2008, in Anchorage, Alaska.


NELSON P. COHEN
United States Attorney


<u>s/ Kevin Feldis</u>
KEVIN FELDIS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008
a copy of the foregoing **UN-OPPOSED
MOTION FOR AN EXTENSION OF
TIME TO FILE A RESPONSE**
was served electronically on:

Lance Wells,
Counsel for Defendant

s/ Kevin Feldis
Assistant U.S. Attorney