Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,               )<br>                                    )<br>     v.                             )<br>                                    )<br>WILLIE K. JACKSON,                  )<br>                                    )<br>          Defendant.               )<br>_____) | Case No. 3:04-cr-00141-RRB |

**REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)**

COMES NOW defendant WILIE K. JACKSON by and through his attorney of record Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files his Reply to Government's Opposition to Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(C).

This reply is supported by the attached memorandum of law filed concurrently herewith.

DATED at Anchorage, Alaska, this 12th day of May 2008.

LAW OFFICES OF LANCE C. WELLS, P.C.

By: _/s/ Lance C. Wells_____

*REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)*
*United States of America v. Willie K. Jackson*
*Case No. 3:04-cr-00141-RRB*                                                 *Page 1 of 2*

                                                Attorneys for defendant,
Miguel Franco Segura a/k/a, "Alex"
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 12, 2008, a copy
of the foregoing was served
electronically:

Kevin Feldis, AUSA

/s/ Lance C. Wells

*REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)*
*United States of America v. Willie K. Jackson*
*Case No. 3:04-cr-00141-RRB*                                                                 *Page 2 of 2*