UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.  WILLIE KEITH JACKSON 

DATE:   May 21, 2008    CASE NO.   3:04-CR-141-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REDUCING SENTENCE**

---

      Before the Court is Defendant with a Motion to Reduce Sentence at Docket 268. The Government objects at Docket 280. After having thoroughly reviewed this matter, the Court hereby **REDUCES** Defendant's sentence to 180 months. In doing so, the Court has considered the retroactive amendments to the Sentencing Guidelines, as well as Defendant's criminal history and the two minor infractions Defendant received while incarcerated. The Court is well aware of Defendant and, considering all of the relevant § 3553 factors, concludes that the 180 month sentence is fair and reasonable. Moreover, had the guideline amendments been in effect at the time Defendant was sentenced, this is the sentence the Court would have likely imposed.

M.O. REDUCING SENTENCE