Willie Jackson, pro se
3901 Klein Boulevard
Lompoc, California 93436

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | S.C. No._____ |
| | ) | C.O.A. No. 0630182 |
| Plaintiff, | ) | **D.C. No. 3:04-cr-00141-RRB** |
| | ) | |
| vs. | ) | **NOTICE:** |
| | ) | **OF** |
| WILLIE KEITH JACKSON, | ) | **SELF-REPRESENTATION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The pro se Defendant Jackson ask that the Court take notice of his right to self representation, as is made evident at *Motion to Accept Docket No. 264 as Re-Field per Order at Docket 265* and *Docket No. 264*, he will proceed pro se.

The Defendant has received a Letter from the Law Offices of Lance Wells, stating: "*I have filed paperwork with the court requesting reappointment so that I may move the chourt to reduce your sentence*".

*First*: Mr. Wells has never represented Jackson in the District Court.

*Second*: Jackson has never seen any copy of what Mr. Wells

/

275
265

has filed in his behalf.

*Third*: It does not seem proper for Jackson to be represented by Counsel that is being complained of, as to ineffective assistantance while on appeal, in his Writ of Certiorari.

Therefore, Jackson ask that the Court take notice, that, he does not need nor want any further assistance from Lance C. Wells, Esquire.

Further, Jackson request an up-to-date Docket Sheet, and a copy of any Filings filed in his behalf or other Documents that make reference to Jackson.

DATED March 24, 2008, at Lompoc California.

_____
Willie Jackson
Pro se

*I certify that a copy
of the foregoing was sent
by U.S. Mail*

To: John Novak SAUSA
    222 W. 7th Ave., 99513
    Ph#(907)217-5071

On: 3/24/08

2