**LANCE CHRISTIAN WELLS**
Law Offices of Lance Christian Wells, P.C.
733 W. 4th Avenue, Suite 308
Anchorage, AK. 99501
www.LanceCWells.com

Phone 907-274-9696                                                                                   Fax 907-277-9859

02/23/08                    **US MAIL DELIVERY ONLY**

Mr. Willie K. Jackson
Inmate # 15063-006
USP
3901 Klein Blvd.
Lompoc, CA. 93436

Re:   **Crack Amendments**
      **Reduction of Sentence**

Dear Willie:

    Good News! It looks as if you are eligible for a sentence reduction in your prior case as a result of the retroactive application of the crack amendments. I have filed paperwork with the court requesting reappointment so that I may move the court to reduce your sentence. The court will begin accepting applications for filing beginning 3/3/08.

    I look forward to working with you. Should you have any questions, please do not hesitate to contact me.

                                  Sincerely yours,

                                  Law Offices of Lance C. Wells, P.C.

                                  By: _____
                                      Lance C. Wells, Esq.

*rcvd on March 10, 2008 at Lompoc CA.*