Willie Jackson, pro se
Federal Correctional Institution Lompoc
3901 Klein Boulevard
Lompoc, California 93436

RECEIVED
JUN 1 6 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
S. Ct. 07-11224

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **No. 06-30182** |
| | ) | |
| Plaintiff - Appellee, | ) | D.C. #CR-04-00141-a-RRB |
| | ) | District of Alaska |
| v. | ) | Anchorage |
| | ) | |
| WILLIE KEITH JACKSON, | ) | **MOTION TO** |
| | ) | **SUPPLEMENT -** |
| Defendant - Appellant. | ) | *MOTION FOR EXPEDITED* |
| | ) | *CONSIDERATION: OF* |
| | ) | *ORDER AT DOCKET NO.* |
| | ) | *277 DENYING PRESIDING* |
| | ) | *JUDGE'S ORDER AT* |
| | ) | *DOCKET NO. 265 WHILE* |
| | ) | *AT THE SAME TIME* |
| | ) | *DENYING JACKSON'S* |
| | ) | *RIGHT TO SELF-REPRE-* |
| | ) | *SENTATION* - **WITH** |
| | ) | **APPEAL OF DOCKET NO.** |
| | ) | **284** *[ORDER REGARDING* |
| | ) | *MOTION FOR SENTENCE* |
| | ) | *REDUCTION PURSUANT* |
| | ) | *TO 18 U.S.C. § 3582 (c)(2)]* |
| | ) | |

The pro se Appellant Jackson ask that the Court **_now_** take

notice of his appeal of the May 21, 2008 *Order Regarding Motion for*

-1-

*Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c)(2)* ***[Attached]***,

which he will supplement to his May 27, 2008 *Motion for Expedited*

*Consideration....* Given, the relevancy of the *Order* at Docket No. 284

and the Fact that Jackson was not in receipt of the Docket No. 284 until

*June 2, 2008 [Lance Wells's Office did not put the copy of the Order in*

*the Mail until May 29, 2008 - Eight days after the Order was issued]*,

Jackson asks that the Court recognize appeal of this central issue as well.

See *McMillan v. Barksdale*, 823 F2d. 981 *("Although timely filing of*

*notice of appeal is mandatory and jurisdictional,* ***Federal Rules of***

***Appellate Procedure do not demand literal compliance*** *in cases in*

*which it cannot fairly be exated. ...****pro se motion evinced intent to***

***appeal with sufficient clarity to constitute a notice of appeal, ...")***

[Emphasis added].  Jackson also ask that this Court, take note, that this

Case is still on direct appeal from the original conviction [*Supreme Court*

*No. 11224*], and recognize, that there is no intent to mislead [Prosecution]

thus can there be any prejudice implied.

Therefore, Jackson ask the Court to outline how briefing will

proceed from this point.


Dated June __//__ , 2008, at Lompoc California

Willie Jackson
Pro se


*I certify a copy*
*of the foregoing was sent*
*by U.S. Mail*

*To: The District Court*
*Kevin Feldis*
*Jo-Ann Purington - AUSA*
*222 W. 7th Ave., #9, Rm 253*
*Anchorage, Alaska 99513*

-3-

USA FIRST-CLASS FOREVER

SANTA BARBARA
CA 931 3 L
12 JUN 2008 PM

Willie Jackson 15063-006
Federal Correctional Institution Lompoc
3901 Klein Boulevard
Lompoc, CA 93436

Clerk of Court
222 W. 7th Ave., #4
Anchorage, AK 99513-7564

Legal Mail!