

RECEIVED
JUL 07 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Willie Jackson, pro se
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | S. Ct. 07-11224 |
| ) | COA 0630182 |
| Plaintiff, ) | D.C. #CR-04-00141-a-RRB |
| ) | **District of Alaska** |
| vs. ) | **Anchorage** |
| ) | |
| WILLIE KEITH JACKSON, ) | **NOTICE OF APPEAL** |
| ) | |
| Defendant. ) | |

The pro se Defendant Jackson re-affirms his notice, in accordance with Rules of Criminal Procedure 32(c)(5); Rules of Appellate procedure 3 and 4(c), of his appeal of the Order at Docket No. 284. Which was originally given within the Motion to Supplement ... Appeal of Docket No. 284 ... [dated June 11, 2008.

Due to the reason, that, Jackson had already lodged his Motion For Expidited Consideration ... of May 27, 2008 (which was non-responsive to the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) of May 21, 2008), the prosecution was inadvertently put on notice of appeal of an issue which is paramount to this Case in regards to the very essence of the Order, some six days later. Yet, the inadvertence of the notice was proper. Though, Jackson would have no knowledge of the final Order, until 12 days after its filing. See Motion to Supplement ... with Appeal of Docket No. 284.

To date Jackson has never been notified of his right to appeal by the Court. See Thompson v. U.S., 111 F.3rd 109 ("Sentencing court's failure to advise defendant of right to appeal his sentence constitutes error per se, **even where record is clear that defendant became aware of his right to appeal** through other sources"); Farries v. U.S., 439 F2d 781 ("Since **later reduction**

of sentence is imposition of sentence, it is error for court not to advise defendant of his right to appeal pursuant to Rule 32(a)(2) [now Rule 32(c)(5)); and also see Kirk v. U.S., 447 F.2nd 749. A copy of the Motion to Supplement... With Appeal of Docket No. 284..., which was forwarded to the Court of Appeals as a supplement to a prior motion concerning Docket No.s 277 and 265, was also sent to the District Court.

Dated July 3, 2007, at Lompoc California.

*Willie Jackson*
Willie Jackson
Pro se

I certify that a copy
of the foregoing was sent
by U.S. Mail

To: Kevin Feldis-AUSA
    222 W. 7th Ave., #9, Rm253
    Anchorage, Alaska 99513

-2-

Willie Jackson 15063-096
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436

SANTA BARBARA CA 931
03 JUL 2008 PM

Clerk of Court
222 W. 7th Ave., #4
Anchorage, Alaska, 99513-7564

Legal Mail