**FILED**

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**JUL 16 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**CASE INFORMATION:**
Short Case Title: USA v. Willie Keith Jackson
Court of Appeals No. (leave blank if unassigned): **08-30259**
U.S. District Court Judge Name and Case No.: Ralph R. Beistline; 3:04-cr-141-RRB-1
Date Complaint/Indictment/Petition Filed: 12/15/2004
Date Appealed Order/Judgment *entered*: 5/21/2008
Date NOA *filed*: 7/7/2008
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

**RECEIVED**
**JUL 21 2008**
CLERK, U.S. DISTRICT COURT

Court Reporter(s) Name and Phone Number: Sherry Mons; 907-451-5792
Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: 0.00           Date Docket Fee billed: __
Date FP granted: 3/3/2008            Date FP denied: __
Is FP pending? __                     Was FP Limited/Revoked?
US Government Appeal? __
Companion Cases? Please list: __
    Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellant Counsel: | Appellee Counsel: |
|---|---|
| Willie Keith Jackson - Pro Se | Kevin Feldis |
| U.S. Penitentiary | U.S. Attorney's Office (Anchorage) |
| 3901 Klein Boulevard | 222 West 7th Avenue, #9 |
| Lompoc, California 93436 | Anchorage, AK 99513 |
| | Fax: 907-271-1500 |
| Lance C. Wells | Email: Kevin.Feldis@usdoj.gov |
| Law Office of Lance C. Wells, P.C. | |
| 733 W. 4th Avenue, Suite 308 | |
| Anchorage, AK 99501 | |
| Fax: 907-277-9859 | |
| Email: lwells@gci.net | |

__retained   X CJA   __FPD   __FPD   __Other    Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __          Address: __
Custody: __                       __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:   Sherry Mons; 907-451-5792