IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>WILLIE KEITH JACKSON,<br><br>            Defendant. | Case No. 3:04-cr-0141-RRB<br><br>**ORDER RE RECENT FILINGS** |

        Defendant in this matter has filed documents with this court and with the Ninth Circuit Court of Appeals.  Given the Notice of Appeal, which was re-affirmed in his pleading at Document 288, ths Court will not take any further action until directed by the Court of Appeals.

        To clarify the record, however, this court previously appointed counsel for Defendant to pursue a sentence reduction at Docket 267 and denied Defendant's request to represent himself at Docket 277.  The court thereafter granted the motion filed at Docket 268 on Defendant's behalf to reduce his sentence at Docket 283, over the Government's objection, and reduced Defendant's sentence by the entire amount justified under the law.

        Thereafter, form A0247 granting the sentence reduction was filed at Docket 284 and Defendant has obtained the full benefit

of the crack cocaine guideline sentence reduction.  What he expects

to now obtain on appeal is unclear.

All pending motions before this Court are hereby **DENIED.**

ENTERED this 25th day of July, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER RE PENDING