**FILED**

UNITED STATES COURT OF APPEALS

JUL 25 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-30259 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:04-cr-00141-RRB |
| v. | District of Alaska, Anchorage |
| WILLIE KEITH JACKSON, | ORDER |
| Defendant - Appellant. | |



RECEIVED
JUL 2 8 2008
CLERK, U.S. DISTRICT COURT

Before: Peter L. Shaw, Appellate Commissioner.

On July 7, 2008, appellant filed a notice of appeal from the order granting the motion to reduce sentence, entered by the district court on May 27, 2008. Because the notice of appeal was filed more than 10 court days after entry of the order, but within 30 calendar days after the expiration of the time to file the notice of appeal, this case is remanded to the district court, pursuant to circuit court policy, for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 calendar days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect. *See* Fed. R. App. P. 4(b)(4); *United States v. Prairie Pharmacy, Inc.*, 921 F.2d 211, 212 (9th Cir. 1990); *United States v. Stolarz*, 547 F.2d 108, 112 (9th Cir. 1976).

The district court is requested to make this determination at its earliest convenience and to send to this court a copy of its order setting forth the basis for its determination. The district court is also requested to serve its orders on appellant at the following address: Reg. No. 15063-006, United States Penitentiary, 3901 Klein Boulevard, Lompoc, California 93436.

The proceedings in this court are held in abeyance pending the district court's determination.

The Clerk shall serve this order on the district judge.