Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIE KEITH JACKSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | No. 3:04-CR-00141-01-RRB |

**MOTION TO ACCEPT NOTICE OF APPEAL FILED BY DEFENDANT PRO-SE AS LATE-FILED**

COMES NOW CJA-appointed counsel, Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C., for defendant Willie K. Jackson, and hereby moves this court to accept Mr. Jackson's pro-se Notice of Appeal filed July 7, 2008, subsequent to this court's order granting in part the defendant's request on motion to reduce sentence (crack cocaine) by the District Court on May 27, 2008.

This motion is supported by the attached affidavit of counsel filed concurrently herewith. A proposed order is attached hereto.

DATED at Anchorage, Alaska, this 1st day of August 2008.

LAW OFFICES OF LANCE C. WELLS, P.C.

By: _____/s/_____
    Lance C. Wells, Esq.
    Attorneys for Willie K. Jackson
    733 W. 4th Ave, Suite 308
    Anchorage, Alaska 99501
    Phone: 907/274-9696
    Fax: 907/277-9859
    E-mail: lwells@gci.net
    AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 1, 2008, a copy of the foregoing was served electronically upon:

U.S. Attorney's Office
222 W. 7th Ave, #9
Anchorage, Alaska 99513

And by U.S. Mail upon:

Willie K. Jackson
U.S. Penitentiary – Lompoc
3901 Klein Blvd
Lompoc, California 93436

By: _____/s/_____
    L.C. Wells, Esq.