Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIE KEITH JACKSON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) No. 3:04-CR-00141-01-RRB |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

I, Lance C. Wells, depose and state as follows.

1. I am the attorney of record for defendant/appellant Willie K. Jackson in the above-captioned action.

2. I am CJA appointed.

3. On July 7, 2008, defendant Willie K. Jackson, in a pro-se capacity, filed a Notice of Appeal from the order granting in part the motion to reduce sentence, entered by the District Court on May 27, 2008.

4. Mr. Jackson had originally been sentenced to a previous offense level of 32, criminal history category VI, with a Guideline range of 210 to 262 months. Mr. Jackson was then

sentenced to a period of 210 months' incarceration.

5. Pursuant to the motion for reduction of sentence filed pursuant to 18 U.S.C. §3582(c)(2), defendant's amended offense level was found to be that of 30, criminal history category VI, and an advisory amended Guideline range of 168 to 210 months.

6. The court re-sentenced Mr. Jackson and reduced his previously-imposed 210 months of incarceration to that of 180 months. Mr. Jackson believes the court erred by not granting him a full re-sentencing in this matter and by not going to at least 168 months instead of the 10 months imposed upon re-sentencing.

7. Mr. Jackson was not afforded the benefit of any type of re-sentencing hearing before the court; nor did Mr. Jackson stipulate to or sign any documents allowing this court to hold a re-sentencing, without Mr. Jackson or counsel being present.

8. Mr. Jackson is currently housed at Lompoc, California.

9. Communication with Mr. Jackson has been difficult at best.

10. It has almost been impossible for me to have any type of communication with Mr. Jackson.

11. Subsequent to this court's order coming out, a copy was forwarded to Mr. Jackson as well as a request for Mr. Jackson to contact me so that we may discuss his appellate rights.

12. To this day, I still do not know if Mr. Jackson has received that documentation. I have been unable to contact him, and he has been unable to call me.

13. This is despite continual efforts made to try and reach Mr. Jackson through Lompoc Facility.

14. This issue is important to Mr. Jackson and, even though the pro-se Notice of Appeal was filed more than ten days after the entry of the order, it was still filed within thirty days after the expiration of the time to file the Notice of Appeal. See Federal Rule of Appellate Procedure 4(b)(4).

15. I believe that this court should accept Mr. Jackson's pro se Notice of Appeal, as excusable neglect has been demonstrated. Unfortunately, communication between Mr. Jackson and I, both telephonically and in writing, has been virtually impossible. Due to Mr. Jackson's placement out of state, it has been impossible for me to meet directly with him.

16. I am requesting the court to accept defendant/appellant's pro se filing of Notice of Appeal as late-filed, as excusable neglect has been shown. See also <u>United States v. Prairie Pharmacy, Inc.</u>, 921 F.2d 211 (9th Cir. 1990); <u>United States v. Stolarz</u>, 547 F.2d 108, 112 (9th Cir. 1976). No prejudice will result to any party as a result of accepting a pro se Notice of Appeal filed by Mr. Jackson.

17. I further adopt Mr. Jackson's pro se Notice of Appeal previously filed, and incorporate it as if I filed it on his behalf.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 1st day of August 2008.

```
                         By: _____/s/_____
                              Lance C. Wells
                              Alaska Bar No. 9206045
```

SUBSCRIBED AND AFFIRMED before me this 1st day of August 2008, at Anchorage, Alaska.

```
                         By:  Sharon Leippi
                              Notary Public in & for Alaska
                              My commission expires: 6/8/10
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
August 1, 2008, a copy
of the foregoing was served
by electronically upon:

U.S. Attorney's Office
222 W. 7th Ave, #9
Anchorage, Alaska 99513

and by U.S. Mail delivery upon:

Willie K. Jackson
U.S. Penitentiary – Lompoc
3901 Klein Blvd
Lompoc, California 93436

```
By: _____/s/_____
    Lance C. Wells, Esq.
```