IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>WILLIE KEITH JACKSON,<br><br>             Defendant. | Case No. 3:04-cr-0141-RRB<br><br>**NOTICE OF RIGHT OF APPEAL** |

      On July 7, 2008, Appellant filed a Notice of Appeal from the Oder granting the Motion to Reduce Sentence, entered by this Court on May 27, 2008.  Because Appellant was represented by counsel, and because the Court granted the motion of counsel, over the Government's objection, to reduce Defendant's sentence, the Court failed to advise the parties of their rights to appeal. Moreover, the Court had previously denied Appellant's request to represent himself in this matter.

      Inasmuch as the Court granted the sentence reduction requested, the Court did not anticipate that Appellant would wish to appeal.  Further, given the fact that Appellant was represented by counsel, the Court did not think to notify Appellant directly of

NOTICE OF RIGHT TO APPEAL - 1
3:04-CR-0141-RRB

the sentence reduction.  Appellant now is apparently representing himself on appeal.  This confusion would justify extending the time for the parties to proceed with an appeal.

Therefore the parties are hereby notified that they may appeal the sentence reduction imposed in this matter on any of the grounds mentioned in 18 U.S.C. § 3742.  Although Rule 4(b) of the Rules of Appellate Procedure provides a ten day time frame in which to process an appeal, given the apparent confusion and Appellant's incarceration, the parties may have until **September 8, 2008,** to effectuate any appeal.

ENTERED this 5th day of August, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE