Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WILLIE KEITH JACKSON, | ) ) |
| Defendant. | ) ) ) No. 3:04-CR-00141-01-RRB |

**ORDER ON MOTION TO ACCEPT NOTICE OF APPEAL FILED BY DEFENDANT AS LATE-FILED**

The court having considered Defendant's Motion to Accept Late-Filed Notice of Appeal,

It is hereby ORDERED, ADJUDGED and DECREED that a showing of excusable neglect has been made by counsel for Mr. Jackson. Mr. Jackson's pro-se Notice of Appeal is hereby accepted for filing by this court as if timely filed.

DATED this 5 day of August 2008.

Hon. Ralph R. Beistline
U.S. District Court Judge